**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Hoplite, Inc. |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 38-4025659 |

4.  Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 506 N Croft Ave<br>Los Angeles, CA 90048-2511<br>Number, Street, City, State & ZIP Code | 506 N Croft Ave<br>Los Angeles, CA 90048-2511<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Los Angeles<br>County | Location of principal assets, if different from principal place of business<br><br>506 N Croft Ave Los Angeles, CA 90048-2511<br>Number, Street, City, State & ZIP Code |

5.  Debtor's website (URL) _____

6.  Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Hoplite, Inc.**_____    Case number (*if known*)_____
　　　　Name

7. **Describe debtor's business**    A. *Check one:*

　　☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

　　☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

　　☐ Railroad (as defined in 11 U.S.C. § 101(44))

　　☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

　　☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

　　☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

　　■ None of the above

　　B. *Check all that apply*

　　☐ Tax-exempt entity (as described in 26 U.S.C. §501)

　　☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

　　☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

　　C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
　　　See http://www.uscourts.gov/four-digit-national-association-naics-codes.
　　　　__711100__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

　　*Check one:*

　　☐ Chapter 7

　　☐ Chapter 9

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

　　■ Chapter 11. *Check all that apply:*

　　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　　☐ A plan is being filed with this petition.

　　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

　　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

　　☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

　　■ No.

　　☐ Yes.

　　District _____  When _____  Case number _____
　　District _____  When _____  Case number _____

Official Form 201　　　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　　　page 2

Debtor    **Hoplite, Inc.** _____    Case number (*if known*) _____
      Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor    **See Attachment** _____    Relationship _____
    District _____ When _____    Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ■ No
    ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
          Number, Street, City, State & ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.    Insurance agency _____
          Contact name _____
          Phone _____

■ **Statistical and administrative information**

13. **Debtor's estimation of available funds**

    Check one:

    ■ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**

    ■ 1-49
    ☐ 50-99
    ☐ 100-199
    ☐ 200-999

    ☐ 1,000-5,000
    ☐ 5001-10,000
    ☐ 10,001-25,000

    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than 100,000

15. **Estimated Assets**

    ■ $0 - $50,000
    ☐ $50,001 - $100,000
    ☐ $100,001 - $500,000
    ☐ $500,001 - $1 million

    ☐ $1,000,001 - $10 million
    ☐ $10,000,001 - $50 million
    ☐ $50,000,001 - $100 million
    ☐ $100,000,001 - $500 million

    ☐ $500,000,001 - $1 billion
    ☐ $1,000,000,001 - $10 billion
    ☐ $10,000,000,001 - $50 billion
    ☐ More than $50 billion

16. **Estimated liabilities**

    ☐ $0 - $50,000

    ☐ $1,000,001 - $10 million

    ☐ $500,000,001 - $1 billion

Debtor   **Hoplite, Inc.**_____   Case number (*if known*) _____
         Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   Hoplite, Inc.
_____
Name

Case number (*if known*) _____

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 1, 2021**
_____
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**Jon Smith**
_____
Printed name

Title  **President**
_____

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date  **April 1, 2021**
_____
MM / DD / YYYY

**Richard Baum**
_____
Printed name

**Law Offices of Richard T Baum**
_____
Firm name

**11500 W Olympic Blvd Ste 400**
**Los Angeles, CA 90064-1525**
_____
Number, Street, City, State & ZIP Code

Contact phone   **(310) 277-2040**      Email address _____

**80889**
_____
Bar number and State

Debtor   Hoplite, Inc.                                                                                    Case number (*if known*)
         Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | | |
|---|---|---|---|---|---|---|
| Debtor | Hoplite Entertainment, Inc. | | | Relationship to you | | affiliate |
| District | Central, California, Los Angeles Divsion | When | 3/30/21 | Case number, if known | | 2:21-bk-12546 ER |
| Debtor | Jonathan Lee Smith | | | Relationship to you | | principal owner |
| District | Central, California, Los Angeles | When | 3/30/21 | Case number, if known | | 2:21-bk-12542 BR |
| Debtor | | | | Relationship to you | | |
| District | | When | | Case number, if known | | |

**Fill in this information to identify the case:**

Debtor name    Hoplite, Inc.

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 1, 2021    X _____
Signature of individual signing on behalf of debtor

**Jon Smith**
Printed name

**President**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Hoplite, Inc. |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bay Point Advisors 3050 Peachtree Rd NW Ste 740 Atlanta, GA 30305-2212 | | | Disputed | $2,600,000.00 | $0.00 | $2,600,000.00 |
| Bond IT 1639 11th St # 160 Santa Monica, CA 90404-3727 | | | | | | $450,000.00 |
| Columbia Bank 1301 A St Tacoma, WA 98402-4200 | | Business Loan | | $1,639,000.00 | $0.00 | $1,639,000.00 |
| Extreme Reach 75 2nd Ave Ste 720 Needham Heights, MA 02494-2826 | | | | | | $300,000.00 |
| Gary Dankelfsen-Entrust Group | | | | | | $250,000.00 |
| MBO Northwest 31620 23rd Ave S Federal Way, WA 98003-5064 | | | | | | $450,000.00 |
| OZE Lending 258 Vreeland Rd Ste 201 Florham Park, NJ 07932 | | | | | | $800,000.00 |

