## ACTION BY UNANIMOUS WRITTEN CONSENT OF
## THE SOLE DIRECTOR OF HOPLITE, INC.

The undersigned, being the sole director of Hoplite, Inc., a California corporation (the "**Company**"), acting by written consent without a meeting pursuant to Section 307(b) of the California General Corporation Law, does hereby consent to the adoption of the following resolutions:

Reinstatement Of Jonathan Lee Smith

**RESOLVED**, Jonathan Lee Smith is hereby reinstated as president of the Company effective immediately.

Bankruptcy Petition

**FURTHER RESOLVED**, the Board member authorizes Jonathan Lee Smith as president of the Company to immediately initiate bankruptcy proceedings on behalf of the Company in consultation with the Board.

IN WITNESS WHEREOF, the undersigned has signed this Action by Sole Director of Hoplite, Inc.

Dated: March 29, 2021

_____
Pedro Ferre, Director