| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Ari Newman, Esq.<br>Greenberg Traurig, P.A.<br>333 S.E. 2nd Avenue, Suite 4400<br>Miami, Florida 33131<br>(305)579-0868<br>Florida Bar No.: 56575<br>newmanar@gtlaw.com<br><br><br><br>*Attorney for:* XXIII Capital Limited | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>HOPLITE, INC.<br><br><br><br><br>Debtor(s). | CASE NO.: 2:21-bk-12663-ER<br>ADVERSARY NO.:<br>CHAPTER: 11 |
|---|---|
| <br><br><br><br>vs.<br><br><br><br><br>Plaintiff(s).<br><br><br><br><br><br>Defendant(s). | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |

1. I, Ari Newman, Esq._____, apply to the court under LBR 2090-1(b) for permission to appear and participate in the above-entitled action on behalf of the following named party, by whom I have been retained (*specify name of party*):

   XXIII Capital Limited

2. I have paid the required fee specified in LBR 2090-1(b)(5) to the United States District Court and have attached a copy of the receipt.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

3. I am a lawyer with the following law firm (*specify name and address of law firm*):

   Greenberg Traurig, P.A.
   333 S.E. 2nd Avenue, Suite 4400, Miami, Florida 33131

4. I am a member in good standing and eligible to practice before the following courts and admitted to practice on the following dates (*specify name of each such jurisdiction and my date of admission to practice in each such jurisdiction*):

   Southern Disctrict of Florida, Admitted: 01/23/2009,  Middle District of Florida, Admitted: 11/10/2008 and
   Northern District of Florida, Admitted: 11/5/2008

5. I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the state of California. I am not currently suspended or disbarred in any court.

6. I have concurrently or within the past 36 months made pro hac vice applications to this court in the following actions:

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|---|---|---|---|---|
| Bankr. C.D. Ca. | 2:21-BK-12542 | In re Jonathan Lee Smith | 04/09/2021 | Pending |
| Bankr. C.D. Ca. | 2:21-BK-12546 | In re Hoplite Entertainment | 04/09/2021 | Pending |

7. I ☐ have ☒ have not been disciplined by any court or administrative body ☐ disciplinary proceedings are pending; details are as follows:

   I ☐ resigned ☐ did not resign while disciplinary proceedings were pending.

8. I certify that I have read the LBRs, the FRBP, the F.R.Civ.P., and the F.R.Evid., in their entirety.

9. I designate the following person of the following law firm, who is a member of the bar of this court and maintains an office in this district for the practice of law, as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served:

   Name of attorney (Designee):

   David M. Guess, Esq.

   Name and address of law firm, or residence address:

   Greenberg Traurig, LLP
   18565 Jamboree Road, Suite 500
   Irvine, CA 92612

   Telephone number of law firm: (949)732-6508

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                                                                 Page 2                                                              F 2090-1.2.APP.NONRES.ATTY

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 04/09/2021

_____
Signature of applicant

Ari Newman, Esq.
_____
Printed name of applicant

**CONSENT OF DESIGNEE**

I consent to the foregoing designation.

Date: 04/09/2021

/s/ David M. Guess
_____
Signature of Designee

David M. Guess, Esq.
_____
Printed name of Designee

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                                    Page 3                           F 2090-1.2.APP.NONRES.ATTY

```
Court Name: U.S. District Court
Division: 2
Receipt Number: LA221006
Cashier ID: rscash
Transaction Date: 04/12/2021
Payer Name: L A DEPOSITIONS

PRO HAC VICE
 For: ARI NEWMAN
 Case/Party: D-CAC-2-21-AT-002021-001
 Amount: $500.00

CHECK
  Check/Money Order Num: 203167
  Amt Tendered: $500.00

Total Due:      $500.00
Total Tendered: $500.00
Change Amt:     $0.00
```

GREENBERG TRAURIG P A

333 S. E. 2nd Avenue, Suite 4400

MIAMI FL 33131

ATTORNEY: ARI NEWMAN

Case: 2:21-bk-12663-ER

Adversary No: None

No refunds without original
receipt. Returned checks will be
assessed a fee of $53.00.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Ari Newman, Esq.<br>Greenberg Traurig, P.A.<br>333 S.E. 2nd Avenue, Suite 4400<br>Miami, Florida 33131<br>(305)579-0868<br>Florida Bar No.: 56575<br>newmanar@gtlaw.com<br><br><br><br>*Attorney for:* XXIII Capital Limited | FOR COURT USE ONLY<br><br>PAID<br>APR 1 2 2021<br>Clerk, US District Court<br>COURT 4612 |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** ||
| In re:<br><br>HOPLITE, INC.<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:21-bk-12663-ER<br>ADVERSARY NO.:<br>CHAPTER: 11 |
| <br><br><br><br>vs.<br><br>Plaintiff(s). | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]** |
| <br><br>Defendant(s). | [No hearing required per LBR 2090-1(b)(6)] |

1. I, Ari Newman, Esq._____, apply to the court under LBR 2090-1(b) for permission to appear and participate in the above-entitled action on behalf of the following named party, by whom I have been retained (*specify name of party*):

   XXIII Capital Limited

2. I have paid the required fee specified in LBR 2090-1(b)(5) to the United States District Court and have attached a copy of the receipt.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016          Page 1          F 2090-1.2.APP.NONRES.ATTY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1840 Century Park East, Suite 1900, Los Angeles, CA 90067-2121

A true and correct copy of the foregoing document entitled: **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On April 16, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Richard T Baum    rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com
- Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- Luke N Eaton    eatonl@pepperlaw.com
- Aditi Paranjpye    aparanjpye@cairncross.com, gglosser@cairncross.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Hatty K Yip    hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 16, 2021 | Kathy Lai | /s/ Kathy Lai |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**