RICHARD T. BAUM
State Bar No. 80889
11500 West Olympic Boulevard
Suite 400
Los Angeles, California  90064-1525
Tel:    (310) 277-2040
Fax:    (310) 286-9525

[Proposed] Attorney for Debtor and
Debtor-in-Possession HOPLITE, INC.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>HOPLITE, INC.,<br><br>        Debtor. | No.   2:21-bk-12663 ER<br><br>Chapter 11<br><br>**NOTICE OF WITHDRAWAL OF PROFESSIONAL FEE STATEMENT NO. 1 AS PREMATURE**<br><br>]No hearing unless requested under LBR 9013-1(o)(4)] |

**PLEASE TAKE NOTICE** that Richard T. Baum, proposed attorney for Debtor-in-Possession HOPLITE, INC., withdraws Professional Fee Statement No. 1 served April 26, 2021 as being premature since employment has not yet been approved by the court.  The withdrawal is without prejudice to the filing of a new Professional Fee Statement No. 1 once employment is approved.

DATED: April 30, 2021

                                 /s/ Richard T. Baum
                             _____
                             RICHARD T. BAUM, [Proposed] Attorney for
                             Debtor-in-Possession HOPLITE, INC.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11500 West Olympic Boulevard, Suite 400, Los Angeles, California 90064-1525.

A true and correct copy of the foregoing document described as NOTICE OF WITHDRAWAL OF PROFESSIONAL FEE STATEMENT NO. 1 AS PREMATURE  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 30, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Richard T Baum    rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com
Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
Luke N Eaton    eatonl@pepperlaw.com
Eve H Karasik    ehk@lnbyb.com
Aditi Paranjpye    aparanjpye@cairncross.com, gglosser@cairncross.com;AParanjpye@ecf.courtdrive.com
Faye C Rasch    frasch@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;lbracken@wgllp.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Hatty K Yip    hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov
  ☐  Service information continued on attached page

II. <u>SERVED BY U.S. MAIL</u>)**:**
On April 30, 2021 , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.
  ■  Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 30, 2021 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Michael Miller, OZE Lending    mmiller@02ecapital.com
Ted Berkowitz    tberkowitz@moritthock.com
Richard Peterson    richard@rapcre.com
Daniel Bugbee    Dbugbee@lawdbs.com
☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 30, 2021 | RICHARD T. BAUM | /s/ Richard T. Baum |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                                              F 9013-3.1

Case 2:21-bk-12663-ER    Doc 31    Filed 05/03/21    Entered 05/03/21 08:55:22    Desc
Main Document    Page 3 of 3

**In re HOPLITE INC**.

*2:21-bk-12663 ER*

Mailing List

TROUTMAN PEPPER HAMILTON SANDERS LLP
Attn: Harris B. Winsberg
Attn: Alexandra S. Peurach
Attn: Nathan T. DeLoatch
600 Peachtree Street NE
Suite 3000
Atlanta, GA 30308

TROUTMAN PEPPER HAMILTON SANDERS LLP
Attn: Luke N. Eaton
Two California Plaza
350 S. Grand Avenue
Suite 3400
Los Angeles, CA 90071

Aditi N. Paranjpye
Cairncross & Hempelmann, P.S.
524 Second Avenue, Suite 500
Seattle, WA 98104-2323

Ari Newman
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue Ste 4400
Miami, FL 33131

**WITHDRAWAL OF PROFESSIONAL FEE STATEMENT NO. 1**

- 3 -