| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>RICHARD T. BAUM<br>SBN 80889<br>11500 West Olympic Boulevard<br>Suite 400<br>Los Angeles, California  90064<br>310.277.2040 | fax: 310.286.9525<br>rickbaum@hotmail.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:Debtors* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**MAY 04 2021**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY gonzalez  DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>HOPLITE, INC.<br>                                    Debtor(s)<br>------------------------------------------------<br>In re:<br><br>HOPLITE ENTERTAINMENT, INC.<br><br><br><br>                                    Debtor(s)<br>_____<br><br>☒ Affects All Debtors<br>☐ Affects<br>☐ Affects<br>☐ Affects<br>☐ Affects<br>☐ Affects<br>☐ See attached for additional Debtors<br>                                    Debtor(s) | LEAD CASE NO.:  2:21-bk-12663 ER<br>CHAPTER: 11<br><br>JOINTLY ADMINISTERED WITH:<br>CASE NO.: 2:21-bk-12546 ER<br>CASE NO.:<br>CASE NO.:<br>CASE NO.:<br>CASE NO.:<br>☐ See attached for additional Case Numbers<br><br>**ORDER ☒ GRANTING ☐ DENYING MOTION TO APPROVE JOINT ADMINISTRATION OF CASES**<br><br>**[LBR 1015-1, 9013-1(q)]**<br><br>[No Hearing Required] |
|---|---|

On (*date*) April 30, 2021, a motion was filed requesting approval of joint administration of cases identified in the caption above, with the lead case being In re  Hoplite, Inc. , case number 2:21-bk-12663 ER_____.

Having reviewed the motion, IT IS ORDERED THAT:

1. The motion is:  ☒ Granted    ☐ Denied

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court, Central District of California.

December 2014                                    Page 1                            F 1015-1.1.ORDER.JOINT.ADMINISTRATION

2. Promptly upon entry of an order granting a motion to approve joint administration:

   a) Using the mandatory court form, the movant must file a Notice of Joint Administration of Cases and Requirements for Filing Documents (Notice).

   b) To facilitate service of the Notice by NEF to registered CM/ECF users, the Notice must be filed in each case being jointly administered.

   c) The Notice must be served via United States mail on all creditors and interest holders in each case being jointly administered.

   d) To facilitate notice of documents sent by the court via the Bankruptcy Noticing Center, the movant must file in the lead case an amended master mailing list that contains the name and mailing address of all creditors and interest holders from each case being jointly administered.

3. Other:

###

Date: May 4, 2021

Ernest M. Robles
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2014*    Page 2    **F 1015-1.1.ORDER.JOINT.ADMINISTRATION**