RICHARD T. BAUM
State Bar No. 80889
11500 West Olympic Boulevard
Suite 400
Los Angeles, California 90064-1525
Tel: (310) 277-2040
Fax: (310) 286-9525

[Proposed] Attorney for Debtor and
Debtor-in-Possession HOPLITE, INC.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>HOPLITE, INC.,<br>        Debtor.<br>_____<br>In re<br><br>HOPLITE ENTERTAINMENT, INC.<br>        Debtor<br>_____<br>☒    Affects Both Debtors.<br><br>☐    Affects Hoplite, Inc.<br><br>☐    Affects Hoplite Entertainment, Inc.<br>_____ | No.  2:21-bk-12663 ER<br><br>Chapter 11<br><br>No. 2:21-bk-12546 ER<br><br>Chapter 11<br><br>**DECLARATION OF RICHARD T. BAUM RE SERVICE AND FILING RELATED TO ORDER GRANTING MOTION FOR JOINT ADMINISTRATION OF CASES**<br><br>[No hearing required] |

I, RICHARD T. BAUM, declare:

1. I am an attorney duly licensed to practice law in the State of California and am admitted to practice before the United States Courts for the Central District of California. I am attorney for both Debtors in this case. I have personal knowledge of the facts set

---
**DECLARATION RE FILING AND NOTICE OF JOINT ADMINISTRATION OF CASES**

1 | forth herein and if called as a witness I could testify competently thereto.

2 |     2.  On May 5, 2021, I received the Court's Order Granting Motion for Joint
3 | Administration of Cases.  I filed a Notice of Joint Administration of Cases and
4 | Requirements for Filing Documents in the Hoplite, Inc. case and the Hoplite Entertainment,
5 | Inc. case.

6 |     3. I compiled a list of creditors of both cases, merged into on ".txt" document and
7 | filed that under Creditor Maintenance in the Hoplite, Inc. case.

8 |     4. I served by mail the Notice of Joint Administration of Cases and Requirement for
9 | Filing Documents on all creditors.  The proof of service of that document is attached
10 | hereto.

11 |     I declare under penalty of perjury under the laws of the United States of America
12 | that the foregoing is true and correct.  Executed this 5th day of May 2021 at Los Angeles,
13 | California

16 | /s/ Richard T. Baum
17 | RICHARD T. BAUM

**DECLARATION RE FILING AND NOTICE OF JOINT ADMINISTRATION OF CASES**

- 2 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11500 West Olympic Boulevard, Suite 400, Los Angeles, California 90064-1525.

A true and correct copy of the foregoing document described as NOTICE OF JOINT ADMINISTRATION OF CASES AND REQUIREMENTS FOR FILING DOCUMENTS will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 5, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Richard T Baum    rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com
Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
Luke N Eaton    eatonl@pepperlaw.com
Eve H Karasik    ehk@lnbyb.com
Aditi Paranjpye    aparanjpye@cairncross.com, gglosser@cairncross.com;AParanjpye@ecf.courtdrive.com
Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com
Faye C Rasch    frasch@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;lbracken@wgllp.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Hatty K Yip    hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

This list is inclusive of all parties listed on CM/ECF docket for both Hoplite Entertainment, Inc. and Hoplite, Inc.

☐  Service information continued on attached page

II. SERVED BY U.S. MAIL)**:**
On May 5, 2021 , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

■  Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 5, 2021 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 5, 2021 | RICHARD T. BAUM | /s/ Richard T. Baum |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                                                    F 9013-3.1

