CAIRNCROSS & HEMPELMANN, P.S.
ADITI N. PARANJPYE (State Bar No. 302117)
524 Second Avenue, Suite 500
Seattle, WA 98104
Telephone: 206-587-0700
Facsimile: 206-587-2308
Email: aparanjpye@cairncross.com
Attorneys for One Light Media Capital, LLC

UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re: <br><br> HOPLITE, INC., <br><br> Debtor. | Lead Case No. 2:21-bk-12663-ER <br><br> Chapter 11 <br><br> (Jointly Administered with: <br> Case No. 2:21-bk-12546-ER) |
| In re: <br><br> HOPLITE ENTERTAINMENT, INC., <br><br> Debtor and Debtor-in Possession. | **DECLARATION OF GARY DANKLEFSEN IN SUPPORT OF ONE LIGHT MEDIA CAPITAL LLC'S RESPONSE TO XXIII CAPITAL LIMITED'S MOTION FOR AN ORDER (I) CONVERTING THIS CHAPTER 11 CASE TO A CASE UNDER CHAPTER 7 OF THE BANKRUPTCY CODE, OR, IN THE ALTERNATIVE, (II) APPOINTING A CHAPTER 11 TRUSTEE** |

I, Gary Danklefsen, hereby declare under penalty of perjury:

1. I am a principal of One Light Media Capital, LLC ("**One Light**"). I submit this Declaration in support of One Light's Response to XXIII Capital Limited's Motion for an Order

DECLARATION OF GARY DANKLEFSEN - 1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{04205524.DOCX;2 }

1. (I) Converting this Chapter 11 Case to a Case Under Chapter 7 of the Bankruptcy Code, or, in the Alternative, (II) Appointing a Chapter 11 Trustee, ECF No. 39, (the "**Motion**").

2. One Light facilitates funding and opportunities for film and television projects around the world and has substantial experience and connections in the film and television industry. Starting in 2018, One Light began working with the Debtors on various television projects to expand the Debtors' library, providing both financial commitments and entering into co-production agreements with the Debtors and its principal, Jonathan Smith. Since the inception of the relationship, One Light has helped finance or otherwise facilitated approximately 34 television programs.

3. The Debtors currently hold rights to several of those programs in their TV Library, which are in various stages of production. Based on my experience and understanding, the TV Library is a valuable asset. I estimate that the new and post-production assets could exceed $15 million in value.

4. One Light believes that the TV Library's significant value will be best realized if a Chapter 11 Trustee with experience in these assets can be appointed to run a proper marketing and sale. A quick sale will result in a recovery much lower than what these assets are worth.

5. Based on both my experience and discussions I have had with other parties in the media financing industry, I believe that if a qualified Chapter 11 Trustee is appointed, there are multiple lenders who would be interested in providing Debtor-in-Possession financing for the Trustee to enable a thorough marketing and sale process for the benefit of all creditors.

//

//

//

DECLARATION OF GARY DANKLEFSEN - 2

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

{04205524.DOCX;2 }

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

EXECUTED this 19th day of May, 2021 at Leavenworth, Washington.

/s/ *Gary Danklefsen*
Gary Danklefsen

DECLARATION OF GARY DANKLEFSEN - 3

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

{04205524.DOCX;2 }