RICHARD T. BAUM
State Bar No. 80889
11500 West Olympic Boulevard
Suite 400
Los Angeles, California  90064-1525
Tel:    (310) 277-2040
Fax:    (310) 286-9525

[Proposed] Attorney for Debtor and
Debtor-in-Possession HOPLITE, INC. and
Attorney for Debtor and Debtor-in-Possession
HOPLITE ENTERTAINMENT, INC.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>HOPLITE, INC.,<br><br>　　　　　　Debtor.<br>_____<br>In re<br><br>HOPLITE ENTERTAINMENT, INC.<br><br>　　　　　　Debtor<br>_____<br><br>☐　　Affects Both Debtors.<br><br>☐　　Affects Hoplite, Inc.<br><br>▣　　Affects Hoplite Entertainment, Inc. | No.   2:21-bk-12663 ER<br><br>Chapter 11<br><br>No. 2:21-bk-12546 ER<br><br>Chapter 11<br><br>**DEBTORS' OBJECTION TO THE DECLARATION OF DAVID O'CONNOR SUBMITTED IN SUPPORT OF MOTION TO CONVERT OR APPOINT CHAPTER 11 TRUSTEE**<br><br>**DATE:**　　June 2, 2021<br>**TIME:**　　10:00 am<br>**CTRM:**　　1568 |

**TO THE HONORABLE ERNEST ROBLES, UNITED STATES BANKRUPTCY JUDGE:**

---
OBJECTION TO DECLARATION OF DAVID O'CONNOR

1   Debtor-in-Possession **HOPLITE ENTERTAINMENT, INC.** objects to the
2   Declaration of David O'Connor submitted in support of XXIII Capital Limited's Motion for
3   an Order Converting the Case to Chapter 7 or Appointing a Chapter 11 Trustee as not
4   properly attested.

5   The declaration does not comply with the requirements of 28 USC §1746(2) in
6   that it neither states that it is executed under penalty of perjury <u>under the laws of the
7   United States</u> nor shows that if was <u>executed in the United States</u>.  Instead, it merely
8   says that it executed under penalty of perjury in London, United Kingdom.  This does
9   not satisfy the requirements of 28 USC §1746 which provides:

10   "Wherever, under any law of the United States or under any rule, regulation,
11   order, or requirement made pursuant to law, any matter is required or permitted
12   to be supported, evidenced, established, or proved by the sworn declaration,
13   verification, certificate, statement, oath, or affidavit, in writing of the person
14   making the same (other than a deposition, or an oath of office, or an oath
15   required to be taken before a specified official other than a notary public), such
16   matter may, with like force and effect, be supported, evidenced, established, or
17   proved by the unsworn declaration, certificate, verification, or statement, in
18   writing of such person which is subscribed by him, as true under penalty of
19   perjury, and dated, in substantially the following form:
20   (1) If executed without the United States: "I declare (or certify, verify, or state)
21   under penalty of perjury under the laws of the United States of America that the
22   foregoing is true and correct. Executed on (date).
23   (Signature)".
24   (2) If executed within the United States, its territories, possessions, or
25   commonwealths: "I declare (or certify, verify, or state) under penalty of perjury
26   that the foregoing is true and correct. Executed on (date).
27   (Signature)".
28

1 | Since it does neither, it must be disregarded in its entirety and all matters which it
2 | seeks to incorporate found to be inadmissible in evidence.

Dated:  May 19, 2021

/s/ Richard T. Baum

_____
RICHARD T. BAUM, Attorney for Debtor-in-Possession HOPLITE ENTERTAINMENT, INC and Proposed Attorney for Debtor-in-Possession HOPLITE, INC.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11500 West Olympic Boulevard, Suite 400, Los Angeles, California 90064-1525.

A true and correct copy of the foregoing document described as DEBTORS' OBJECTION TO THE DECLARATION OF DAVID O'CONNOR SUBMITTED IN SUPPORT OF MOTION TO CONVERT OR APPOINT CHAPTER 11 TRUSTEE will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 19, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Richard T Baum    rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com
Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
Luke N Eaton    eatonl@pepperlaw.com    Philip A Gasteier    pag@lnbrb.com    David M. Guess    guessd@gtlaw.com
Eve H Karasik    ehk@lnbyb.com    Kevin P Montee    kmontee@monteefirm.com
Kelly L Morrison    kelly.l.morrison@usdoj.gov
Aditi Paranjpye    aparanjpye@cairncross.com, gglosser@cairncross.com;AParanjpye@ecf.courtdrive.com
Faye C Rasch    frasch@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;lbracken@wgllp.com
United States Trustee    ustpregion16.la.ecf@usdoj.gov    Hatty K Yip    hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

This list is inclusive of all parties listed on CM/ECF docket for both Hoplite Entertainment, Inc. and Hoplite, Inc.
☐ Service information continued on attached page

II. SERVED BY U.S. MAIL)**:**
On May 19, 2021 , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| Ari Newman | TROUTMAN PEPPER | TROUTMAN PEPPER |
| GREENBERG TRAURIG | Attn: Harris B. Winsberg | Attn: Luke N. Eaton |
| 333 S.E. 2nd Avenue | 600 Peachtree Street NE | 350 S. Grand Avenue |
| Ste 4400 | Suite 3000 | Suite 3400 |
| Miami, FL 33131 | Atlanta, GA 30308 | Los Angeles, CA 90071 |

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 19, 2021 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| May 19, 2021 | RICHARD T. BAUM | /s/ Richard T. Baum |
| *Date* | *Type Name* | *Signature* |