| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Harris Winsberg, Esq.<br>Troutman Pepper Hamilton Sanders LLP<br>600 Peachtree Street, NE, Suite 3000<br>Atlanta, GA 30308<br>Telephone: 404-885-3000<br>Facsimile: 404-885-3900<br>Georgia Bar No. 770892<br>harris.winsberg@troutman.com<br><br>☐ *Attorney for*: Bay Point Capital Partners II, LP | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**MAY 21 2021**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY llewis       DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*Los Angeles* DIVISION**

| In re:<br><br>~~Jonathan Lee Smith~~ Hoplite, Inc.<br><br><br><br><br>Debtor(s)<br><br><br><br><br>Plaintiff(s)<br>vs.<br><br><br><br><br><br><br>Defendant(s) | CASE NO.: ~~2:21-BK-12542~~ 2:21-bk-12663-ER<br><br>CHAPTER: ~~7~~ 11<br><br>ADVERSARY NO.:<br><br>**ORDER ON APPLICATION OF**<br>**NON-RESIDENT ATTORNEY TO APPEAR IN**<br>**A SPECIFIC CASE [LBR 2090-1(b)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |
|---|---|

The court, having reviewed the Application of the non-resident attorney to appear in a specific case under LBR 2090-1(b), and good cause appearing, orders as follows:

☒ The Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*):
Harris Winsberg (Applicant paid the requisite fee on May 19, 2021, *see* Doc. No. 51)

☐ Permission to appear pro hac vice is effective upon payment of the requisite fee to the United States District Court for the Central District of California.

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2016*                                                                                                                F 2090-1.2.ORDER.NONRES.ATTY
116045115v1

###

Date: May 21, 2021

Ernest M. Robles
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2016*                                                                                                   **F 2090-1.2.ORDER.NONRES.ATTY**

116045115v1