**POLSINELLI LLP**
Randye B. Soref (SBN 99146)
Tanya Behnam (SBN 322593)
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:    310.556.1801
Facsimile:    310.556.1802
Email:    rsoref@polsinelli.com
Email:    tbehnam@polsinelli.com

*Attorneys for Columbia State Bank*

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>HOPLITE, INC., *et al.*,<br><br>    Debtors and Debtors-in-Possession<br><br>In re:<br><br>HOPLITE ENTERTAINMENT, INC.,<br><br>    Debtors and Debtors-in-Possession<br><br>Affects:<br><br>[ ] ALL DEBTORS<br><br>[ ] HOPLITE, INC.<br><br>[X] HOPLITE ENTERTAINMENT, INC. | Lead Case No: 2:21-bk-12663-ER<br><br>Chapter 11<br><br>(Jointly Administered with Case No. 2:21-bk-12546-ER)<br><br>**NOTICE OF JOINDER AND JOINDER OF COLUMBIA STATE BANK IN XXIII CAPITAL LIMITED'S MOTION FOR AN ORDER (I) CONVERTING THIS CHAPTER 11 CASE TO A CASE UNDER CHAPTER 7 OF THE BANKRUPTCY CODE, OR, IN THE ALTERNATIVE, (II) APPOINTING A CHAPTER 11 TRUSTEE**<br><br>Hearing:<br>Date:    June 2, 2021<br>Time:    10:00 a.m.<br>Place:    Courtroom 1568<br>          255 East Temple St.<br>          Los Angeles, CA 90012 |

**TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY COURT JUDGE, AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Columbia State Bank ("**Columbia**"), by and through its undersigned counsel, hereby respectfully joins in *XXIII Capital Limited's Notice of Motion and Motion for an Order (I) Converting this Chapter 11 Case to a Case Under Chapter 7 of the Bankruptcy Code, or, in the Alternative, (II) Appointing a Chapter 11 Trustee* [Docket No. 39] (the "**Motion to Convert**").

## JOINDER

On May 5, 2021, XXIII Capital Limited ("**XXII Capital**") filed the Motion to Convert. Columbia agrees with and adopts the legal arguments set forth in the Motion to Convert and files this Joinder in support thereof. Columbia reserves the right to supplement, modify, and amend this Joinder.

## CONCLUSION

WHEREFORE, Columbia State Bank joins in the Motion to Convert and respectfully requests that this Court (i) grant the relief sought in the Motion to Convert, and (ii) grant such other and further relief as the Court deems just, proper, and equitable.

Date:   May 21, 2021

                          **POLSINELLI LLP**

                          */s/ Tanya Behnam*
                          Tanya Behnam

                          *Attorneys for Columbia State Bank*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2049 Century Park East, Suite 2900, Los Angeles, CA 90067.

A TRUE AND CORRECT COPY OF THE FOREGOING DOCUMENT ENTITLED (*SPECIFY*)**: NOTICE OF JOINDER AND JOINDER OF COLUMBIA STATE BANK IN XXIII CAPITAL LIMITED'S MOTION FOR AN ORDER (I) CONVERTING THIS CHAPTER 11 CASE TO A CASE UNDER CHAPTER 7 OF THE BANKRUPTCY CODE, OR, IN THE ALTERNATIVE, (II) APPOINTING A CHAPTER 11 TRUSTEE**  WILL BE SERVED OR WAS SERVED (A) ON THE JUDGE IN CHAMBERS IN THE FORM AND MANNER REQUIRED BY LBR 5005-2(D); AND (B) IN THE MANNER STATED BELOW**:**

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 21, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On May 21, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 21, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

NO JUDGE'S COURTESY COPY REQUIRED, PER AMENDED GENERAL ORDER 21-04

Hon. Ernest M. Robles
U.S. Bankruptcy Court
Roybal Federal Building
255 East Temple Street, Suite 1560
Courtroom 1568
Los Angeles, CA 90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 21, 2021 | Cindy Cripe | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                **F 9013-3.1.PROOF.SERVICE**
78205260.1

## **ATTACHMENT TO SERVICE LIST**

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**

Richard T Baum on behalf of Debtor Hoplite Entertainment, Inc.
rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com

Richard T Baum on behalf of Debtor Hoplite, Inc.
rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com

Richard T Baum on behalf of Debtor In Possession Hoplite Entertainment, Inc.
rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com

Tanya Behnam on behalf of Creditor Columbia State Bank
tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

Luke N Eaton on behalf of Creditor Bay Point Capital Partners II, LP
eatonl@pepperlaw.com, jacqueline.sims@troutman.com

Philip A Gasteier on behalf of Interested Party Courtesy NEF -pag@lnbrb.com

Jeffrey I Golden on behalf of Creditor Committee Official Committee of General Unsecured Creditors
jgolden@wgllp.com,
kadele@ecf.courtdrive.com;vrosales@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com

Eve H Karasik on behalf of Creditor Kyle Anderson - ehk@lnbyb.com

Eve H Karasik on behalf of Interested Party Kyle Anderson - ehk@lnbyb.com

Kevin P Montee on behalf of Creditor VBG 6725 Sunset LLC - kmontee@monteefirm.com

Kelly L Morrison on behalf of U.S. Trustee United States Trustee (LA) - kelly.l.morrison@usdoj.gov

Aditi Paranjpye on behalf of Creditor One Light Media Capital, LLC
aparanjpye@cairncross.com, gglosser@cairncross.com;AParanjpye@ecf.courtdrive.com

Aditi Paranjpye on behalf of Creditor One Light Media Capital, LLC
aparanjpye@cairncross.com, gglosser@cairncross.com;AParanjpye@ecf.courtdrive.com

Hamid R Rafatjoo on behalf of Creditor Great Point Media
hrafatjoo@raineslaw.com, bclark@raineslaw.com

Faye C Rasch on behalf of Interested Party Courtesy NEF
frasch@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;lbracken@wgllp.com

United States Trustee (LA) -ustpregion16.la.ecf@usdoj.gov

Hatty K Yip on behalf of U.S. Trustee United States Trustee (LA) hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                **F 9013-3.1.PROOF.SERVICE**
78205260.1