```
Hoplite Inc
506 N Croft Ave
Los Angeles, CA  90048-2511


Law Offices of Richard T Baum
11500 W Olympic Blvd Ste 400
Los Angeles, CA  90064-1525
```

```
Affirm/Cross River Bank
885 Teaneck Rd
Teaneck, NJ  07666-4505


Alpine Productions
445 N Rossmore Ave
Los Angeles, CA  90004-2428


Bay Point Advisors
3050 Peachtree Rd NW Ste 740
Atlanta, GA  30305-2212


BoDi - Hoplite
Jim Young Century Law Firm
2155 112th Ave NE
Bellevue, WA  98004-2912


Bond IT
1639 11th St # 160
Santa Monica, CA  90404-3727


Camille Lebray
1456 Thompson Ave
Glendale, CA  91201-1228


Chad Oliver / Charlie's Talent
565 Fairway View Dr Apt 1J
Wheeling, IL  60090-3830
```

```
Columbia Bank
1301 A St
Tacoma, WA  98402-4200


Daniel Bugbee
DBS Law
155 NE 100th St Ste 205
Seattle, WA  98125-8015


Daniel Bugbee
DBS Law Firm
155 NE 100th St Ste 205
Seattle, WA  98125-8015


Eve Karasik
Levene Neale Bender Yoo & Brill
10250 Constellation Blvd Ste 1700
Los Angeles, CA  90067-6253


Extreme Reach
75 2nd Ave Ste 720
Needham Heights, MA  02494-2826


Faye Rasch
600 Stewart St Ste 1300
Seattle, WA  98101-1255
```

```
Gary Dankelfsen - One Light Media
Cairncross & Hempelmann
524 2nd Ave
Seattle, WA  98104-2338


Great Point Media
c/o Hamid Rafatjoo Raines Feldman
1800 Avenue of the Stars
Los Angeles, CA  90067-4201


Greg Senner
3584 Gretchen Dr
Ocoee, FL  34761-0046


Hamid Rafatjoo
Raines Feldman
1800 Avenue of the Stars Fl 12
Los Angeles, CA  90067-4201


Harris Winsberg Esq
Troutman Pepper
600 Peachtree St NE Ste 3000
Atlanta, GA  30308-2305


Internal Revenue Service
IRS Insolvency Group
24000 Avila Rd
Laguna Niguel, CA  92677-3401
```

```
Jamie Berland
Berland Cicerelli
2700 Patriot Blvd Ste 250
Glenview, IL  60026-8021


Julie Daniels
140 Cameron Dr
Fort Lauderdale, FL  33326-3508


Kyle Anderson
6294 Lakewood St
San Diego, CA  92122-3944


Martine Jean
14921 Athel Ave
Irvine, CA  92606-2603


MBO Northwest
31620 23rd Ave S
Federal Way, WA  98003-5064


Missionary Media Consultancy Ltd
The Cottage
26 Bancroft Hitchin XG5 1JW
Los Angeles, CA  90001


Nigina Nayzamatova
10945 Bluffside Dr Apt 239
Studio City, CA  91604-4488
```

```
OZE Lending
258 Vreeland Rd Ste 201
Florham Park, NJ  07932


Pedro Ferre
9903 Santa Monica Blvd # 400
Beverly Hills, CA  90212-1671


Porta Pellex
c/o Larson Law Firm
701 5th Ave Ste 4200
Seattle, WA  98104-7047


RC Productions LLC
21 Andrew Ct
Bloomfield, NJ  07003-3829


Richard Peterson
13420 NE 83rd St
Redmond, WA  98052-1948


Ruslan Magidov
1080 S La Cienega Blvd Ste 205
Los Angeles, CA  90035-2680


Sarah Snow
210 SE Sells Dr
Shelton, WA  98584-7791
```

```
Scratch
PO Box 411285
San Francisco, CA  94141-1285


Shain Wray
1153 S 229th Pl
Seattle, WA  98198-6969


SMF Fund 1
13420 NE 83rd St
Redmond, WA  98052-1948


VBG 6725 Sunset LLC
Vanburton Group
100 Montgomery St Ste 1420
San Francisco, CA  94104-4317
```

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Richard Baum**<br><br>**11500 W Olympic Blvd Ste 400**<br>**Los Angeles, CA 90064-1525**<br>**(310) 277-2040 Fax: (310) 286-9525**<br>California State Bar Number: **80889**<br><br>☐ *Debtor(s) appearing without an attorney*<br>■ *Attorney for Debtor* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| In re:<br><br>**Hoplite, Inc.**<br><br><br><br>Debtor(s). | CASE NO.: **2:21-bk-12663**<br>CHAPTER: **11**<br><br>**VERIFICATION OF MASTER**<br>**MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __7__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **May 25, 2021**

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **May 25, 2021**

_____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                                                  F 1007-1.MAILING.LIST.VERIFICATION