David M. Guess, Esq. (SBN 238241)
GREENBERG TRAURIG, LLP
18565 Jamboree Road, Suite 500
Irvine, California 92612
Telephone: (949) 732-6500
Facsimile: (949) 732-6501
Email: guessd@gtlaw.com

Ari Newman, Esq. (admitted *pro hac vice*)
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0868
Facsimile: (305) 579-0717
Email: newmanar@gtlaw.com

*Attorneys for Creditor XXIII Capital Limited*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>HOPLITE, INC., *et. al.*,<br><br>    Debtors and Debtors-in-Possession.<br><br>In re:<br><br>HOPLITE ENTERTAINMENT, INC.,<br><br>    Debtor and Debtor-in-Possession.<br><br>Affects:<br>☐ ALL DEBTORS<br>☐ HOPLITE, INC.<br>☒ HOPLITE ENTERTAINMENT, INC., | Lead Case No. 2:21-bk-12663-ER<br><br>Chapter 11<br><br>(Jointly Administered with:<br>Case No. 2:21-bk-12546-ER)<br><br>**EVIDENTIARY OBJECTIONS OF XXIII CAPITAL LIMITED TO DECLARATION OF GARY DANKLEFSEN IN SUPPORT OF ONE LIGHT MEDIA CAPITAL LLC'S RESPONSE TO XXIII CAPITAL LIMITED'S MOTION FOR AN ORDER (I) CONVERTING THIS CHAPTER 11 CASE TO A CASE UNDER CHAPTER 7 OF THE BANKRUPTCY CODE OR, IN THE ALTERNATIVE, (II) APPOINTING A CHAPTER 11 TRUSTEE**<br><br><u>Hearing</u><br>Date:    June 2, 2021<br>Time:    10:00 a.m.<br>Place:    Courtroom 1568<br>            255 E. Temple Street<br>            Los Angeles, CA 90012 |

XXIII Capital Limited respectfully submits the following evidentiary objections to the *Declaration of Gary Danklefsen* [Dkt. No. 45] (the "**Declaration**") in support of *One Light Media Capital LLC's Response to XXIII Capital Limited's Motion for an Order (I) Converting this Chapter 11 Case to a Case under Chapter 7 of the Bankruptcy Code or, in the alternative, (II) Appointing a Chapter 11 Trustee* [Dkt. No. 44].

| Material Objected to in the Declaration | ¶ | Grounds for Objection[1] |
|---|---|---|
| The Debtors currently hold rights to several of those programs in their TV Library, which are in various stages of production. | 3 | Fed. R. Evid. 602; 801; 802. Lack of personal knowledge and foundation; hearsay. |
| Based on my experience and understanding, the TV Library is a valuable asset. I estimate that the new and post-production assets could exceed $15 million in value. | 3 | Fed. R. Evid. 701; 702. Improper opinion testimony by lay witness; improper expert opinion by lay witness. |
| One Light believes that the TV Library's significant value will be best realized if a Chapter 11 Trustee with experience in these assets can be appointed to run a proper marketing and sale. A quick sale will result in a recovery much lower than what these assets are worth. | 4 | Fed. R. Evid. 701; 702. Improper opinion testimony by lay witness; improper expert opinion by lay witness. |

---

[1] "The Federal Rules of Evidence . . . apply in cases under the Code." FED. R. BANKR. P. 9017.

2
**EVIDENTIARY OBJECTIONS TO DECLARATION OF GARY DANKLEFSEN**

| Material Objected to in the Declaration | ¶ | Grounds for Objection[1] |
|---|---|---|
| Based on both my experience and discussions I have had with other parties in the media financing industry, I believe that if a qualified Chapter 11 Trustee is appointed, there are multiple lenders who would be interested in providing Debtor-in-Possession financing for the Trustee to enable a thorough marketing and sale process for the benefit of all creditors. | 5 | Fed. R. Evid. 602; 701; 702; 801; 802. Lack of personal knowledge and foundation; improper opinion testimony by lay witness; improper expert opinion by lay witness; hearsay. |

