TROUTMAN PEPPER HAMILTON SANDERS LLP
Luke N. Eaton (SBN 280387)
Email: luke.eaton@troutman.com
Two California Plaza
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3427
Telephone: 213.928.9800
Facsimile: 213.928.9850

Harris B. Winsberg (admitted *pro hac vice*)
Email: harris.winsberg@troutman.com
Alexandra S. Peurach (admitted *pro hac vice*)
Email: Alexandra.Peurach@troutman.com
Nathan T. DeLoatch (admitted *pro hac vice*)
Email: nathan.deloatch@troutman.com
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
Telephone: 404.885.3000
Facsimile: 404.885.3900

Attorneys for Secured Creditor
BAY POINT CAPITAL PARTNERS II, LP

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – Los Angeles Division

| | |
|---|---|
| In re:<br><br>HOPLITE, INC., *et. al.*,<br><br>Debtors and Debtors-in-Possession. | Lead Case No. 2:21-bk-12663-ER<br><br>Chapter 11<br><br>(Jointly Administered with:<br>Case No. 2:21-bk-12546-ER) |
| In re:<br><br>HOPLITE ENTERTAINMENT, INC.,<br><br>Debtor and Debtor in Possession.<br><br>Affects:<br><br>☒ ALL DEBTORS<br><br>☐ HOPLITE, INC.<br><br>☐ HOPLITE ENTERTAINMENT, INC., | **BAY POINT CAPITAL PARTNERS II, LP'S NOTICE OF ERRATA TO ELECTRONICALLY FILED DOCUMENT, DOCKET ENTRY 70**<br><br>Hearing<br>Date: June 2, 2021<br>Time: 10:00 a.m.<br>Place: Courtroom 1568<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

116375063v5

**PLEASE TAKE NOTICE** that the document electronically filed on May 26, 2021 by Secured Creditor BAY POINT CAPITAL PARTNERS II, LP under Docket Entry 70 did not contain its Certificate of Service attachment.

Bay Point Capital Partners II, LP has corrected this error by refiling the document with its Certificate of Service attachment as Docket Entry 71. As such, the document filed at Docket Entry 70 may be disregarded.

Dated: May 26, 2021

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: /s/ Luke N. Eaton
Luke N. Eaton (SBN 280387)
Two California Plaza
350 S. Grand Avenue, Suite 3400
Los Angeles, CA 90071-3427
Telephone: 213.928.9800
Facsimile: 213.928.9850

-and-

Harris B. Winsberg (admitted *pro hac vice*)
Alexandra S. Peurach (admitted *pro hac vice*)
Nathan T. DeLoatch (admitted *pro hac vice*)
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
Telephone: 404.885.3000
Facsimile: 404.885.3900
harris.winsberg@troutman.com
alexandra.peurach@troutman.com
nathan.deloatch@troutman.com

Attorneys for *Bay Point Capital Partners II, LP*.

116375063v5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Troutman Pepper Hamilton Sanders LLP, 600 Peachtree Street, NE, Suite 3000, Atlanta, GA 30308

A true and correct copy of the foregoing document entitled: **Notice of Errata** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 26, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Richard T Baum          rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com
- Tanya Behnam           tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- Eve H Karasik           ehk@lnbyb.com
- Kevin P Montee          kmontee@monteefirm.com
- Kelly L Morrison         kelly.l.morrison@usdoj.gov
- Aditi Paranjpye          aparanjpye@cairncross.com, gglosser@cairncross.com;AParanjpye@ecf.courtdrive.com
- Hamid R Rafatjoo        hrafatjoo@raineslaw.com, bclark@raineslaw.com
- Faye C Rasch            frasch@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;lbracken@wgllp.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Hatty K Yip             hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov
- Philip A Gasteier        pag@lnbrb.com
- David Guess             guessd@gtlaw.com
- Jeffrey I Golden         jgolden@wgllp.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On May 26, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED PAGE FOR MAILING LIST FOR BOTH HOPLITE INC. (CASE No. 2:21-BK-12663-ER) AND HOPLITE ENTERTAINMENT, INC. (CASE No. 2:21-BK-12546-ER).**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 26, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
116398011v1

