United States Bankruptcy Court

Central District of California

In re:  Case No. 21-12663-ER
Hoplite, Inc.  Chapter 11
Hoplite Entertainment, Inc.
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-2     User: admin     Page 1 of 2
Date Rcvd: May 25, 2021     Form ID: pdf042     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Hoplite, Inc., 506 North Croft Avenue, Los Angeles, CA 90048-2511 |
| dbpos | + Hoplite Entertainment, Inc., 506 North Croft Avenue, Los Angeles, CA 90048-2511 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2021        Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2021 at the address(es) listed below:**

**Name**     **Email Address**

Aditi Paranjpye
    on behalf of Creditor One Light Media Capital LLC aparanjpye@cairncross.com, gglosser@cairncross.com;AParanjpye@ecf.courtdrive.com

Eve H Karasik
    on behalf of Creditor Kyle Anderson ehk@lnbyb.com

Eve H Karasik
    on behalf of Interested Party Kyle Anderson ehk@lnbyb.com

Faye C Rasch
    on behalf of Interested Party Courtesy NEF frasch@wgllp.com  kadele@wgllp.com;vrosales@wgllp.com;lbracken@wgllp.com

Hamid R Rafatjoo
    on behalf of Creditor Great Point Media hrafatjoo@raineslaw.com  bclark@raineslaw.com

| District/off: 0973-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 25, 2021 | Form ID: pdf042 | Total Noticed: 2 |

Hatty K Yip
    on behalf of U.S. Trustee United States Trustee (LA) hatty.yip@usdoj.gov  hatty.k.yip@usdoj.gov

Jeffrey I Golden
    on behalf of Creditor Committee Official Committee of General Unsecured Creditors jgolden@wgllp.com
    kadele@ecf.courtdrive.com;vrosales@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com

Kelly L Morrison
    on behalf of U.S. Trustee United States Trustee (LA) kelly.l.morrison@usdoj.gov

Kevin P Montee
    on behalf of Creditor VBG 6725 Sunset LLC kmontee@monteefirm.com

Luke N Eaton
    on behalf of Creditor Bay Point Capital Partners II  LP eatonl@pepperlaw.com, jacqueline.sims@troutman.com

Philip A Gasteier
    on behalf of Interested Party Courtesy NEF pag@lnbrb.com

Richard T Baum
    on behalf of Debtor Hoplite  Inc. rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com

Richard T Baum
    on behalf of Debtor Hoplite Entertainment  Inc. rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com

Richard T Baum
    on behalf of Debtor In Possession Hoplite Entertainment  Inc. rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com

Tanya Behnam
    on behalf of Creditor Columbia State Bank tbehnam@polsinelli.com
    tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 16

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>RICHARD T. BAUM<br>SBN 80889<br>11500 West Olympic Boulevard<br>Suite 400<br>Los Angeles, California 90064<br>310.277.2040 | fax 310.286.9525<br>rickbaum@hotmail.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor HOPLITE, INC. | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**MAY 25 2021**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY llewis    DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>LOS ANGELES</u> DIVISION**

| In re:<br><br>HOPLITE, INC.,<br><br>        Debtor,<br><br><br><br><br><br><br><br><br><br><br><br>        Debtor(s). | CASE NO.: 2:21-bk-12663 ER<br>CHAPTER: 11<br><br>**ORDER <s>RE</s> GRANTING MOTION IN INDIVIDUAL CHAPTER 11 CASE TO AUTHORIZE DEBTOR-IN-POSSESSION TO EMPLOY GENERAL COUNSEL**<br><br>**[11 U.S.C. § 327, LBR 2014-1]**<br><br>☒ **No Hearing: LBR 9013-1(o)(3)**<br>☐ **Hearing Information:**<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |
|---|---|

1. The court has considered the Notice of Motion and Motion In Individual Chapter 11 Case for Order Authorizing Debtor-in-Possession to Employ General Counsel and File Interim Fee Applications using procedure in LBR 9013-1(o) [Doc. No. 32].

2. The Motion was:   ☐ Opposed   ☒ Unopposed   ☐ Settled by stipulation

3. Based upon the motion and supporting documents, and the findings and conclusions made at the hearing if a hearing was held, IT IS ORDERED THAT:

   a. ☒ The Motion is granted pursuant to 11 U.S.C. § 327 and the Debtor-in-Possession is authorized to employ: <u>RICHARD T. BAUM</u> (General Counsel) effective on (*date*) <s>July 22, 2019</s> April 3, 2021

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015    Page 1    F 2081-2.5.ORDER.EMPLOY.GEN.COUNSEL

    b.   General Counsel will seek compensation pursuant to 11 U.S.C. ☐ § 328 or ☒ § 330

    c.   ☐ The Motion is denied.

4.   ☐ Notwithstanding 11 U.S.C. § 331, General Counsel may file interim fee applications in this case _____ days apart;

5.   ☒ General Counsel may use the procedures set forth in LBR 9013-1(o) regarding Notice of Opportunity to Request Hearing when requesting approval of interim fee applications in this case; and

6.   ☐ Other (*specify*): Employment is pursuant to 11 U.S.C. § 327, with compensation pursuant to 11 U.S.C. §§ 330 & 331;

7.   The effective date of employment is ~~April 1, 2021.~~ April 3, 2021

The Debtor seeks to employ the Firm effective April 1, 2021, but did not submit an application for employment until May 3, 2021. This Court's policy is to not approve an effective date of employment more than 30 days prior to the filing of the employment application, absent a showing that *nunc pro tunc* approval of employment is appropriate. The *nunc pro tunc* approval of employment "should be limited to situations in which 'exceptional circumstances' exist." *In re Atkins*, 69 F.3d 970, 974 (9th Cir. 1995). "To establish the presence of exceptional circumstances, professionals seeking retroactive approval must satisfy two requirements: they must (1) satisfactorily explain their failure to receive prior judicial approval; and (2) demonstrate that their services benefitted the bankruptcy estate in a significant manner." *Id.*; *see also In re Miller*, 620 B.R. 637, 638 (E.D. Cal. Oct. 13, 2020) (finding that while *Roman Catholic Archdiocese of San Juan, Puerto Rico v. Acevedo Feliciano*, __U.S. __, 140 S. Ct. 696 (2020) "prohibits the court from approving the professionals' employment *nunc pro tunc*, or effective on the date before employment is actually approved, it does not prohibit the court from exercising its equitable discretion to compensate the professionals for pre-employment services."). Because the Debtor has not met the burden of establishing that *nunc pro tunc* employment is necessary, the effective date of employment for the Firm will be April 3, 2021.

IT IS SO ORDERED.

###

Date: May 25, 2021

*[Signature: Ernest M. Robles]*
Ernest M. Robles
United States Bankruptcy Judge

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015         Page 2     F 2081-2.5.ORDER.EMPLOY.GEN.COUNSEL