

**FILED & ENTERED**

**MAY 28 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY llewis    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re: Hoplite, Inc., *et al.*,<br><br>    Debtors and Debtors in Possession.<br>☐ Affects All Debtors<br><br>☐ Affects Hoplite, Inc.<br>☒ Affects Hoplite Entertainment, Inc.<br><br>    Debtors and Debtors in Possession. | Lead Case No.:    2:21-bk-12663-ER<br>Chapter:    11<br>(Jointly Administered with Case No. 2:21-bk-12546-ER)<br><br>**ORDER CONTINUING HEARING ON MOTION TO CONVERT FROM JUNE 2, 2021 AT 10:00 A.M. TO JUNE 30, 2021 AT 10:00 A.M.**<br><br>**CONTINUED HEARING:**<br><br>Date:    June 30, 2021<br>Time:    10:00 a.m.<br>Location:    Ctrm. 1568<br>    Roybal Federal Building<br>    255 East Temple Street<br>    Los Angeles, CA 90012 |

   Having reviewed the *Motion for an Order (I) Converting this Chapter 11 Case to a Case Under Chapter 7 of the Bankruptcy Code, or, in the Alternative, (II) Appointing a Chapter 11 Trustee* [Doc. No. 39] (the "Motion to Convert") filed by XXIII Capital Limited ("23 Capital"), the request for a continuance of the hearing on the Motion to Convert filed by the Official Committee of Unsecured Creditors (the "Committee") [Doc. No. 43], 23 Capital's opposition to any continuance of the hearing on the Motion to Convert [Doc. No. 67], and all other papers filed in connection with the Motion to Convert [Doc. Nos. 42, 44–48, 59, and 68–72], the Court **HEREBY ORDERS AS FOLLOWS:**

1) Pursuant to the Committee's request, the hearing on the Motion to Convert is **CONTINUED** from June 2, 2021 at 10:00 a.m. to **June 30, 2021 at 10:00 a.m.**

2) The Committee, 23 Capital, and other interested parties shall continue their discussions with respect to the relief sought in the Motion to Convert. No later than **June 23, 2021** the parties shall file a Status Report that sets forth each party's position on the Motion to Convert. Other than the Status Report, no additional briefing on the Motion to Convert will be accepted absent further order of the Court.
3) Appearances at the continued hearing on the Motion to Convert may be made either in-person or by telephone. Parties electing to appear in-person shall comply with all requirements regarding social distancing, use of face masks, etc. which may be in effect at the time of the hearing. Parties electing to appear by telephone should contact CourtCall at 888-882-6878 no later than one hour before the hearing.

IT IS SO ORDERED.

###

Date: May 28, 2021

Ernest M. Robles
United States Bankruptcy Judge