United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 21-12663-ER |
| Hoplite, Inc. | Chapter 11 |
| Hoplite Entertainment, Inc. | |
|     Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 28, 2021 | Form ID: pdf042 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Hoplite, Inc., 506 North Croft Avenue, Los Angeles, CA 90048-2511 |
| dbpos | + | Hoplite Entertainment, Inc., 506 North Croft Avenue, Los Angeles, CA 90048-2511 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2021                        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aditi Paranjpye | on behalf of Creditor One Light Media Capital  LLC aparanjpye@cairncross.com, gglosser@cairncross.com;AParanjpye@ecf.courtdrive.com |
| Eve H Karasik | on behalf of Creditor Kyle Anderson ehk@lnbyb.com |
| Eve H Karasik | on behalf of Interested Party Kyle Anderson ehk@lnbyb.com |
| Faye C Rasch | on behalf of Interested Party Courtesy NEF frasch@wgllp.com  kadele@wgllp.com;vrosales@wgllp.com;lbracken@wgllp.com |
| Hamid R Rafatjoo | on behalf of Creditor Great Point Media hrafatjoo@raineslaw.com  bclark@raineslaw.com |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 28, 2021 | Form ID: pdf042 | Total Noticed: 2 |

Hatty K Yip
    on behalf of U.S. Trustee United States Trustee (LA) hatty.yip@usdoj.gov  hatty.k.yip@usdoj.gov

Jeffrey I Golden
    on behalf of Creditor Committee Official Committee of General Unsecured Creditors jgolden@wgllp.com
    kadele@ecf.courtdrive.com;vrosales@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com

Kelly L Morrison
    on behalf of U.S. Trustee United States Trustee (LA) kelly.l.morrison@usdoj.gov

Kevin P Montee
    on behalf of Creditor VBG 6725 Sunset LLC kmontee@monteefirm.com

Luke N Eaton
    on behalf of Creditor Bay Point Capital Partners II  LP eatonl@pepperlaw.com, jacqueline.sims@troutman.com

Philip A Gasteier
    on behalf of Interested Party Courtesy NEF pag@lnbrb.com

Richard T Baum
    on behalf of Debtor Hoplite  Inc. rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com

Richard T Baum
    on behalf of Debtor Hoplite Entertainment  Inc. rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com

Richard T Baum
    on behalf of Debtor In Possession Hoplite Entertainment  Inc. rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com

Tanya Behnam
    on behalf of Creditor Columbia State Bank tbehnam@polsinelli.com
    tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 16

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Jeffrey I. Golden, SBN. 133040<br>jgolden@wgllp.com<br>Weiland Golden Goodrich LLP<br>650 Town Center Drive, Suite 600<br>Costa Mesa, CA  92626<br>Phone: (714) 966-1000<br>Email: jgolden@wgllp.com<br><br>☒ *Attorney for*:  Official Committee of Creditors | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**MAY 28 2021**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY llewis     DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT** **CHANGES MADE BY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -<u>LOS ANGELES</u>  DIVISION**

| In re:<br><br>HOPLITE, INC., et al.,<br>          Debtors and Debtor-in-Possession;<br><br>HOPTLITE ENTERTAINMENT, INC.,<br>          Debtors and Debtor-in-Possession;<br><br><br><br>                                                        Plaintiff(s)<br>                   vs.<br><br><br><br><br><br><br>                                                        Defendant(s) | CASE NO.: 2:21-bk-12663-ER<br><br>Jointly Administered with Case No. 2:21-bk-12546-ER)<br><br>CHAPTER: 11<br><br>ADVERSARY NO.:<br><br>**ORDER <s>ON</s> GRANTING APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |
|---|---|

The court, having reviewed the Application of the non-resident attorney to appear in a specific case under LBR 2090-1(b), and good cause appearing, orders as follows:

☒ The Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*):  Ted A. Berkowitz (Applicant paid the requisite fee to the District Court on May 27, 2021. *See* Doc. No. 75 at 4.)

☐ Permission to appear pro hac vice is effective upon payment of the requisite fee to the United States District Court for the Central District of California.

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2016*                                                                                                                                F 2090-1.2.ORDER.NONRES.ATTY

###

Date: May 28, 2021

*[signature: Ernest M. Robles]*

Ernest M. Robles
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2016*                                                                                                         **F 2090-1.2.ORDER.NONRES.ATTY**