United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 21-12663-ER |
| Hoplite, Inc. | Chapter 11 |
| Hoplite Entertainment, Inc. | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 28, 2021 | Form ID: pdf042 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Hoplite, Inc., 506 North Croft Avenue, Los Angeles, CA 90048-2511 |
| dbpos | + | Hoplite Entertainment, Inc., 506 North Croft Avenue, Los Angeles, CA 90048-2511 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2021          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aditi Paranjpye | |
| | on behalf of Creditor One Light Media Capital  LLC aparanjpye@cairncross.com, gglosser@cairncross.com;AParanjpye@ecf.courtdrive.com |
| Eve H Karasik | |
| | on behalf of Creditor Kyle Anderson ehk@lnbyb.com |
| Eve H Karasik | |
| | on behalf of Interested Party Kyle Anderson ehk@lnbyb.com |
| Faye C Rasch | |
| | on behalf of Interested Party Courtesy NEF frasch@wgllp.com  kadele@wgllp.com;vrosales@wgllp.com;lbracken@wgllp.com |
| Hamid R Rafatjoo | |
| | on behalf of Creditor Great Point Media hrafatjoo@raineslaw.com  bclark@raineslaw.com |

| District/off: 0973-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 28, 2021 | Form ID: pdf042 | Total Noticed: 2 |

Hatty K Yip
    on behalf of U.S. Trustee United States Trustee (LA) hatty.yip@usdoj.gov  hatty.k.yip@usdoj.gov

Jeffrey I Golden
    on behalf of Creditor Committee Official Committee of General Unsecured Creditors jgolden@wgllp.com
    kadele@ecf.courtdrive.com;vrosales@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com

Kelly L Morrison
    on behalf of U.S. Trustee United States Trustee (LA) kelly.l.morrison@usdoj.gov

Kevin P Montee
    on behalf of Creditor VBG 6725 Sunset LLC kmontee@monteefirm.com

Luke N Eaton
    on behalf of Creditor Bay Point Capital Partners II  LP eatonl@pepperlaw.com, jacqueline.sims@troutman.com

Philip A Gasteier
    on behalf of Interested Party Courtesy NEF pag@lnbrb.com

Richard T Baum
    on behalf of Debtor Hoplite  Inc. rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com

Richard T Baum
    on behalf of Debtor Hoplite Entertainment  Inc. rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com

Richard T Baum
    on behalf of Debtor In Possession Hoplite Entertainment  Inc. rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com

Tanya Behnam
    on behalf of Creditor Columbia State Bank tbehnam@polsinelli.com
    tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 16



**FILED & ENTERED**

MAY 28 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY llewis    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re: Hoplite, Inc., *et al.*,<br><br>    Debtors and Debtors in Possession.<br>☐ Affects All Debtors<br><br>☐ Affects Hoplite, Inc.<br>☒ Affects Hoplite Entertainment, Inc.<br><br>    Debtors and Debtors in Possession. | Lead Case No.:    2:21-bk-12663-ER<br>Chapter:    11<br><br>(Jointly Administered with Case No. 2:21-bk-12546-ER)<br><br>**ORDER CONTINUING HEARING ON MOTION TO CONVERT FROM JUNE 2, 2021 AT 10:00 A.M. TO JUNE 30, 2021 AT 10:00 A.M.**<br><br>**CONTINUED HEARING:**<br><br>Date:    June 30, 2021<br>Time:    10:00 a.m.<br>Location:    Ctrm. 1568<br>    Roybal Federal Building<br>    255 East Temple Street<br>    Los Angeles, CA 90012 |

    Having reviewed the *Motion for an Order (I) Converting this Chapter 11 Case to a Case Under Chapter 7 of the Bankruptcy Code, or, in the Alternative, (II) Appointing a Chapter 11 Trustee* [Doc. No. 39] (the "Motion to Convert") filed by XXIII Capital Limited ("23 Capital"), the request for a continuance of the hearing on the Motion to Convert filed by the Official Committee of Unsecured Creditors (the "Committee") [Doc. No. 43], 23 Capital's opposition to any continuance of the hearing on the Motion to Convert [Doc. No. 67], and all other papers filed in connection with the Motion to Convert [Doc. Nos. 42, 44–48, 59, and 68–72], the Court **HEREBY ORDERS AS FOLLOWS:**

1) Pursuant to the Committee's request, the hearing on the Motion to Convert is **CONTINUED** from June 2, 2021 at 10:00 a.m. to **June 30, 2021 at 10:00 a.m.**

2) The Committee, 23 Capital, and other interested parties shall continue their discussions with respect to the relief sought in the Motion to Convert. No later than **June 23, 2021** the parties shall file a Status Report that sets forth each party's position on the Motion to Convert. Other than the Status Report, no additional briefing on the Motion to Convert will be accepted absent further order of the Court.
3) Appearances at the continued hearing on the Motion to Convert may be made either in-person or by telephone. Parties electing to appear in-person shall comply with all requirements regarding social distancing, use of face masks, etc. which may be in effect at the time of the hearing. Parties electing to appear by telephone should contact CourtCall at 888-882-6878 no later than one hour before the hearing.

IT IS SO ORDERED.

###

Date: May 28, 2021

Ernest M. Robles
United States Bankruptcy Judge