1  RICHARD T. BAUM
   State Bar No. 80889
2  11500 West Olympic Boulevard
   Suite 400
3  Los Angeles, California  90064-1525
   Tel:   (310) 277-2040
4  Fax:   (310) 286-9525

5

   Attorney for Debtor and
6  Debtor-in-Possession HOPLITE, INC.
   and Attorney for Debtor and Debtor-in-
7  Possession HOPLITE ENTERTAINMENT, INC.

8

9              **UNITED STATES BANKRUPTCY COURT**

10              **CENTRAL DISTRICT OF CALIFORNIA**

11                    **LOS ANGELES DIVISION**

12

13  In re                              )   No.   2:21-bk-12663 ER
                                       )
14                                     )   Chapter 11
    HOPLITE, INC.,                     )
15                                     )   No. 2:21-bk-12546 ER
               Debtor.                 )
16  _____    )   Chapter 11
    In re                              )
17                                     )   **AMENDED NOTICE OF**
    HOPLITE ENTERTAINMENT, INC.        )   **APPLICATION OF**
18                                     )   **DEBTORS-IN-POSSESSION**
               Debtor                  )   **HOPLITE, INC. AND HOPLITE**
19  _____    )   **ENTERTAINMENT, INC. TO**
                                       )   **APPROVE EMPLOYMENT SIERRA**
20  ▪  Affects Both Debtors.           )   **CONSTELLATION PARTNERS AS**
                                       )   **INVESTMENT ADVISOR AND**
21  ☐  Affects Hoplite, Inc.           )   **BROKER FOR DEBTORS'**
                                       )   **TELEVISION LIBRARIES**
22  ☐  Affects Hoplite Entertainment, Inc. )
                                       )   ]No hearing unless requested under
23  _____    )   LBR 9013-1(o)(4)

24

25

26

27

28  _____
    **NOTICE OF APPLICATION FOR APPROVAL OF EMPLOYMENT OF SIERRA CONSTELLATION PARTNERS**

**TO ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Debtors-in-Possession HOPLITE, INC. and HOPLITE ENTERTAINMENT, INC. (collectively "Debtors") provides this amended notice of its application for entry of an order approving the employment of Sierra Constellation Partners as the Debtors' investment banker/broker to review, to evaluate and analyze the video assets of the Debtors and to identify and execute disposition of those video assets, thereby monetizing them to the benefit of the Debtors and their estates.

The Debtors hold two separate libraries of reality television productions which were largely created by/for them. There are 34 shows and/or series in the libraries, and the Debtors have determined that the best reorganization calls for the monetizing of those libraries. To that end, Debtors, with the recommendation of the Unsecured Creditors Committee, proposes to hire Sierra Constellation Partners to effectuate that monetization.

**JURISDICTION AND VENUE**

This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334(b). Venue of these proceedings is proper in this judicial district pursuant to 28 U.S.C. §§ 1408 and 1409. Bankruptcy Code section 327, Federal Rules of Bankruptcy Procedure 2014, and Local Bankruptcy Rule 2014-1 (b) are the statutory predicates for the relief sought by this Application.

**RELIEF REQUESTED**

The Debtors seek to employ Sierra Constellation Partners as their agent and broker for the purposes of reviewing, evaluating, and analyzing the Debtors' libraries in order to deliver to prospective buyers of the libraries a detailed provenance of origins,

rights previously granted, rights and obligations extant, and documents reflective thereof, to create a storehouse of documents and information, to recommend pricing, and to take such steps are necessary to locate buyers for some or all of the libraries, to advise whether licensing for broadcast of certain shows or series is the best way to monetizing them, and to shepherd interest into written offers to be presented to the Debtors for acceptance and approval of the transactions by the court.

Pursuant to Bankruptcy Code Section 328 the debtors seek to employ Sierra Constellation Partners upon the terms set forth in the attached engagement letter, that is, a flat fee of $300,000 plus six percent (6%) of the aggregate gross proceeds from the sale or monetization of the library assets above $5,000,000.

The Debtors selected Sierra Constellation Partners after seeking recommendations for possible buyers for, and agents to assist in, the sale of the libraries. The Debtors had extensive interviews with another investment banking company which had extensive experience in liquidating assets in bankruptcy but did not have experience with television or movie property liquidations. The Debtors consulted with the Creditors Committee and were impressed with the profile of Sierra Constellation Partners, particularly their liquidation of the library of Lakeshore Entertainment which produced a number of theatrical release movies. The Debtors met with Winston Mar and Miles Staglik on Zoom who made a presentation which emphasized both their company's roots in the entertainment industry and their work in vetting the library properties to support of clearing house of information to be made available to potential buyers. Following consultation with the Creditors Committee and its counsel, the Debtors sought and obtained a retention letter. The letter was signed on behalf of the Debtors and is attached to the application as Exhibit 1.

