TROUTMAN PEPPER HAMILTON SANDERS LLP
Luke N. Eaton (SBN 280387)
Email: luke.eaton@troutman.com
Two California Plaza
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3427
Telephone: 213.928.9800
Facsimile: 213.928.9850

Harris B. Winsberg (admitted *pro hac vice*)
Email: harris.winsberg@troutman.com
Alexandra S. Peurach (admitted *pro hac vice*)
Email: Alexandra.Peurach@troutman.com
Nathan T. DeLoatch (admitted *pro hac vice*)
Email: nathan.deloatch@troutman.com
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
Telephone: 404.885.3000
Facsimile: 404.885.3900

Attorneys for Secured Creditor
BAY POINT CAPITAL PARTNERS II, LP

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA – Los Angeles Division

| | |
|---|---|
| In re:<br><br>HOPLITE, INC., *et. al.*,<br><br>    Debtors and Debtors-in-Possession. | Lead Case No. 2:21-bk-12663-ER<br><br>Chapter 11<br><br>(Jointly Administered with:<br>Case No. 2:21-bk-12546-ER) |
| In re:<br><br>HOPLITE ENTERTAINMENT, INC.,<br><br>    Debtor and Debtor in Possession. | **BAY POINT CAPITAL PARTNERS II, LP'S OBJECTION TO DEBTORS' NOTICE OF MOTION AND MOTION FOR APPROVAL OF ENTRY INTO CONTRACT FOR POST-PRODUCTION SERVICES WITH BUFFALO 8 PRODUCTIONS, LLC; DECLARATION OF JONATHAN SMITH** |
| Affects:<br><br>☒ ALL DEBTORS<br><br>☐ HOPLITE, INC.<br><br>☐ HOPLITE ENTERTAINMENT, INC., | <u>Hearing</u><br>Date:    June 22, 2021<br>Time:    10:00 a.m.<br>Place:   Courtroom 1568<br>        255 E. Temple Street<br>        Los Angeles, CA 90012 |

TROUTMAN PEPPER HAMILTON SANDERS LLP
350 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CA 90071

**OBJECTION**

Bay Point Capital Partners II, LP ("**Bay Point**"), by and through undersigned counsel, respectfully submits its objection (the "**Objection**"), filed in response to the *Notice of Motion and Motion for Approval of Entry into Contract for Post-Production Services with Buffalo 8 Productions, LLC; Declaration of Jonathan Smith* (the "**Motion**") [D.E. 63][1] filed by Hoplite, Inc. and Hoplite Entertainment, Inc. (collectively, the "**Debtors**").

**PRELIMINARY STATEMENT**

The Debtors seek the Court's approval of their prior entry into that certain *Post-Production Services Agreement* (the "**Agreement**")[2] with Buffalo 8 Productions, LLC ("**Buffalo 8**") under which Buffalo 8 will purportedly provide security for the TV Library and insurance covering the same.  While the Debtors' goals are laudable, the Debtors' Motion should be denied because it does not appear to meet the Debtors' stated goals.  The Agreement appears to provide little benefit to the bankruptcy estates.  The Debtors will incur an administrative expense claim with no judicial scrutiny in exchange for inadequate protections because Buffalo 8's providing of insurance is conditional and appears to be of limited value.  The Agreement also potentially disadvantages the Debtors and its creditors by effectively limiting their ability to seek redress from this Court with respect to Buffalo 8's possession and use of the TV Library.  And the Agreement unfairly benefits one creditor of Hoplite, Inc. (BondIt) at the expense of all other creditors who possess a security interest in the TV Library by providing BondIT a post-petition indemnity from the Debtors.[3]

For these reasons and as set forth more fully below, Bay Point respectfully requests that the Court sustain its Objection and deny the Debtors' Motion.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.
[2] The Agreement is attached to the Debtors' Motion as **Exhibit 1.**
[3] While the Debtors claim BondIT is a secured creditor of Hoplite, Inc. (Motion at 5), BondIT filed a UCC-1 after Bay Point against Hoplite Entertainment, Inc., not Hoplite, Inc.  Winsberg Declaration at ¶ 5.

TROUTMAN PEPPER HAMILTON SANDERS LLP
350 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CA  90071

TROUTMAN PEPPER HAMILTON SANDERS LLP
350 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CA 90071

**ARGUMENT AND CITATION OF AUTHORITY**

**I.** **THE DEBTORS' ENTRY INTO THE AGREEMENT AND THE RESULTING TRANSFERS OF ESTATE PROPERTY CONSTITUTE UNAUTHORIZED TRANSACTIONS OUTSIDE THE ORDINARY COURSE OF BUSINESS.**

Section 363 gives a debtor-in-possession authority to enter into transactions, including those involving the use of property of the estate, in the ordinary course of business, without notice or a hearing.[4]   However, should a debtor-in-possession seek to enter into a transaction that is outside the ordinary course of business, prior court approval of the transaction is required.[5]   In determining whether a transaction is "within the ordinary course," courts within the Ninth Circuit apply both a "vertical test," whose primary focus is whether the transaction is consistent with the debtor's prepetition business activities, and a "horizontal test," which considers whether the transaction is of a type that similar businesses would make in the ordinary course of business.[6]   A transaction that fails either of these tests is not an ordinary course transaction, and, as noted above, requires prior approval of the court.[7]

Here, the Debtors' entry into the Agreement is not an ordinary course transaction.   The Agreement requires that the Debtors turnover to Buffalo 8 (an affiliate of BondIT) the entire TV Library, which is allegedly the Debtors' most valuable (and maybe its sole non-litigation) asset.[8] In addition to the transfer of the TV Library, the Agreement provides Buffalo 8 with a $72,950 administrative claim, a post-petition indemnity in favor of Buffalo 8 and BondIT, and a dispute

---

[4] 11 U.S.C. § 363(c)(1).
[5] *See* 11 U.S.C. § 363(b)(1) (providing that a debtor-in-possession may, "after notice and hearing, use, sell, or lease, other than in the ordinary course of business, property of the estate[.]").
[6] *In re First Protection, Inc.*, 440 B.R. 821, 833 (9th Cir. BAP 2010).  The vertical test, or the "creditor's expectation test," also requires the court to view the transaction from the position of a hypothetical creditor and "inquires whether the transaction subjects a creditor to economic risks of a nature different from those he accepted when he decided to extend credit.  *In re Straightline Investments, Inc.*, 525 F.3d 870, 879 (9th Cir. 2008).
[7] *In re First Protection, Inc.*, 440 B.R. at 833.
[8] The TV Library may be the primary asset from which any value can (realistically) be realized for the satisfaction of the Debtors' debts.  This cannot be reasonably disputed as the significance of the TV Library has been consistently recognized by not only Bay Point and other creditors, but also by the Debtors themselves.  [*See generally*, D.E. 39, 71 and 74].

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TROUTMAN PEPPER HAMILTON SANDERS LLP
350 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CA  90071

resolution clause submitting any disputes with respect to the Agreement to arbitration.[9]  This Agreement cannot possibly be considered an ordinary course transaction under either the vertical test or the horizontal test.

No reasonable creditor would expect that the Debtors would transfer the entire TV Library to an affiliate of a creditor with all of the terms and conditions designed to advantage that creditor without first seeking approval of this Court.  This is particularly true considering the fraud committed by the Debtors and Mr. Smith against Bay Point and other creditors.  But that is exactly what has happened here.  And no similar business would transfer all of its assets simply to obtain insurance. Instead, a similar business would simply purchase the insurance necessary to protect its assets, as the Debtors had apparently done before their insurance lapsed pre-bankruptcy.[10]  For these reasons, the Debtors' entry into the Agreement and performance thereunder was not done in the ordinary course of business and required prior court approval.

## II.   THERE IS NO REASONABLE BUSINESS JUSTIFICATION FOR THE AGREEMENT.

The Court should also deny the Debtors' Motion because the Debtors have provided no reasonable business justification.  A bankruptcy court has considerable discretion in deciding whether to approve a debtor-in-possession's use of estate property outside the ordinary course of business.[11]  In exercising this discretion, the courts analyze whether there is a reasonable business justification sufficient to justify the transaction.[12]  The sufficiency of such depends on the facts of the case, and a court is to consider "all salient factors pertaining to the proceeding."[13]  Notably, a court should apply a heightened level of scrutiny to a transaction when an insider or pre-petition

---

[9]  Agreement §§ 1, 14 & 17.

[10]  Smith Declaration at 4 ("In April 2020, the existing insurance on the businesses expired and was not renewed due to a lack of funds.").

[11]  *In re Walter*, 83 B.R. 14, 17 (9th Cir. BAP 1988).

[12]  *Id.* at 19-20.

[13]  *Id.*; *see also In re Continental Air Lines, Inc.*, 780 F.2d 1223, 1226 (5th Cir. 1986) (recognizing that the court should act to further the diverse interests of the debtor, creditors, and equity holders).