Debtor **Hoplite, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Porta Pellex**<br>**c/o Larson Law Firm**<br>**701 5th Ave Ste 4200**<br>**Seattle, WA 98104-7047** | | | | | | **$1,860,500.00** |
| **Richard Peterson**<br>**13420 NE 83rd St**<br>**Redmond, WA 98052-1948** | | | | | | **$900,000.00** |
| **Shain Wray**<br>**1153 S 229th Pl**<br>**Seattle, WA 98198-6969** | | | | | | **$150,000.00** |
| **SMF Fund 1**<br>**13420 NE 83rd St**<br>**Redmond, WA 98052-1948** | | | | | | **$1,100,000.00** |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California, Los Angeles Division

In re  **Hoplite, Inc.**                                            Case No. _____

                                Debtor(s)                          Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................. $     20,000.00
   Prior to the filing of this statement I have received ................................ $     20,000.00
   Balance Due .................................................................................................. $          0.00

2. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
      **Services will be billed at $450 per hour, will be drawn from the retainer, and when exhausted, will be paid from property of the estate following application to and order by the court.
      Attorney will advise the Debtor with regard to the requirements of the Bankruptcy Court, Bankruptcy Code and Bankruptcy Rules and the Office of the US Trustee as they pertain to the Debtor, advise the Debtor with regard to certain rights and remedies of its bankruptcy estate and the rights, claims and interest of creditors; representt he Debtor in any proceedings or hearings in the Bankruptcy Court involving its estate; conduct examination of witnesses, claimants or adverse parties and represent the Debtor in any adversary proceedings except where outside this counsel's expertise or which is beyond staffing capabilities; preparing and assisting Debtor in the preparation of reports, applications, pleadings and orders including, but not limited to, applications to employ professionals, interim statements and operating reports, initial filing requirements, schedules and statement of financial affairs, lease pleadings, cash collateral pleadings, financing pleadings, and with respect to use, sale or lease of property outside the ordinary course of business; represent the Debotr with regard to obtaining debtor-in-possessuion financing and/or cash collateral including, but not limited to, negotiating and seeking Bankruptcy Court approval of any D-I-P and/or cash collateral pleading or stipulation and preparing any pleadings related to obtaining use of D-I-P financing and/or cash collateral; assisting Debtor in the negotiation, formulation, preparation and confirmation of a plan or reorganization and the preparation and approval of a disclosure statement in respect to a plan, if needed, and performing any othre services which may be appropriate in he undersigned representation of the Debtor during its bankruptcy case.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re **Hoplite, Inc.** _____    Case No. _____
                              Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
(Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

April 1, 2021
*Date*

*/s/ Richard Baum*
*Signature of Attorney*
**Law Offices of Richard T Baum**

**11500 W Olympic Blvd Ste 400
Los Angeles, CA 90064-1525
(310) 277-2040  Fax: (310) 286-9525**
*Name of law firm*

# United States Bankruptcy Court
## Central District of California, Los Angeles Division

In re  **Hoplite, Inc.**
Debtor(s)

Case No. _____
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Jonathan Smith<br>506 N Croft Ave<br>Los Angeles, CA 90048-2511 | Common Stockholder | 100 | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **April 1, 2021**    Signature _Jon Smith_

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Richard Baum**<br><br>11500 W Olympic Blvd Ste 400<br>Los Angeles, CA 90064-1525<br>(310) 277-2040 Fax: (310) 286-9525<br>California State Bar Number: 80889<br><br><br>☐  *Debtor(s) appearing without an attorney*<br>■  *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| In re:<br><br>**Hoplite, Inc.**<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>[LBR 1007-1(a)] |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __3__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **April 1, 2021**

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: **April 1, 2021**

_____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                                                                          F 1007-1.MAILING.LIST.VERIFICATION

```
Hoplite Inc
506 N Croft Ave
Los Angeles, CA   90048-2511


Law Offices of Richard T Baum
11500 W Olympic Blvd Ste 400
Los Angeles, CA   90064-1525
```

```
Bay Point Advisors
3050 Peachtree Rd NW Ste 740
Atlanta, GA  30305-2212


Bond IT
1639 11th St # 160
Santa Monica, CA  90404-3727


Columbia Bank
1301 A St
Tacoma, WA  98402-4200


Extreme Reach
75 2nd Ave Ste 720
Needham Heights, MA  02494-2826


MBO Northwest
31620 23rd Ave S
Federal Way, WA  98003-5064


OZE Lending
258 Vreeland Rd Ste 201
Florham Park, NJ  07932


Porta Pellex
c/o Larson Law Firm
701 5th Ave Ste 4200
Seattle, WA  98104-7047
```

```
Richard Peterson
13420 NE 83rd St
Redmond, WA  98052-1948


Shain Wray
1153 S 229th Pl
Seattle, WA  98198-6969


SMF Fund 1
13420 NE 83rd St
Redmond, WA  98052-1948
```