**DECLARATION RE FILING AND NOTICE OF JOINT ADMINISTRATION OF CASES**

**In re HOPLITE INC**.

*2:21-bk-12663 ER*

**In re HOPLITE ENTERTAINMENT, INC.**

*2:21-bk-12546 ER*

Mailing List

| | | |
|---|---|---|
| Affirm/Cross River Bank<br>885 Teaneck Rd<br>Teaneck, NJ 07666-4505 | Daniel Bugbee<br>DBS Law<br>155 NE 100th St Ste 205<br>Seattle, WA 98125-8015 | Hamid Rafatjoo<br>Raines Feldman<br>1800 Avenue of the Stars Fl 12<br>Los Angeles, CA 90067-4201 |
| Bay Point Advisors<br>3050 Peachtree Rd NW Ste 740<br>Atlanta, GA 30305-2212 | Eve Karasik<br>Levene Neale Bender Yoo Brill<br>10250 Constellation Blvd Ste 1700<br>Los Angeles, CA 90067-6253 | Harris Winsberg, Esq.<br>Troutman Pepper<br>600 Peachtree St NE Ste 3000<br>Atlanta, GA 30308-2305 |
| BoDi - Hoplite<br>Jim Young Century Law Firm<br>2155 112th Ave NE<br>Bellevue, WA 98004-2912 | Extreme Reach<br>75 2nd Ave Ste 720<br>Needham Hts, MA 02494-2826 | Jamie Berland<br>Berland Cicerelli<br>2700 Patriot Blvd Ste 250<br>Glenview, IL 60026-8021 |
| Bond IT<br>1639 11th St # 160<br>Santa Monica, CA 90404-3727 | Faye Rasch<br>600 Stewart St Ste 1300<br>Seattle, WA 98101-1255 | Julie Daniels<br>140 Cameron Dr<br>Fort Lauderdale, FL 33326-3508 |
| Camille Lebray<br>1456 Thompson Ave<br>Glendale, CA 91201-1228 | Gary Dankelfsen/One Light Med<br>Cairncross & Hempelmann<br>524 2nd Ave<br>Seattle, WA 98104-2338 | Kyle Anderson<br>6294 Lakewood St<br>San Diego, CA 92122-3944 |
| Chad Oliver / Charlie's Talent<br>565 Fairway View Dr Apt 1J<br>Wheeling, IL 60090-3830 | Great Point Media<br>c/o Hamid Rafatjoo<br>Raines Feldman<br>1800 Avenue of the Stars<br>Los Angeles, CA 90067 | Martine Jean<br>14921 Athel Ave<br>Irvine, CA 92606-2603 |
| Columbia Bank<br>1301 A St<br>Tacoma, WA 98402-4200 | Greg Senner<br>3584 Gretchen Dr<br>Ocoee, FL 34761-0046 | MBO Northwest<br>31620 23rd Ave S<br>Federal Way, WA 98003-5064 |

**DECLARATION RE FILING AND NOTICE OF JOINT ADMINISTRATION OF CASES**

- 4 -

| | | |
|---|---|---|
| 1 | Nigina Nayzamatova<br>10945 Bluffside Dr Apt 239<br>Studio City, CA 91604-4488 | SMF Fund 1<br>13420 NE 83rd St<br>Redmond, WA 98052-1948 |
| 4 | OZE Lending<br>258 Vreeland Rd Ste 201<br>Florham Park, NJ 07932 | Bay Point Advisors<br>3050 Peachtree Rd NW<br>Ste 740<br>Atlanta, GA 30305-2212 |
| 7 | Pedro Ferre<br>9903 Santa Monica Blvd # 400<br>Beverly Hills, CA 90212-1671 | Columbia Bank<br>1301 A St<br>Tacoma, WA 98402-4200 |
| 10 | Porta Pellex<br>c/o Larson Law Firm<br>701 5th Ave Ste 4200<br>Seattle, WA 98104-7047 | 23 Capital<br>19-20 Berners Street<br>London W1T 3NW<br>United Kingdom |
| 13 | Richard Peterson<br>13420 NE 83rd St<br>Redmond, WA 98052-1948 | TROUTMAN PEPPER<br>Attn: Harris B. Winsberg<br>600 Peachtree Street NE<br>Suite 3000<br>Atlanta, GA 30308 |
| 16 | Ruslan Magidov<br>1080 S La Cienega Blvd<br>Ste 205<br>Los Angeles, CA 90035-2680 | TROUTMAN PEPPER<br>Attn: Luke N. Eaton<br>350 S. Grand Avenue<br>Suite 3400<br>Los Angeles, CA 90071 |
| 20 | Sarah Snow<br>210 SE Sells Dr<br>Shelton, WA 98584-7791 | Aditi N. Paranjpye<br>Cairncross & Hempelmann<br>524 Second Avenue,<br>Suite 500<br>Seattle, WA 98104-2323 |
| 23 | Scratch<br>PO Box 411285<br>San Francisco, CA 94141-1285 | Ari Newman<br>GREENBERG TRAURIG<br>333 S.E. 2nd Avenue<br>Ste 4400<br>Miami, FL 33131 |
| 26 | Shain Wray<br>1153 S 229th Pl<br>Seattle, WA 98198-6969 | |

**DECLARATION RE FILING AND NOTICE OF JOINT ADMINISTRATION OF CASES**

- 5 -

THIS PAGE INTENTIONALLY BLANK.

**DECLARATION RE FILING AND NOTICE OF JOINT ADMINISTRATION OF CASES**

- 6 -