DATED: May 26, 2021

GREENBERG TRAURIG, LLP

By: /s/ David M. Guess
DAVID M. GUESS
ARI NEWMAN (admitted *pro hac vice*)
*Attorneys for Creditor XXIII Capital Limited*

ACTIVE 57774494v1

3
**EVIDENTIARY OBJECTIONS TO DECLARATION OF GARY DANKLEFSEN**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1840 Century Park East, Suite 1900, Los Angeles, CA 90067-2121

A true and correct copy of the foregoing document entitled: **EVIDENTIARY OBJECTIONS OF XXIII CAPITAL LIMITED TO DECLARATION OF GARY DANKLEFSEN IN SUPPORT OF ONE LIGHT MEDIA CAPITAL LLC'S RESPONSE TO XXIII CAPITAL LIMITED'S MOTION FOR AN ORDER (I) CONVERTING THIS CHAPTER 11 CASE TO A CASE UNDER CHAPTER 7 OF THE BANKRUPTCY CODE OR, IN THE ALTERNATIVE, (II) APPOINTING A CHAPTER 11 TRUSTEE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 26, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Richard T Baum    rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com
- Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- Luke N Eaton    eatonl@pepperlaw.com, jacqueline.sims@troutman.com
- Philip A Gasteier    pag@lnbrb.com
- Jeffrey I Golden    jgolden@wgllp.com, kadele@ecf.courtdrive.com;vrosales@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com
- Eve H Karasik    ehk@lnbyb.com
- Kevin P Montee    kmontee@monteefirm.com
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Aditi Paranjpye    aparanjpye@cairncross.com, gglosser@cairncross.com;AParanjpye@ecf.courtdrive.com
- Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- Faye C Rasch    frasch@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;lbracken@wgllp.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Hatty K Yip    hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

☐ Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL**:
On May 26, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
*ACTIVE 57803925v1*

**F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 26, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| **VIA EMAIL**<br>Richard T Baum<br>rickbaum@hotmail.com<br><br>*Attorneys for the Debtors* | **VIA EMAIL**<br>Jeffrey Ian Golden<br>jgolden@wgllp.com<br>Reem J. Bello<br>rbello@wgllp.com<br>Sonja Hourany<br>shourany@wgllp.com<br><br>*Proposed Attorneys for the Official Committee of General Unsecured Creditors* | **VIA EMAIL**<br>Hatty K Yip<br>hatty.yip@usdoj.gov<br>Kelly L Morrison<br>kelly.l.morrison@usdoj.gov<br><br>*Attorneys for the U.S. Trustee* |
| **VIA EMAIL**<br>Luke N. Eaton<br>luke.eaton@troutman.com<br>Harris B. Winsberg<br>harris.winsberg@troutman.com<br>Alexandra S. Peurach<br>Alexandra.Peurach@troutman.com<br>Nathan T. DeLoatch<br>nathan.deloatch@troutman.com<br><br>*Attorneys for*<br>*Bay Point Capital Partners II, LP* | **VIA EMAIL**<br>EVE H. KARASIK<br>EHK@LNBYB.COM<br>PHILIP A. GASTEIER<br>PAG@lnbyb.com<br><br>*Attorneys for Kyle Anderson* | **VIA EMAIL**<br>Randye B. Soref<br>rsoref@polsinelli.com<br>Tanya Behnam<br>tbehnam@polsinelli.com<br><br>*Attorneys for Columbia State Bank* |
| **VIA EMAIL**<br>ADITI N. PARANJPYE<br>aparanjpye@cairncross.com<br>JOHN R. RIZZARDI<br>jrizzardi@cairncross.com<br><br>*Attorneys for*<br>*One Light Media Capital, LLC* | **VIA EMAIL**<br>Hamid Rafatjoo<br>hrafatjoo@raineslaw.com<br><br>*Attorneys for Great Point Media* | **VIA EMAIL**<br>Faye C Rasch<br>frasch@wgllp.com<br><br>Courtesy NEF |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 26, 2021 | Kathy Lai | /s/ Kathy Lai |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
ACTIVE 57803925v1

**F 9013-3.1.PROOF.SERVICE**