**F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| **VIA OVERNIGHT MAIL**<br>Honorable Ernest M. Robles<br>United States Bankruptcy Court<br>Central District of California<br>255 E. Temple Street, Suite 1560<br>Los Angeles, CA 90012 | **VIA EMAIL**<br>ADITI N. PARANJPYE<br>aparanjpye@cairncross.com<br>JOHN R. RIZZARDI<br>jrizzardi@cairncross.com<br><br>*Attorneys for*<br>*One Light Media Capital, LLC* | **VIA EMAIL**<br>Hatty K Yip<br>hatty.yip@usdoj.gov<br>Kelly L Morrison<br>kelly.l.morrison@usdoj.gov<br><br>*Attorneys for the U.S. Trustee* |
| **VIA EMAIL**<br>EVE H. KARASIK<br>EHK@LNBYB.COM<br><br>*Attorneys for Kyle Anderson* | **VIA EMAIL**<br>Kevin P. Montee, Esq.,<br>kmontee@monteefirm.com<br><br>*Attorneys for VBG 6725 Sunset LLC* | **VIA EMAIL**<br>Richard T Baum<br>rickbaum@hotmail.com<br><br>*Attorneys for the Debtors* |
| **VIA EMAIL**<br>Hamid Rafatjoo<br>hrafatjoo@raineslaw.com<br><br>*Attorneys for Great Point Media* | **VIA EMAIL**<br>Jeffrey Ian Golden<br>jgolden@wgllp.com | **VIA EMAIL**<br>Faye C Rasch<br>frasch@wgllp.com<br><br>*Courtesy NEF* |
| **VIA EMAIL**<br>Philip A. Gasteier<br><br>pag@lnbrb.com<br><br>*Courtesy NEF* | **VIA EMAIL**<br>David M. Guess<br>guessd@gtlaw.com<br>Ari Newman<br>newmanar@gtlaw.com<br><br>*Attorneys for XXIII Capital Limited* | **VIA EMAIL**<br>Tanya Behnam<br>tbehnam@polsinelli.com<br><br>*Attorney for Columbia State Bank* |
| **VIA EMAIL**<br>Jeffrey I Golden<br>jgolden@wgllp.com<br><br>*Attorney for Official Committee of General Unsecured Creditors* | | |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/26/21 | Nathaniel DeLoatch | [signature] |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
116398011v1

F 9013-3.1.PROOF.SERVICE

Mailing List:  In re Hoplite, Inc. (Case No. 2:21-bk-12663-ER) and Hoplite Entertainment, Inc. (Case No. 2:21-bk-12546-ER)

Hoplite Inc
506 N Croft Ave
Los Angeles, CA 90048-2511

Law Offices of Richard T Baum
11500 W Olympic Blvd Ste 400
Los Angeles, CA 90064-1525

Affirm/Cross River Bank
885 Teaneck Rd
Teaneck, NJ 07666-4505

Alpine Productions
445 N Rossmore Ave
Los Angeles, CA 90004-2428

Bay Point Advisors
3050 Peachtree Rd NW Ste 740
Atlanta, GA 30305-2212

BoDi - Hoplite
Jim Young Century Law Firm
2155 112th Ave NE
Bellevue, WA 98004-2912

Bond IT
1639 11th St # 160
Santa Monica, CA 90404-3727

Camille Lebray
1456 Thompson Ave
Glendale, CA 91201-1228

Chad Oliver / Charlie's Talent
565 Fairway View Dr Apt 1J
Wheeling, IL 60090-3830

Columbia Bank
1301 A St
Tacoma, WA 98402-4200

Daniel Bugbee
DBS Law
155 NE 100th St Ste 205
Seattle, WA 98125-8015

Daniel Bugbee
DBS Law Firm
155 NE 100th St Ste 205
Seattle, WA 98125-8015

Eve Karasik
Levene Neale Bender Yoo & Brill
10250 Constellation Blvd Ste 1700
Los Angeles, CA 90067-6253

Extreme Reach
75 2nd Ave Ste 720
Needham Heights, MA 02494-2826

Faye Rasch
600 Stewart St Ste 1300
Seattle, WA 98101-1255

Gary Dankelfsen - One Light Media
Cairncross & Hempelmann
524 2nd Ave
Seattle, WA 98104-2338