Sierra Constellation Partners provided a declaration from Winston Mar by which the Debtors are satisfied that Sierra Constellation Partners does not have any connection with the Debtors, counsel for the Debtors or the Creditors Committee, the

1  United States Trustee or any person employed by the US Trustee, or with any other
2  party in this estate, adverse or otherwise that would prejudice or otherwise disqualify
3  Sierra Constellation Partners from representing the estates of the Debtors.
4  To the best of the Trustee's knowledge and except as otherwise disclosed in the Mar
5  Declaration, Sierre Constellation Partners (a) does not hold or represent any interest
6  adverse to the Debtors or their estates with respect to the matters for which it is being
7  retained; (b) Sierra Constellation Partners is a "disinterested person" as that phrase is
8  defined in 11 U.S.C. § 101(14) (as modified by 11 U.S.C. § 1l03(b)); (c) neither Sierra
9  Constellation Partners nor its employees and brokers have any connection with the
10  Trustee, the Debtor or its estate, or creditors; and (d) Sierra Constellation Partners'
11  employment is necessary and in the best interests of the Debtor's estate.

12      Sierra Constellation Partners has been further informed and understands that
13  no sale may be consummated until after all creditors and parties in interest have
14  received notice of the pending sale and have had an opportunity for a hearing before
15  the United States Bankruptcy Court. This Application presents no new or novel issues
16  of law, and the authorities relied upon are fully set forth herein. As such, the Trustee
17  has not provided a separate memorandum of points and authorities in support of this
18  Application pursuant to Local Bankruptcy Rule 9013-1(c).
19
20      **PLEASE TAKE FURTHER NOTICE** that a copy of the Application as amended
21  may be obtained from RICHARD T. BAUM, by writing him at 11500 West Olympic
22  Boulevard, Suite 400, Los Angeles, California 90064-1525, or by telephoning him at
23  (310) 277-2040 or by faxing a request to (310) 286-9525, or by emailing him at
24  rickbaum@hotmail.com.
25
26      **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule
27  9013-1(0)(1)(A)(ii), any objection must be in writing and request a hearing in the form
28

1 | required by the Local Bankruptcy Rules and be filed and served within fourteen (14)
2 | days of the date of mailing of this Notice. The response or opposition to the application
3 | shall be filed with the Bankruptcy Court and served on the United States Trustee, at
4 | 915 Wilshire Boulevard, Suite 1850, Los Angeles, CA 90017, and proposed counsel for
5 | the Debtor, Richard T. Baum, 11500 West Olympic Boulevard, Suite 400, Los Angeles,
6 | CA 90064.
7 |     If you fail to file a written response within fourteen days of the date of the service
8 | of this notice, the Court may treat such failure as a waiver of your right to oppose the
9 | application and may grant the requested relief.
10 | DATED: June 2, 2021
11 |
12 |                                         /s/ Richard T. Baum
13 |                                  _____
                                 RICHARD T. BAUM, Attorney for
                                 Debtor-in-Possession HOPLITE, INC. and
14 |                                  Attorney for Debtor-in-Posssession HOPLITE
                                 ENTERTAINMENT, INC.
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11500 West Olympic Boulevard, Suite 400, Los Angeles, California 90064-1525.

A true and correct copy of the foregoing document described as AMENDED NOTICE OF APPLICATION OF DEBTORS-IN-POSSESSION HOPLITE, INC. AND HOPLITE ENTERTAINMENT, INC. TO APPROVE EMPLOYMENT SIERRA CONSTELLATION PARTNERS AS INVESTMENT ADVISOR AND BROKER FOR DEBTORS' TELEVISION LIBRARIES will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 2, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Richard T Baum    rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com
Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
Luke N Eaton    eatonl@pepperlaw.com, jacqueline.sims@troutman.com
Philip A Gasteier    pag@lnbrb.com
Jeffrey I Golden    jgolden@wgllp.com, kadele@ecf.courtdrive.com;vrosales@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com
Eve H Karasik    ehk@lnbyb.com
Kevin P Montee    kmontee@monteefirm.com
Kelly L Morrison    kelly.l.morrison@usdoj.gov
Giovanni Orantes    go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com, go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com
Aditi Paranjpye    aparanjpye@cairncross.com, gglosser@cairncross.com;AParanjpye@ecf.courtdrive.com
Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com
Faye C Rasch    frasch@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;lbracken@wgllp.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Hatty K Yip    hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov
☐ Service information continued on attached page

II. SERVED BY U.S. MAIL)**:**
On June 2, 2021, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Ernest Robles, 255 East Temple Street, Suite 1560, Los Angeles, California 90012
Ari Newman, Greenberg Traurig PA, 333 SE 2nd Ave, Ste 4400, 0Miami, FL 33131
Benjamin Budzak, 200 E Windsor Rd., Apt 1, Glendale, CA 91205

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 2, 2021 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Harris Winsberg harris.winsberg@troutman.com; Alexandra Peurach alexandra.peurach@troutman.com; Nathan DeLoatch    nathan.deloatch@troutman.com
Michael Miller, OZE Lending    mmiller@ozecapital.com;
Ted Berkowitz tberkowitz@moritthock.com; Kevin P Montee    kmontee@monteefirm.com

Richard Peterson   richard@rapcre.com; David M. Guess    guessd@gtlaw.com
Daniel Bugbee   Dbugbee@lawdbs.com
☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 2, 2021 | RICHARD T. BAUM | /s/ Richard T. Baum |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                                          F 9013-3.1