- 4 -

creditor is involved.[14]  Given BondIt's involvement in the Agreement by way of Buffalo 8, heightened scrutiny is appropriate in this instance.

The Debtors' assert that the Agreement is necessary because the Debtors have neither the ability to provide secured storage for the TV Library nor the funds to purchase insurance for the same.[15]  The Debtors, however, failed to provide any evidence of their efforts to acquire insurance or security for the TV Library, aside from the Agreement.[16]  Even putting aside the Debtors' lack of effort in finding an alternative, a review of the Agreement reveals that the Agreement may not accomplish the Debtors' goals.  Buffalo 8's promise of insurance is conditional.  The Agreement only requires that Buffalo 8 provide insurance "after receipt of the Hoplite materials have been fully confirmed by Buffalo 8 that the hard drives are in working order and the materials are in good condition…."[17]  And the Debtors will be named as additional insured parties (as opposed to being named primary insureds) under Buffalo 8's existing insurance policies,[18] potentially creating competing claims should a loss occur. More important, there is little detail as to the amount of insurance available under Buffalo 8's existing insurance policies.  Rather, the insurance appears to cover only "the costs of the hard drives and any other physical tapes, drives, disks, etc. that are delivered."[19]  If the TV Library is as valuable as the Debtors claim, the amount of insurance is wholly inadequate.

The Agreement is also flawed in other significant respects.  For example, Section 17 of the Agreement provides that "all disputes relating in any manner to services provided herein, or the

---

[14] *In re Catalina Sea Ranch, LLC,* 2020 Bankr. LEXIS 1083, *17-18 (Bankr. C.D. Cal. April 13, 2020) (Bason, J.) (applying heightened scrutiny to a proposed Section 363 sale involving a prepetition lender and insider of the debtor).
[15] Motion at 5.
[16] *See generally,* Motion.
[17] Agreement § 18.
[18] *Id.*
[19] *Id.*  Notably, the Debtors have failed to provide proof of any "production and E&O insurance policies that have been independently bound and outside this services arrangement" that are referenced in Section 18 of the Agreement.

TROUTMAN PEPPER HAMILTON SANDERS LLP
350 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CA  90071

116557472v8

TROUTMAN PEPPER HAMILTON SANDERS LLP
350 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CA 90071

1    Client's obligations to [Buffalo 8] under this Agreement" will be submitted to arbitration.[20]  This

2    provision may potentially force into arbitration disputes that are core matters for this Court to

3    decide, including the turnover or use of the TV Library.[21]  The Agreement also unfairly benefits

4    BondIt at the expense of other creditors.  BondIt may exercise a degree of control over the TV

5    Library, which it would not otherwise be entitled considering the superior liens asserted by other

6    creditors including Bay Point.[22]  And the Agreement provides BondIt an unfair financial benefit as

7    it requires the Debtors to indemnify Buffalo 8 and its "affiliated or related entities" (i.e., BondIt)

8    as well as the "owners, directors, officers, employees, agents, outside attorneys, and representatives

9    of each" for, among other things, costs incurred as a result of the Debtors' breach of their various

10   obligations and warranties under the Agreement.[23]  Finally, Buffalo 8 is provided with a $72,950

11   administrative expense claim without having to prove that its claim satisfies the Section 503

12   standards.  For these reasons, the Court should deny the Motion.

13   Even if the Court were to approve the Debtors' entry into the Agreement (which it should

14   not), the Court should not retroactively approve the Motion or condone the Debtors' conduct,

15   through Mr. Smith, in transferring some (if not all) of the TV Library to Buffalo 8 without prior

16   approval of this Court.[24]

17

18

19                                          **CONCLUSION**

20        WHEREFORE, Bay Point respectfully requests entry of an Order (i) sustaining Bay Point's

21

22   _____

23   [20] *Id.* § 17.
     [21] *Id.* § 16 ("[B]uffalo 8's sole rights and remedies hereunder shall be limited to the right, if any, to obtain damages at
24   law and Buffalo 8 shall have no right in such event to enjoin or restrain the distribution or exhibition of the Library.
     For the avoidance of doubt, Buffalo 8 shall have the right to suspend services and/or delivery of any materials to
25   Client hereunder if any payments are not made when and due and payable under this Agreement, until such payments
     are made.").
26   [22] The Agreement only covers storage for six months.  Motion at 5.
     [23] *Id.* § 14.
27   [24] As the Supreme Court cautioned, "[f]ederal courts may issue *nunc pro tunc* orders…to reflect the reality of what has
     already occurred.  Such a decree presupposes a decree allowed, or ordered, but not entered, through inadvertence of
28   the court."  *Roman Catholic Archdiocese of San Juan, Puerto Rico v. Acevedo Feliciano*, 140 S. Ct. 696, 701 (2020)
     (internal citations omitted).

1   Objection; (ii) denying the Debtors' Motion; and (iii) granting such other and further relief as is

2   just and proper.

3   Dated:    June 7, 2021                          TROUTMAN PEPPER HAMILTON
                                                     SANDERS LLP
4

5

6   By: __/s/ Luke N. Eaton
                                                     Luke N. Eaton (SBN 280387)
7                                                    Two California Plaza
                                                     350 S. Grand Avenue, Suite 3400
8                                                    Los Angeles, CA 90071-3427
                                                     Telephone:  213.928.9800
9                                                    Facsimile:  213.928.9850

10                                                   -and-

11                                                   Harris B. Winsberg (admitted *pro hac
                                                     vice*)
12                                                   Alexandra S. Peurach (admitted *pro hac
                                                     vice*)
13                                                   Nathan T. DeLoatch (admitted *pro hac
                                                     vice*)
14                                                   600 Peachtree Street, NE, Suite 3000
                                                     Atlanta, GA 30308
15                                                   Telephone:  404.885.3000
                                                     Facsimile:  404.885.3900
16                                                   harris.winsberg@troutman.com
                                                     alexandra.peurach@troutman.com
17                                                   nathan.deloatch@troutman.com

18                                                   Attorneys for *Bay Point Capital Partners
                                                     II, LP.*

19

20

21

22

23

24

25

26

27

28

1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2

  **PLEASE TAKE NOTICE** that, pursuant to LBR 9013-1(f), any reply to this objection

3

must be in writing and filed and served no later than seven (7) days prior to the date of the above-

4

scheduled hearing on the motion.

5

6

Dated:  June 7, 2021

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TROUTMAN PEPPER HAMILTON
SANDERS LLP


By: __/s/ Luke N. Eaton__
  Luke N. Eaton (SBN 280387)
  Two California Plaza
  350 S. Grand Avenue, Suite 3400
  Los Angeles, CA 90071-3427
  Telephone:  213.928.9800
  Facsimile:  213.928.9850

  -and-

  Harris B. Winsberg (admitted *pro hac vice*)
  Alexandra S. Peurach (admitted *pro hac vice*)
  Nathan T. DeLoatch (admitted *pro hac vice*)
  600 Peachtree Street, NE, Suite 3000
  Atlanta, GA 30308
  Telephone:  404.885.3000
  Facsimile:  404.885.3900
  harris.winsberg@troutman.com
  alexandra.peurach@troutman.com
  nathan.deloatch@troutman.com

  Attorneys for *Bay Point Capital Partners II, LP.*

TROUTMAN PEPPER HAMILTON SANDERS LLP
350 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CA 90071

116557472v8

TROUTMAN PEPPER HAMILTON SANDERS LLP
Luke N. Eaton (SBN 280387)
Email: luke.eaton@troutman.com
Two California Plaza
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3427
Telephone: 213.928.9800
Facsimile: 213.928.9850

Harris B. Winsberg (admitted *pro hac vice*)
Email: harris.winsberg@troutman.com
Alexandra S. Peurach (admitted *pro hac vice*)
Email: Alexandra.Peurach@troutman.com
Nathan T. DeLoatch (admitted *pro hac vice*)
Email: nathan.deloatch@troutman.com
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
Telephone: 404.885.3000
Facsimile: 404.885.3900

Attorneys for Secured Creditor
BAY POINT CAPITAL PARTNERS II, LP

TROUTMAN PEPPER HAMILTON SANDERS LLP
350 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CA 90071