Great Point Media
c/o Hamid Rafatjoo Raines Feldman
1800 Avenue of the Stars
Los Angeles, CA 90067-4201

Greg Senner
3584 Gretchen Dr
Ocoee, FL 34761-0046

Hamid Rafatjoo
Raines Feldman
1800 Avenue of the Stars Fl 12
Los Angeles, CA 90067-4201

Harris Winsberg Esq
Troutman Pepper
600 Peachtree St NE Ste 3000
Atlanta, GA 30308-2305

Internal Revenue Service
IRS Insolvency Group
24000 Avila Rd
Laguna Niguel, CA 92677-3401

Jamie Berland
Berland Cicerelli
2700 Patriot Blvd Ste 250
Glenview, IL 60026-8021

Julie Daniels
140 Cameron Dr
Fort Lauderdale, FL 33326-3508

Kyle Anderson
6294 Lakewood St
San Diego, CA 92122-3944

Martine Jean
14921 Athel Ave
Irvine, CA 92606-2603

MBO Northwest
31620 23rd Ave S
Federal Way, WA 98003-5064

Missionary Media Consultancy Ltd
The Cottage
26 Bancroft Hitchin XG5 1JW
Los Angeles, CA 90001

MBO Northwest
31620 23rd Ave S
Federal Way, WA 98003-5064

Nigina Nayzamatova
10945 Bluffside Dr Apt 239
Studio City, CA 91604-4488

OZE Lending
258 Vreeland Rd Ste 201
Florham Park, NJ 07932

Pedro Ferre
9903 Santa Monica Blvd # 400
Beverly Hills, CA 90212-1671

Porta Pellex
c/o Larson Law Firm
701 5th Ave Ste 4200
Seattle, WA 98104-7047

RC Productions LLC
21 Andrew Ct
Bloomfield, NJ 07003-3829

Richard Peterson
13420 NE 83rd St
Redmond, WA 98052-1948

Ruslan Magidov
1080 S La Cienega Blvd Ste 205
Los Angeles, CA 90035-2680

Sarah Snow
210 SE Sells Dr
Shelton, WA 98584-7791

Scratch
PO Box 411285
San Francisco, CA 94141-1285

Shain Wray
1153 S 229th Pl
Seattle, WA 98198-6969

SMF Fund 1
13420 NE 83rd St
Redmond, WA 98052-1948

VBG 6725 Sunset LLC
Vanburton Group
100 Montgomery St Ste 1420
San Francisco, CA 94104-4317

Jeffrey I Golden
Weiland Golden Goodrich LLP
650 Town Center Dr Ste 600
Costa Mesa, CA 92626

23 Capital
19-20 Berners Street
London W1T 3NW
United Kingdom

Hoplite Entertainment, Inc.
506 North Croft Avenue
Los Angeles, CA 90048-2511

Aditi N. Paranjpye
Cairncross & Hempelmann
524 Second Avenue, Suite 500
Seattle, WA 98104-2323

Ari Newman
GREENBERG TRAURIG
333 S.E. 2nd Avenue
Ste 4400
Miami, FL 33131

Hatty K Yip
Kelly L Morrison
Office of the UST/DOJ
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

T Mobile/T-Mobile USA Inc
by American InfoSource as agent
PO Box 248848
Oklahoma City, OK 73124-8848

Wells Fargo Bank, N.A.
Small Business Lending Division
P.O. Box 29482 MAC S4101-08C
Phoenix, AZ 85038-8650

Employment Development Dept
Bankruptcy Group MIC 92E
PO BOX 826880
Sacramento, CA 95814

Columbia State Bank c/o
2049 Century Park East Suite 2900 Suite 2900
Los Angeles, CA 90067

VBG 6725 Sunset LLC c/o
Montee Law Firm, APC 1250-I Newell Ave. Suite 149
Walnut Creek, CA 94596-5305

Columbia State Bank
PO BOX 2156; MS 6115
Tacoma, WA 98401-2156

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Scratch Services LLC
PO Box 411285
San Francisco CA 94141-1285

116400987v1