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – Los Angeles Division

| | |
|---|---|
| In re:<br><br>HOPLITE, INC., *et. al.*,<br><br>Debtors and Debtors-in-Possession. | Lead Case No. 2:21-bk-12663-ER<br><br>Chapter 11<br><br>(Jointly Administered with:<br>Case No. 2:21-bk-12546-ER) |
| In re:<br><br>HOPLITE ENTERTAINMENT, INC.,<br><br>Debtor and Debtor in Possession. | **DECLARATION OF HARRIS WINSBERG IN SUPPORT OF BAY POINT CAPITAL PARTNERS II, LP'S OBJECTION TO DEBTORS' NOTICE OF MOTION AND MOTION FOR APPROVAL OF ENTRY INTO CONTRACT FOR POST-PRODUCTION SERVICES WITH BUFFALO 8 PRODUCTIONS, LLC; DECLARATION OF JONATHAN SMITH** |
| Affects:<br><br>☒ ALL DEBTORS<br><br>☐ HOPLITE, INC.<br><br>☐ HOPLITE ENTERTAINMENT, INC., | <u>Hearing</u><br>Date:     June 22, 2021<br>Time:     10:00 a.m.<br>Place:    Courtroom 1568<br>            255 E. Temple Street<br>            Los Angeles, CA 90012 |

116664533v2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TROUTMAN PEPPER HAMILTON SANDERS LLP
350 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CA 90071

## DECLARATION OF HARRIS WINSBERG

I, Harris Winsberg, declare as follows:

1.      I am over the age of 18 years and am competent and qualified to execute this declaration.

2.      I am a partner in the law firm of Troutman Pepper Hamilton Sanders LLP ("**Troutman**"), counsel to Bay Point Capital Partners II, LP ("**Bay Point**") in the bankruptcy cases of Hoplite Entertainment, Inc., Hoplite, Inc., and Jonathan Lee Smith, as well as in *Bay Point Capital Partners II, LP v. Hoplite, Inc., Hoplite Entertainment, Inc., and Jonathan Lee Smith*, Case No. 1:21-CV-00375-MLB, in United States District Court for the Northern District of Georgia, Atlanta Division (the "**Receivership Action**").

3.      I have reviewed *Bay Point Capital Partners II, LP's Objection To Debtors' Notice Of Motion And Motion For Approval Of Entry Into Contract For Post-Production Services With Buffalo 8 Productions, LLC; Declaration Of Jonathan Smith* (the "**Objection**") and make this Declaration in support thereof.

4.      I have personal knowledge of all of the facts set forth in this Declaration, and, based on that personal knowledge, I assert that all facts are true and correct to the best of my knowledge.

5.      In the Objection, Bay Point relies upon the following document:

(a)      Lien searches of Hoplite, Inc. and Hoplite Entertainment, Inc. ordered by Troutman on January 21, 2021 (collectively, the "**Lien Searches**").  A true and correct copy of the Lien Searches is attached hereto as **Exhibit A.**

116664533v2

- 2 -

1       Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true

2  and correct.

3       Executed on June 7, 2021, at Atlanta, Georgia.

4

5                                                                       Harris Winsberg

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TROUTMAN PEPPER HAMILTON SANDERS LLP
350 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CA 90071

116664533v2

- 3 -

## **Exhibit A**

**CT Corporation**
a Wolters Kluwer Business

# Search Results

| | |
|---|---|
| KATHERINE CALLOWAY | **Date:** **01/21/2021** |
| Troutman Sanders LLP | **Order #:** **78426027** |
| 1850 TOWERS CRESCENT | **Customer #: 506980** |
| PLAZA | **Reference 1: 255018.000025** |
| SUITE 500 | **Reference 2: Chris Olcott** |
| Tysons Corner, VA 22182 | |

**Target Name: HOPLITE ENTERTAINMENT, INC.**

**Jurisdiction: Secretary of State, California**

| | |
|---|---|
| **Search Type: Federal Tax Lien** | **Searched Through: 12/13/2020** |
| Results: No Records Found | Searched From: 09/01/2020 |
| | |
| **Search Type: State Tax Lien** | **Searched Through: 12/13/2020** |
| Results: No Records Found | Searched From: 09/01/2020 |
| | |
| **Search Type: Judgment Lien** | **Searched Through: 12/13/2020** |
| Results: No Records Found | Searched From: 09/01/2020 |
| | |
| **Search Type: UCC Lien** | **Searched Through: 12/13/2020** |
| Results: See Attached Listing of Records Found with 2 Copies Attached | Searched From: 09/01/2020 |

**Comments:** As requested, copies for this search were limited to the specific time parameters: From 9/1/2020 To Present

LAURA BRENGARTNER
UCC Team 1
4400 Easton Commons Way
Suite 125
Columbus, OH 43219
6142803577
laura.brengartner@wolterskluwer.com

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Lien Solutions
UCC Search Report

The following represents a listing of the documentation you requested through a careful search of effective UCC filings recorded in the Office of the Secretary of State CA, Secretary of State licensed from the State of an independent third party and maintained in a computerized form and available through our offices. Variations of the Name and Address of the search key may appear on this report as a result of the search findings and your individual request for that information.

This report reflects record effective through Dec.13, 2020.

Because we cannot independently verify the accuracy of the public information maintained by the responsible government agency or other sources of this data, we make no guaranties, representations or warranties as to the accuracy or completeness of this report. We cannot and do not accept any liability for errors or omissions.

State of CA, Secretary of State, Secretary of State UCC Debtor Name Search results performed on following

Search Key :

        Name = HOPLITE ENTERTAINMENT, INC.


1.      167560574112  ORIGINAL filed on Dec. 09, 2016
        expires on Dec. 09, 2021
        Debtor                          HOPLITE ENTERTAINMENT, INC.
                                        6725 SUNSET BOULEVARD, SUITE 250
                                        LOS ANGELES, CA, 90028
        SecuredParty                    XXIII CAPITAL A LIMITED
                                        2ND FLOOR, CLEARWATER HOUSE, 4-7 MANCHESTER STREET
                                        LONDON, W1U3AE
        SecuredParty                    XXIII CAPITAL LIMITED
                                        1ST & 2ND FLOOR, 19/20 BERNERS STREET
                                        LONDON, W1T 3NW
        SecuredParty                    XXIII CAPITAL LIMITED
                                        2ND FLOOR, CLEARWATER HOUSE, 4-7 MANCHESTER STREET
                                        LONDON, W1U3AE
        ASSIGNMENT                      # 1775724097 filed on  Feb. 22, 2017
        ASSIGNMENT                      # 2077706925 filed on  Mar. 31, 2020


2.      187673225506  ORIGINAL filed on Oct. 01, 2018
        expires on Oct. 01, 2023
        Debtor                          BO DI-HOPLITE, LLC
                                        6725 W SUNSET BLVD, STE 250
                                        LOS ANGELES, CA, 90025
        Debtor                          CE-SPV, INC
                                        6725 W SUNSET BLVD, STE 250
                                        LOS ANGELES, CA, 90025

| | |
|---|---|
| Debtor | DRIVE-THRU PREACHER, LLC |
| | 6725 W SUNSET BLVD, STE 250 |
| | LOS ANGELES, CA, 90025 |
| Debtor | FFC SUPERSTARS-SPV, INC |
| | 6725 W SUNSET BLVD, STE 250 |
| | LOS ANGELES, CA, 90025 |
| Debtor | HOPLITE ENTERTAINMENT, INC |
| | 6725 W SUNSET BLVD, STE 250 |
| | LOS ANGELES, CA, 90025 |
| Debtor | HOPLITE, INC. |
| | 6725 W SUNSET BLVD, STE 250 |
| | LOS ANGELES, CA, 90025 |
| Debtor | INK THERAPY-SPV, INC |
| | 6725 W SUNSET BLVD, STE 250 |
| | LOS ANGELES, CA, 90025 |
| Debtor | RPM-GEARED UP-SPV, INC. |
| | 6725 W SUNSET BLVD, STE 250 |
| | LOS ANGELES, CA, 90025 |
| Debtor | SMITH JONATHAN LEE |
| | 3121 DERONDA DR, STE 250 |
| | LOS ANGELES, CA, 90068 |
| Debtor | SPEAK EASY |
| | 6725 W SUNSET BLVD, STE 250 |
| | LOS ANGELES, CA, 90025 |
| Debtor | THE SEVEN-SPV, INC. |
| | 6725 W SUNSET BLVD, STE 250 |
| | LOS ANGELES, CA, 90025 |
| SecuredParty | C T CORPORATION SYSTEM, AS REPRESENTATIVE |
| | 330 N BRAND BLVD, SUITE 700; ATTN: SPRS |
| | GLENDALE, CA, 91203 |

3.  207757892249  ORIGINAL filed on Jan. 16, 2020
    expires on Jan. 16, 2025

| | |
|---|---|
| Debtor | HOPLITE ENTERTAINMENT, INC. |
| | 6725 W SUNSET BLVD SUITE 250 |
| | LOS ANGELES, CA, 90028 |
| Debtor | HOPLITE, INC. |
| | 6725 W SUNSET BLVD SUITE 250 |
| | LOS ANGELES, CA, 90028 |
| SecuredParty | COLUMBIA STATE BANK |
| | 2820 HARRISON AVENUE NW |
| | OLYMPIA, WA, 98502 |

4.  U200022914327  ORIGINAL filed on Oct. 01, 2020
    expires on Oct. 01, 2025

| | |
|---|---|
| Debtor | HOPLITE ENTERTAINMENT, INC. |
| | 6725 SUNSET BOULEVARD, SUITE 250 |
| | LOS ANGELES, CA, 90028 |
| Debtor | HOPLITE, INC. |
| | 6725 SUNSET BOULEVARD, SUITE 250 |
| | LOS ANGELES, CA, 90028 |

Date: Jan.11, 2021                                                                                                   Page:3

          SecuredParty                          BAY POINT CAPITAL PARTNERS II, LP
                                                3050 PEACHTREE ROAD NW, SUITE 2
                                                ATLANTA, GA, 30305


5.        U200035603727   ORIGINAL filed on Dec. 08, 2020
          expires on Dec. 08, 2025
          Debtor                                HOPLITE ENTERTAINMENT INC.
                                                6725 SUNSET BLVD. STE 250
                                                LOS ANGELES, CA, 90028
          SecuredParty                          BONDIT LLC
                                                1639 11TH ST. #160
                                                SANTA MONICA, CA, 90404


[End of Report]



U200022914327



**STATE OF CALIFORNIA**
*Office of the Secretary of State, Alex Padilla*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| :---: |
| **-FILED-** |
| File #: U200022914327 |
| Date Filed: 10/1/2020 |

Submitter Information:

| | |
| --- | --- |
| Contact Name | |
| Organization Name | SPI Corporate Solutions Inc |
| Phone Number | (518) 213-3784 |
| Email Address | jbass@spinationwide.com |
| Address | 524 S 2ND ST. SUITE 505 SPRINGFIELD, IL 62701 |

Debtor Information:

| Debtor Name | Mailing Address |
| --- | --- |
| Hoplite, Inc. | 6725 Sunset Boulevard, Suite 250 Los Angeles, CA 90028 |
| Hoplite Entertainment, Inc. | 6725 Sunset Boulevard, Suite 250 Los Angeles, CA 90028 |

Secured Party Information:

| Secured Party Name | Mailing Address |
| --- | --- |
| Bay Point Capital Partners II, LP | 3050 Peachtree Road NW, Suite 2 Atlanta, GA 30305 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
All assets.

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:
Not Applicable

Select an additional alternate Financing Statement type:
Not Applicable

Select an alternative Debtor/Secured Party designation for this Financing Statement:
Not Applicable

Optional Filer Reference Information:
Filing Office:  California Secretary of State

Miscellaneous Information:

Search to Reflect:

☐ Order a Search to Reflect

B0331-8810 10/01/2020 6:52 AM Received by California Secretary of State

U200035603727





**STATE OF CALIFORNIA**
*Office of the Secretary of State, Alex Padilla*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| :-: |
| **-FILED-** |

File #: U200035603727

Date Filed: 12/8/2020

---

Submitter Information:

| | |
| :-- | :-- |
| Contact Name | CORPORATION SERVICE COMPANY |
| Organization Name | CORPORATION SERVICE COMPANY |
| Phone Number | 18008585294 |
| Email Address | SPRFiling@cscglobal.com |
| Address | 801 ADLAI STEVENSON DR SPRINGFIELD, IL 62703 |

Debtor Information:

| Debtor Name | Mailing Address |
| :-- | :-- |
| HOPLITE ENTERTAINMENT INC. | 6725 SUNSET BLVD. STE 250 LOS ANGELES, CA 90028 |

Secured Party Information:

| Secured Party Name | Mailing Address |
| :-- | :-- |
| BONDIT LLC | 1639 11TH ST. #160 SANTA MONICA, CA 90404 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
The Debtor hereby irrevocably and unconditionally pledge, assign and grant to the Secured Party a first priority security interest, in all of the Debtors' right, title and interest in, to and under all property, tangible and intangible, wherever located or situated and whether now owned, currently existing or hereafter acquired or created, including, but not limited to accounts, deposit accounts, equipment, general intangibles, goodwill, inventory, investment property, letter of credit rights, negotiable collateral, intellectual property, insurance policies, cash, technology, supporting obligations, Debtor's rights to its account receivables, proceeds, any securities and all other personal property of the Debtors (collectively, the "Collateral"), as collateral security to secure the payment and performance in full of all the Obligations to the Secured Party.

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:

Select an additional alternate Financing Statement type:

Select an alternative Debtor/Secured Party designation for this Financing Statement:

Optional Filer Reference Information:
2029 36784

B0351-2181 12/08/2020 7:12 PM Received by California Secretary of State

CT Corporation
a Wolters Kluwer Business

## Search Results

**KATHERINE CALLOWAY**
**Troutman Sanders LLP**
**1850 TOWERS CRESCENT**
**PLAZA**
**SUITE 500**
**Tysons Corner, VA 22182**

| | |
|---|---|
| **Date:** | **01/21/2021** |
| **Order #:** | **78426027** |
| **Customer #:** | **506980** |
| **Reference 1:** | 255018.000025 |
| **Reference 2:** | Chris Olcott |

**Target Name: HOPLITE ENTERTAINMENT, INC.**

**Jurisdiction: Los Angeles County, California**

**Search Type: Federal Tax Lien**

Results: No Records Found

**Searched Through: 12/17/2020**

Searched From: 09/01/2020

Office: Recorder

**Search Type: State Tax Lien**

Results: No Records Found

**Searched Through: 12/17/2020**

Searched From: 09/01/2020

Office: Recorder

**Search Type: Judgment Lien**

Results: No Records Found

**Searched Through: 12/17/2020**

Searched From: 09/01/2020

Office: Recorder

**LAURA BRENGARTNER**
**UCC Team 1**
**4400 Easton Commons Way**
**Suite 125**
**Columbus, OH 43219**
**6142803577**
**laura.brengartner@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

**CT Corporation**
® a Wolters Kluwer Business

## Search Results

**KATHERINE CALLOWAY**
**Troutman Sanders LLP**
**1850 TOWERS CRESCENT**
**PLAZA**
**SUITE 500**
**Tysons Corner, VA 22182**

**Date:** **01/21/2021**
**Order #:** **78426027**
**Customer #: 506980**
**Reference 1: 255018.000025**
**Reference 2: Chris Olcott**

**Target Name: HOPLITE ENTERTAINMENT, INC.**

**Jurisdiction: U.S. District Court, California Central District**

**Search Type: Federal Litigation - Searched as Defendant**       **Searched Through: 01/15/2021**
Results:        No Records Found                                    Searched From: 09/01/2020
                                                                    Office: Central District

**Comments:**        Note: This search included pending suits and judgments found in the civil court index.

LAURA BRENGARTNER
UCC Team 1
4400 Easton Commons Way
Suite 125
Columbus, OH 43219
6142803577
laura.brengartner@wolterskluwer.com

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

**CT Corporation**
® a Wolters Kluwer Business

## Search Results

KATHERINE CALLOWAY
Troutman Sanders LLP
1850 TOWERS CRESCENT
PLAZA
SUITE 500
Tysons Corner, VA 22182

Date: **01/21/2021**
Order #: **78426027**
Customer #: **506980**
Reference 1: 255018.000025
Reference 2: Chris Olcott

---

Target Name: **HOPLITE ENTERTAINMENT, INC.**

---

Jurisdiction: **U.S. Bankruptcy Court, California Central District**

---

Search Type: **Bankruptcy - Searched as Petitioner**     Searched Through: 01/15/2021
Results:     No Records Found     Searched From: 09/01/2020
     Office: Central District

---

LAURA BRENGARTNER
UCC Team 1
4400 Easton Commons Way
Suite 125
Columbus, OH 43219
6142803577
laura.brengartner@wolterskluwer.com

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
® a Wolters Kluwer Business

# Search Results

**KATHERINE CALLOWAY**
**Troutman Sanders LLP**
**1850 TOWERS CRESCENT**
**PLAZA**
**SUITE 500**
**Tysons Corner, VA 22182**

**Date:** **01/21/2021**
**Order #:** **78426027**
**Customer #: 506980**
**Reference 1: 255018.000025**
**Reference 2: Chris Olcott**

---

**Target Name: HOPLITE, INC.**

---

**Jurisdiction: Secretary of State, California**

---

| | | |
|---|---|---|
| **Search Type: Federal Tax Lien** | | **Searched Through: 01/05/2021** |
| Results: | No Records Found | Searched: Update |
| **Search Type: State Tax Lien** | | **Searched Through: 01/05/2021** |
| Results: | No Records Found | Searched: Update |
| **Search Type: Judgment Lien** | | **Searched Through: 01/05/2021** |
| Results: | No Records Found | Searched: Update |
| **Search Type: UCC Lien** | | **Searched Through: 01/05/2021** |
| Results: | See Attached Listing of Records Found with 3 Copies Attached | Searched: Update |

**Comments:** As requested, copies for this search were limited to the specific time parameters: From 9/1/2020 To Present

---

**LAURA BRENGARTNER**
**UCC Team 1**
**4400 Easton Commons Way**
**Suite 125**
**Columbus, OH 43219**
**6142803577**
**laura.brengartner@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Lien Solutions
UCC Search Report

The following represents a listing of the documentation you requested through a careful search of effective UCC filings recorded in the Office of the Secretary of State CA, Secretary of State licensed from the State of an independent third party and maintained in a computerized form and available through our offices. Variations of the Name and Address of the search key may appear on this report as a result of the search findings and your individual request for that information.

This report reflects record effective through Jan.05, 2021.

Because we cannot independently verify the accuracy of the public information maintained by the responsible government agency or other sources of this data, we make no guaranties, representations or warranties as to the accuracy or completeness of this report. We cannot and do not accept any liability for errors or omissions.

State of CA, Secretary of State, Secretary of State UCC Debtor Name Search results performed on following

Search Key :

        Name = HOPLITE, INC.

1.     187628060705   ORIGINAL filed on Jan. 16, 2018
        expires on Jan. 16, 2023
        Debtor                    HOPLITE, INC.
                                    6225 W. SUNSET BLVD
                                    LOS ANGELES, CA, 90048
        SecuredParty         THE ENTRUST GROUP FBO GARY DANKLEFSEN IRA 723XXXX
                                    555 12TH STREET, SUITE 1250
                                    OAKLAND, CA, 94607

2.     187631779130   ORIGINAL filed on Feb. 02, 2018
        expires on Feb. 02, 2023
        Debtor                    HOPLITE, INC
                                      6225 W. SUNSET BLVD.
                                    LOS ANGELES, CA, 90048
        SecuredParty         HOLDEN ROBERT MR.
                                    LEVEL 1 55 YORK STREET
                                    SYDNEY, NE,
        TERMINATION      # 1876812058 filed on  Nov. 05, 2018

3.     187660872328   ORIGINAL filed on Jul. 25, 2018
        expires on Jul. 25, 2023
        Debtor                    HOPLITE INC.
                                      6725 SUNSET BOULEVARD, SUITE 250
                                    LOS ANGELES, CA, 90028

Date: Jan.21, 2021                                                                                    Page:2

        SecuredParty                          GREEN ASH PICTURES LIMITED
                                                           14 FLORAL STREET
                                                           LONDON, WC2E 9DH


4.    187661428245   ORIGINAL filed on Jul. 30, 2018
      expires on Jul. 30, 2023
      Debtor                          HOPLITE INC.
                                      6725 SUNSET BOULEVARD, SUITE 250
                                      LOS ANGELES, CA, 90028
      SecuredParty                    TAKUU MEDIA LIMITED
                                      3RD FLOOR, 14 FLORAL STREET
                                      LONDON, WC2E 9DH


5.    187661428366   ORIGINAL filed on Jul. 30, 2018
      expires on Jul. 30, 2023
      Debtor                          HOPLITE INC.
                                      6725 SUNSET BOULEVARD, SUITE 250
                                      LOS ANGELES, CA, 90028
      SecuredParty                    ANHINGA MEDIA LIMITED
                                      3RD FLOOR, 14 FLORAL STREET
                                      LONDON, WC2E 9DH


6.    187661428487   ORIGINAL filed on Jul. 30, 2018
      expires on Jul. 30, 2023
      Debtor                          HOPLITE INC.
                                      6725 SUNSET BOULEVARD, SUITE 250
                                      LOS ANGELES, CA, 90028
      SecuredParty                    SULCATA PRODUCTIONS LIMITED
                                      3RD FLOOR, 14 FLORAL STREET
                                      LONDON, WC2E 9DH


7.    187661643375   ORIGINAL filed on Jul. 31, 2018
      expires on Jul. 31, 2023
      Debtor                          HOPLITE INC.
                                      6725 SUNSET BOULEVARD, SUITE 250
                                      LOS ANGELES, CA, 90028
      SecuredParty                    ANGELONIA MEDIA LIMITED
                                      3RD FLOOR, 14 FLORAL STREET
                                      LONDON, WC2E 9DH


8.    187662144231   ORIGINAL filed on Aug. 02, 2018
      expires on Aug. 02, 2023
      Debtor                          HOPLITE INC.
                                      6725 SUNSET BOULEVARD, SUITE 250
                                      LOS ANGELES, CA, 90028
      SecuredParty                    GIGIMONT PICTURES LIMITED
                                      3RD FLOOR, 14 FLORAL STREET
                                      LONDON, WC2E 9DH


9.    187663457118   ORIGINAL filed on Aug. 10, 2018
      expires on Aug. 10, 2023

Date: Jan.21, 2021                                                                          Page:3

    Debtor                             HOPLITE INC.
                                          6725 SUNSET BOULEVARD, SUITE 250
                                          LONDON, CA, 90028
    SecuredParty                   GIGIMONT PICTURES LIMITED
                                          3RD FLOOR, 14 FLORAL STREET
                                          LONDON, WC2E 9DH

10.    187673225506  ORIGINAL filed on Oct. 01, 2018
        expires on Oct. 01, 2023
    Debtor                             BO DI-HOPLITE, LLC
                                          6725 W SUNSET BLVD, STE 250
                                          LOS ANGELES, CA, 90025
    Debtor                             CE-SPV, INC
                                          6725 W SUNSET BLVD, STE 250
                                          LOS ANGELES, CA, 90025
    Debtor                             DRIVE-THRU PREACHER, LLC
                                          6725 W SUNSET BLVD, STE 250
                                          LOS ANGELES, CA, 90025
    Debtor                             FFC SUPERSTARS-SPV, INC
                                          6725 W SUNSET BLVD, STE 250
                                          LOS ANGELES, CA, 90025
    Debtor                             HOPLITE ENTERTAINMENT, INC
                                          6725 W SUNSET BLVD, STE 250
                                          LOS ANGELES, CA, 90025
    Debtor                             HOPLITE, INC.
                                          6725 W SUNSET BLVD, STE 250
                                          LOS ANGELES, CA, 90025
    Debtor                             INK THERAPY-SPV, INC
                                          6725 W SUNSET BLVD, STE 250
                                          LOS ANGELES, CA, 90025
    Debtor                             RPM-GEARED UP-SPV, INC.
                                          6725 W SUNSET BLVD, STE 250
                                          LOS ANGELES, CA, 90025
    Debtor                             SMITH JONATHAN LEE
                                          3121 DERONDA DR, STE 250
                                          LOS ANGELES, CA, 90068
    Debtor                             SPEAK EASY
                                          6725 W SUNSET BLVD, STE 250
                                          LOS ANGELES, CA, 90025
    Debtor                             THE SEVEN-SPV, INC.
                                          6725 W SUNSET BLVD, STE 250
                                          LOS ANGELES, CA, 90025
    SecuredParty                   C T CORPORATION SYSTEM, AS REPRESENTATIVE
                                          330 N BRAND BLVD, SUITE 700; ATTN: SPRS
                                          GLENDALE, CA, 91203

11.    187686709264  ORIGINAL filed on Dec. 11, 2018
        expires on Dec. 11, 2023
    Debtor                             HOPLITE, INC.
                                          6725 SUNSET BOULEVARD, SUITE 250
                                        LOS ANGELES, CA, 90028

SecuredParty                          ROXBOURNE MEDIA LIMITED
                                      3RD FLOOR, 14 FLORAL STREET
                                      LONDON, WC2E 9DH


12.    187686709406   ORIGINAL filed on Dec. 11, 2018
       expires on Dec. 11, 2023
       Debtor                         HOPLITE, INC.
                                      6725 SUNSET BOULEVARD, SUITE 250
                                      LOS ANGELES, CA, 90028
       SecuredParty                   ROXBOURNE MEDIA LIMITED
                                      3RD FLOOR, 14 FLORAL STREET
                                      LONDON, WC2E 9DH


13.    197699597799   ORIGINAL filed on Feb. 28, 2019
       expires on Feb. 28, 2024
       Debtor                         HOPLITE, INC.
                                      6725 SUNSET BOULEVARD,SUITE 250
                                      LOS ANGELES, CA, 90028
       SecuredParty                   SPLIT PRISM MEDIA LIMITED
                                      3RD FLOOR, 14 FLORAL STREET
                                      LONDON, WC2E 9DH


14.    197699597810   ORIGINAL filed on Feb. 28, 2019
       expires on Feb. 28, 2024
       Debtor                         HOPLITE, INC.
                                      SUNSET BOULEVARD, SUITE 250
                                      LOS ANGELES, CA, 90028
       SecuredParty                   SPLIT PRISM MEDIA LIMITED
                                      3RD FLOOR, 14 FLORAL STREET
                                      LONDON, WC2E 9DH


15.    197706579869   ORIGINAL filed on Apr. 10, 2019
       expires on Apr. 10, 2024
       Debtor                         HOPLITE, INC.
                                      SUNSET BOULEVARD, SUITE 250
                                      LOS ANGELES, CA, 90028
       SecuredParty                   SPLIT PRISM MEDIA LIMITED
                                      3RD FLOOR, 14 FLORAL STREET
                                      LONDON, WC2E 9DH


16.    197706579980   ORIGINAL filed on Apr. 10, 2019
       expires on Apr. 10, 2024
       Debtor                         HOPLITE, INC.
                                      SUNSET BOULEVARD, SUITE 250
                                      LOS ANGELES, CA, 90028
       SecuredParty                   HALLWARD PICTURES LIMITED
                                      3RD FLOOR, 14 FLORAL STREET
                                      LONDON, WC2E 9DH


17.    197710261701   ORIGINAL filed on May. 01, 2019
       expires on May. 01, 2024

Date: Jan.21, 2021                                                                    Page:5

        Debtor                        HOPLITE INC.
                                      6725 W. SUNSET BLVD. SUITE 250
                                      LOS ANGELES, CA, 90028
        SecuredParty                  PORTA PELLEX, LLC
                                      C/O LARSON LAW FIRM, LLC, 1414 4TH AVE.
                                      SEATTLE, WA, 98101


18.     207757892249  ORIGINAL filed on Jan. 16, 2020
        expires on Jan. 16, 2025
        Debtor                        HOPLITE ENTERTAINMENT, INC.
                                      6725 W SUNSET BLVD SUITE 250
                                      LOS ANGELES, CA, 90028
        Debtor                        HOPLITE, INC.
                                      6725 W SUNSET BLVD SUITE 250
                                      LOS ANGELES, CA, 90028
        SecuredParty                  COLUMBIA STATE BANK
                                      2820 HARRISON AVENUE NW
                                      OLYMPIA, WA, 98502


19.     207770413970  ORIGINAL filed on Mar. 30, 2020
        expires on Mar. 30, 2025
        Debtor                        HOPLITE, INC.
                                      6725 W SUNSET BLVD SUITE 250
                                      LOS ANGELES, CA, 90028
        SecuredParty                  CORPORATION SERVICE COMPANY, AS REPRESENTATIVE
                                      P.O. BOX 2576 UCCSPREP@CSCINFO.COM
                                      SPRINGFIELD, IL, 62708


20.     207771012683  ORIGINAL filed on Apr. 02, 2020
        expires on Apr. 02, 2025
        Debtor                        HOPLITE, INC.
                                      6725 W SUNSET BLVD
                                      LOS ANGELES, CA, 90028
        SecuredParty                  CORPORATION SERVICE COMPANY, AS REPRESENTATIVE
                                      P.O. BOX 2576 UCCSPREP@CSCINFO.COM
                                      SPRINGFIELD, IL, 62708


21.     207774927843  ORIGINAL filed on Apr. 24, 2020
        expires on Apr. 24, 2025
        Debtor                        CE-SPV, INC
                                      6725 SUNSET BOULEVARD
                                      LOS ANGELES, CA, 90028
        Debtor                        DRIVE-THRU PREACHER, LLC
                                      6725 SUNSET BOULEVARD, SUITE 250
                                      LOS ANGELES, CA, 90028
        Debtor                        HOPLITE, INC
                                      6725 SUNSET BOULEVARD, SUITE 250
                                      LOS ANGELES, CA, 90026
        Debtor                        INK THERAPY-SPV, INC
                                      6725 SUNSET BOULEVARD, SUITE 250
                                      LOS ANGELES, CA, 90028

Debtor                                    SMITH JONATHAN LEE
                                          3121 DERONDA DRIVE
                                          LOS ANGELES, CA, 90068
Debtor                                    THE SEVEN-SPV, INC
                                          6725 SUNSET BOULEVARD, SUITE 250
                                          LOS ANGELES, CA, 90028
SecuredParty                              CORPORATION SERVICE COMPANY, AS REPRESENTATIVE
                                          PO BOX 2576 UCCSPREP@CSCGLOBAL.COM
                                          SPRINGFIELD, IL, 62708


22.    U200003109317   STATE TAX LIEN filed on Jul. 21, 2020
       expires on Jul. 21, 2030
       Debtor                             HOPLITE, INC.
                                          6725 W SUNSET BLVD STE 250
                                          LOS ANGELES, CA, 90028-7233
       SecuredParty                       EMPLOYMENT DEVELOPMENT DEPARTMENT
                                          722 CAPITOL MALL
                                          SACRAMENTO, CA, 95814


23.    U200016410118   STATE TAX LIEN filed on Sep. 04, 2020
       expires on Sep. 04, 2030
       Debtor                             HOPLITE, INC.
                                          6725 W SUNSET BLVD STE 250
                                          LOS ANGELES, CA, 90028-7233
       SecuredParty                       EMPLOYMENT DEVELOPMENT DEPARTMENT
                                          722 CAPITOL MALL
                                          SACRAMENTO, CA, 95814


24.    U200022914327   ORIGINAL filed on Oct. 01, 2020
       expires on Oct. 01, 2025
       Debtor                             HOPLITE ENTERTAINMENT, INC.
                                          6725 SUNSET BOULEVARD, SUITE 250
                                          LOS ANGELES, CA, 90028
       Debtor                             HOPLITE, INC.
                                          6725 SUNSET BOULEVARD, SUITE 250
                                          LOS ANGELES, CA, 90028
       SecuredParty                       BAY POINT CAPITAL PARTNERS II, LP
                                          3050 PEACHTREE ROAD NW, SUITE 2
                                          ATLANTA, GA, 30305


25.    U200036455531   STATE TAX LIEN filed on Dec. 11, 2020
       expires on Dec. 11, 2030
       Debtor                             HOPLITE, INC.
                                          6725 W SUNSET BLVD STE 250
                                          LOS ANGELES, CA, 90028-7233
       SecuredParty                       EMPLOYMENT DEVELOPMENT DEPARTMENT
                                          722 CAPITOL MALL
                                          SACRAMENTO, CA, 95814


[End of Report]

B0322-7443 09/04/2020 9:47 PM Received by California Secretary of State

RECORDING REQUESTED BY
STATE OF CALIFORNIA
EMPLOYMENT DEVELOPMENT DEPARTMENT
1-888-745-3886

**WHEN RECORDED MAIL TO:
STATE OF CALIFORNIA
EMPLOYMENT DEVELOPMENT DEPARTMENT
LIEN GROUP, MIC 92G
PO BOX 826880
SACRAMENTO, CA 94280-0001**

For Office Use Only

**-FILED-**

File #: U200016410118

Date Filed: 9/4/2020

# NOTICE OF STATE TAX LIEN

(Filed pursuant to Section 7171 of the Government Code)

HOPLITE, INC.

6725 W SUNSET BLVD
STE 250
LOS ANGELES CA 90028-7233

Secretary of State

Letter ID. L1870721504

Certificate No. G002635237

| TAX PERIOD | TAX | PENALTY | INTEREST | TOTAL |
|---|---|---|---|---|
| 01/01/2020 to 03/31/2020 | $5,645.65 | $848.84 | $113.50 | $6,607.99 |

Interest calculated through 09/04/2020

The Director of the Employment Development Department hereby certifies the above is liable to the State of California for amounts due and required to be paid as determined under the provisions of the California Unemployment Insurance Code, the Revenue and Taxation Code, or both.

THE AMOUNT OF DELINQUENCY ABOVE SET FORTH SHALL BE A LIEN UPON ALL REAL OR PERSONAL PROPERTY AND RIGHTS TO SUCH PROPERTY, INCLUDING ALL AFTER-ACQUIRED PROPERTY AND RIGHTS TO PROPERTY BELONGING TO THE ABOVE NAMED.

Date: 09/04/2020

At Sacramento, California



The Director of the Employment Development Department has complied with all provisions of the California Unemployment Insurance Code in the computation and levy of the amount assessed and has caused this notice of lien to be issued by a duly authorized representative.

By _O Dumanska_

Authorized Representative

This agency has adopted the use of a facsimile signature as affixed above.

DE 2181 Rev. 5 (7-12)



U200022914327



## STATE OF CALIFORNIA
*Office of the Secretary of State, Alex Padilla*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File #: U200022914327 |
| Date Filed: 10/1/2020 |

Submitter Information:

| | |
| --- | --- |
| Contact Name | |
| Organization Name | SPI Corporate Solutions Inc |
| Phone Number | (518) 213-3784 |
| Email Address | jbass@spinationwide.com |
| Address | 524 S 2ND ST. SUITE 505 SPRINGFIELD, IL 62701 |

Debtor Information:

| Debtor Name | Mailing Address |
| --- | --- |
| Hoplite, Inc. | 6725 Sunset Boulevard, Suite 250 Los Angeles, CA 90028 |
| Hoplite Entertainment, Inc. | 6725 Sunset Boulevard, Suite 250 Los Angeles, CA 90028 |

Secured Party Information:

| Secured Party Name | Mailing Address |
| --- | --- |
| Bay Point Capital Partners II, LP | 3050 Peachtree Road NW, Suite 2 Atlanta, GA 30305 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
All assets.

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:
Not Applicable

Select an additional alternate Financing Statement type:
Not Applicable

Select an alternative Debtor/Secured Party designation for this Financing Statement:
Not Applicable

Optional Filer Reference Information:
Filing Office:  California Secretary of State

Miscellaneous Information:

Search to Reflect:

☐ Order a Search to Reflect

B0331-8810 10/01/2020 6:52 AM Received by California Secretary of State

B0352-0860  12/11/2020  10:03 PM  Received by California Secretary of State

**RECORDING REQUESTED BY**
**STATE OF CALIFORNIA**
EMPLOYMENT DEVELOPMENT DEPARTMENT
1-888-745-3886

**WHEN RECORDED MAIL TO:**
**STATE OF CALIFORNIA**
**EMPLOYMENT DEVELOPMENT DEPARTMENT**
**LIEN GROUP, MIC 92G**
**PO BOX 826880**
**SACRAMENTO, CA 94280-0001**

For Office Use Only
## -FILED-
File #: U200036455531
Date Filed: 12/11/2020

# NOTICE OF STATE TAX LIEN
(Filed pursuant to Section 7171 of the Government Code)

HOPLITE, INC.

6725 W SUNSET BLVD
STE 250
LOS ANGELES CA 90028-7233

Secretary of State

Letter ID. L0427840480

Certificate No. G002556409

| TAX PERIOD | TAX | PENALTY | INTEREST | TOTAL |
|---|---|---|---|---|
| 04/01/2020 to 06/30/2020 | $10,396.97 | $1,581.54 | $219.00 | $12,197.51 |

Interest calculated through 12/11/2020

The Director of the Employment Development Department hereby certifies the above is liable to the State of California for amounts due and required to be paid as determined under the provisions of the California Unemployment Insurance Code, the Revenue and Taxation Code, or both.

THE AMOUNT OF DELINQUENCY ABOVE SET FORTH SHALL BE A LIEN UPON ALL REAL OR PERSONAL PROPERTY AND RIGHTS TO SUCH PROPERTY, INCLUDING ALL AFTER-ACQUIRED PROPERTY AND RIGHTS TO PROPERTY BELONGING TO THE ABOVE NAMED.

Date: 12/11/2020

At Sacramento, California



The Director of the Employment Development Department has complied with all provisions of the California Unemployment Insurance Code in the computation and levy of the amount assessed and has caused this notice of lien to be issued by a duly authorized representative.

By _O Dumanska_

Authorized Representative
This agency has adopted the use of a facsimile signature as affixed above.

DE 2181 Rev. 5 (7-12)

CT Corporation
® a Wolters Kluwer Business

## Search Results

| | |
|---|---|
| **KATHERINE CALLOWAY** | **Date:** 01/21/2021 |
| **Troutman Sanders LLP** | **Order #:** 78426027 |
| **1850 TOWERS CRESCENT** | **Customer #:** 506980 |
| **PLAZA** | **Reference 1:** 255018.000025 |
| **SUITE 500** | **Reference 2:** Chris Olcott |
| **Tysons Corner, VA 22182** | |

**Target Name: HOPLITE, INC.**

**Jurisdiction: Los Angeles County, California**

| | |
|---|---|
| **Search Type:** Federal Tax Lien | **Searched Through: 12/17/2020** |
| Results: No Records Found | Searched From: 09/01/2020 |
| | Office: Recorder |
| **Search Type:** Judgment Lien | **Searched Through: 12/17/2020** |
| Results: No Records Found | Searched From: 09/01/2020 |
| | Office: Recorder |
| **Search Type:** State Tax Lien | **Searched Through: 12/17/2020** |
| Results: See Attached Listing of Records Found with Copies Attached | Searched From: 09/01/2020 |
| | Office: Recorder |

**Document Listing:**

| File # | File Date | Type of Filing | Party |
|---|---|---|---|
| 20201080953 | 09/10/2020 | State Tax Lien | State of California |
| 20201559961 | 12/02/2020 | State Tax Lien | State of California |
| 20201645487 | 12/14/2020 | State Tax Lien | State of California |

**LAURA BRENGARTNER**
**UCC Team 1**
**4400 Easton Commons Way**
**Suite 125**
**Columbus, OH 43219**
**6142803577**
**laura.brengartner@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

RECORDING REQUESTED BY:
**STATE OF CALIFORNIA**
EMPLOYMENT DEVELOPMENT DEPARTMENT
1-888-745-3886

WHEN RECORDED MAIL TO:
**STATE OF CALIFORNIA**
**EMPLOYMENT DEVELOPMENT DEPARTMENT**
LIEN GROUP, MIC 92G
PO BOX 826880
SACRAMENTO, CA 94280-0001

RECORDED/FILED IN OFFICIAL RECORDS
RECORDER'S OFFICE
LOS ANGELES COUNTY
CALIFORNIA

**20201080953**
09/10/2020 08:04:00
$0.00

## NOTICE OF STATE TAX LIEN
(Filed pursuant to Section 7171 of the Government Code)

HOPLITE, INC.                                        XX-XXX5659

6725 W SUNSET BLVD
STE 250                                         LOS ANGELES
LOS ANGELES CA 90028-7233

Letter ID. L0458355168                    Certificate No. G002506277

| TAX PERIOD | TAX | PENALTY | INTEREST | TOTAL |
|---|---|---|---|---|
| 10/01/2019 to 03/31/2020 | $12,976.95 | $1,970.54 | $377.44 | $15,324.93 |

Interest calculated through 09/09/2020

The Director of the Employment Development Department hereby certifies the above is liable to the State of California for amounts due and required to be paid as determined under the provisions of the California Unemployment Insurance Code, the Revenue and Taxation Code, or both.

THE AMOUNT OF DELINQUENCY ABOVE SET FORTH SHALL BE A LIEN UPON ALL REAL OR PERSONAL PROPERTY AND RIGHTS TO SUCH PROPERTY, INCLUDING ALL AFTER-ACQUIRED PROPERTY AND RIGHTS TO PROPERTY BELONGING TO THE ABOVE NAMED.

Date: 09/09/2020
At Sacramento, California



The Director of the Employment Development Department has complied with all provisions of the California Unemployment Insurance Code in the computation and levy of the amount assessed and has caused this notice of lien to be issued by a duly authorized representative.

By _O Dumanska_
**Authorized Representative**
This agency has adopted the use of a facsimile signature as affixed above.

DE 2181 Rev. 5 (7-12)



**This page is part of your document - DO NOT DISCARD**

## 20201559961



Pages:
0002

**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

**12/02/20 AT 10:33AM**

| | |
|---|---|
| FEES: | 0.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 0.00 |



**L E A D S H E E T**



202012022870012

**00019083064**



011292877

**SEQ:
18**

.

**DAR - Mail (Intake)**



**THIS FORM IS NOT TO BE DUPLICATED**



*Recording Requested by*

STATE OF CALIFORNIA
**FRANCHISE TAX BOARD**
Sacramento CA  95812-2952

*And When Recorded Mail to*

Special Procedures Section
PO BOX 2952
Sacramento CA  95812-2952



19083064

Batch Number: 11292877

# NOTICE OF STATE TAX LIEN



**FILED WITH:    LOS ANGELES**               **CERTIFICATE NUMBER:    20267411953**

The Franchise Tax Board of the State of California hereby certifies that the following named taxpayer(s) is liable under parts 10 or 11 of Division 2 of the Revenue and Taxation Code to the State of California for amount due and required to be paid by said taxpayer as follows:

Name of Taxpayer(s)    : HOPLITE, INC.
                                        DBA: 01262016


FTB Account Number    : 3868544000
Corporate Number        : 3868544000
FEIN                              : 384025659000
SOS Number                 :

Last Known Address      : 6725 W SUNSET BLVD STE 250
                                        : LOS ANGELES CA 90028-7233

For Taxable Year(s)       : 12/18

Amount Due                   : $9,127.08


Further interest and fees will accrue at the rate prescribed by law until paid; that the Franchise Tax Board of the State of California complied with all of the provisions of parts 10 or 11 of Division 2 of the Revenue and Taxation Code of the State of California in computing, levying, determining and assessing the tax; the said amounts are due and payable and have not been paid.  Said lien attaches to all property and rights to such property now owned or later acquired by the taxpayer.

IN WITNESS WHEREOF, the Franchise Tax Board of the State of California has duly authorized the undersigned to execute this Notice in its name.

DATED: 09/28/20                                      FRANCHISE TAX BOARD
                                                               of the State of California

Collection Bureau
Telephone Number: (888) 635-0494          By: *Jozell J Brunett*

                                                               Authorized facsimile signature.

FTB 2930 V1 BC ARCS (REV 06-2017)

<table>
<tr><td>

**RECORDING REQUESTED BY:**
**STATE OF CALIFORNIA**
**EMPLOYMENT DEVELOPMENT DEPARTMENT**
1-888-745-3886


**WHEN RECORDED MAIL TO:**
**STATE OF CALIFORNIA**
**EMPLOYMENT DEVELOPMENT DEPARTMENT**
**LIEN GROUP, MIC 92G**
PO BOX 826880
SACRAMENTO, CA 94280-0001

</td><td>

**RECORDED/FILED IN OFFICIAL RECORDS**
**RECORDER'S OFFICE**
**LOS ANGELES COUNTY**
**CALIFORNIA**

# 20201645487
12/14/2020 08:04:00
$0.00

</td></tr>
</table>

## NOTICE OF STATE TAX LIEN
(Filed pursuant to Section 7171 of the Government Code)

HOPLITE, INC.                                          XX-XXX5659

6725 W SUNSET BLVD
STE 250                                               LOS ANGELES
LOS ANGELES CA 90028-7233

Letter ID. L1320997856                        Certificate No. G002518259

| TAX PERIOD | TAX | PENALTY | INTEREST | TOTAL |
|---|---|---|---|---|
| 04/01/2020 to 06/30/2020 | $10,396.97 | $1,579.54 | $219.00 | $12,195.51 |

Interest calculated through 12/11/2020

The Director of the Employment Development Department hereby certifies the above is liable to the State of California for amounts due and required to be paid as determined under the provisions of the California Unemployment Insurance Code, the Revenue and Taxation Code, or both.

THE AMOUNT OF DELINQUENCY ABOVE SET FORTH SHALL BE A LIEN UPON ALL REAL OR PERSONAL PROPERTY AND RIGHTS TO SUCH PROPERTY, INCLUDING ALL AFTER-ACQUIRED PROPERTY AND RIGHTS TO PROPERTY BELONGING TO THE ABOVE NAMED.

Date: 12/11/2020

At Sacramento, California



The Director of the Employment Development Department has complied with all provisions of the California Unemployment Insurance Code in the computation and levy of the amount assessed and has caused this notice of lien to be issued by a duly authorized representative.

By _O Dumanska_

**Authorized Representative**
This agency has adopted the use of a facsimile signature as affixed above.

DE 2181 Rev. 5 (7-12)

CT Corporation
® a Wolters Kluwer Business

# Search Results

**KATHERINE CALLOWAY**
**Troutman Sanders LLP**
**1850 TOWERS CRESCENT**
**PLAZA**
**SUITE 500**
**Tysons Corner, VA 22182**

**Date:** **01/21/2021**
**Order #:** **78426027**
**Customer #: 506980**
**Reference 1: 255018.000025**
**Reference 2: Chris Olcott**

**Target Name: HOPLITE, INC.**

**Jurisdiction: U.S. District Court, California Central District**

**Search Type: Federal Litigation - Searched as Defendant**
Results:  No Records Found

**Searched Through: 01/15/2021**
Searched From: 09/01/2020
Office: Central District

**Comments:**  Note: This search included pending suits and judgments found in the civil court index.

LAURA BRENGARTNER
UCC Team 1
4400 Easton Commons Way
Suite 125
Columbus, OH 43219
6142803577
laura.brengartner@wolterskluwer.com

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

**CT Corporation**
a Wolters Kluwer Business

## Search Results

| | |
|---|---|
| **KATHERINE CALLOWAY** | **Date:** **01/21/2021** |
| **Troutman Sanders LLP** | **Order #:** **78426027** |
| **1850 TOWERS CRESCENT** | **Customer #:** **506980** |
| **PLAZA** | **Reference 1: 255018.000025** |
| **SUITE 500** | **Reference 2: Chris Olcott** |
| **Tysons Corner, VA 22182** | |

**Target Name: HOPLITE, INC.**

**Jurisdiction: U.S. Bankruptcy Court, California Central District**

| | | |
|---|---|---|
| **Search Type:** **Bankruptcy - Searched as Petitioner** | | **Searched Through:** 01/15/2021 |
| Results: | No Records Found | Searched From: 09/01/2020 |
| | | Office: Central District |

**LAURA BRENGARTNER**
**UCC Team 1**
**4400 Easton Commons Way**
**Suite 125**
**Columbus, OH 43219**
**6142803577**
**laura.brengartner@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Troutman Pepper Hamilton Sanders LLP, 600 Peachtree Street, NE, Suite 3000, Atlanta, GA 30308

A true and correct copy of the foregoing document entitled: **Objection To Debtors' Notice Of Motion And Motion For Approval Of Entry Into Contract For Post-Production Services With Buffalo 8 Productions, LLC; Declaration Of Jonathan Smith** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 7, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Richard T Baum**  rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com
- **Tanya Behnham**  tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- **Luke N Eaton**  eatonl@pepperlaw.com, jacqueline.sims@troutman.com
- **Philip A Gasteier**  pag@lnbrb.com
- **Jeffrey I Golden**  jgolden@wgllp.com, kadele@ecf.courtdrive.com;vrosales@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com
- **Eve H Karasik**  ehk@lnbyb.com
- **Kevin P Montee**  kmontee@monteefirm.com
- **Kelly L Morrison**  kelly.l.morrison@usdoj.gov
- **Giovanni Orantes**  go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com
- **Aditi Paranjpye**  aparanjpye@cairncross.com, gglosser@cairncross.com;AParanjpye@ecf.courtdrive.com
- **Hamid R Rafatjoo**  hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Faye C Rasch**  frasch@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;lbracken@wgllp.com
- **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov
- **Hatty K Yip**  hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On June 7, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| Hoplite Inc<br>506 N Croft Ave<br>Los Angeles, CA 90048-2511 | Law Offices of Richard T Baum<br>11500 W Olympic Blvd Ste 400<br>Los Angeles, CA 90064-1525 | Hoplite Entertainment, Inc.<br>506 North Croft Avenue<br>Los Angeles, CA 90048-2511 |
| Hatty K Yip<br>Kelly L Morrison<br>Office of the UST/DOJ<br>915 Wilshire Blvd., Suite 1850<br>Los Angeles, CA 90017 | Jeffrey I Golden<br>Weiland Golden Goodrich LLP<br>650 Town Center Dr Ste 600<br>Costa Mesa, CA 92626 | Honorable Ernest M. Robles<br>United States Bankruptcy Court<br>Central District of California<br>255 E. Temple Street, Suite 1560<br>Los Angeles, CA 90012 |

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
116653086v1

**F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 7, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| **VIA EMAIL**<br>Jeffrey I Golden<br>jgolden@wgllp.com<br><br>*Attorney for Official Committee of General Unsecured Creditors* | **VIA EMAIL**<br>ADITI N. PARANJPYE<br>aparanjpye@cairncross.com<br>JOHN R. RIZZARDI<br>jrizzardi@cairncross.com<br><br>*Attorneys for*<br>*One Light Media Capital, LLC* | **VIA EMAIL**<br>Hatty K Yip<br>hatty.yip@usdoj.gov<br>Kelly L Morrison<br>kelly.l.morrison@usdoj.gov<br><br>*Attorneys for the U.S. Trustee* |
| **VIA EMAIL**<br>EVE H. KARASIK<br>EHK@LNBYB.COM<br><br>*Attorneys for Kyle Anderson* | **VIA EMAIL**<br>Kevin P. Montee, Esq.,<br>kmontee@monteefirm.com<br><br>*Attorneys for VBG 6725 Sunset LLC* | **VIA EMAIL**<br>Richard T Baum<br>rickbaum@hotmail.com<br><br>*Attorneys for the Debtors* |
| **VIA EMAIL**<br>Hamid Rafatjoo<br>hrafatjoo@raineslaw.com<br><br>*Attorneys for Great Point Media* | **VIA EMAIL**<br>Jeffrey Ian Golden<br>jgolden@wgllp.com | **VIA EMAIL**<br>Faye C Rasch<br>frasch@wgllp.com<br><br>*Courtesy NEF* |
| **VIA EMAIL**<br>Philip A. Gasteier<br><br>pag@lnbrb.com<br><br>*Courtesy NEF* | **VIA EMAIL**<br>Ari Newman<br>newmanar@gtlaw.com<br><br>*Attorneys for XXIII Capital Limited* | **VIA EMAIL**<br>Tanya Behnam<br>tbehnam@polsinelli.com<br><br>*Attorney for Columbia State Bank* |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 06/07/21 | Nathaniel DeLoatch | *[signature]* |
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
116653086v1

**F 9013-3.1.PROOF.SERVICE**