**WEILAND GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Reem J. Bello, State Bar No. 198840
rbello@wgllp.com
Sonja Hourany, State Bar No. 323457
shourany@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone   714-966-1000
Facsimile    714-966-1002

Proposed Counsel for the Official
Committee Of General Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re | Case No. 2:21-bk-12663-ER |
| HOPLITE, INC., et al., | Chapter 11 |
| Debtors and Debtor-in-Possession; | (Jointly Administered with: Case No. 2:21-bk-12546-ER) |
| HOPLITE ENTERTAINMENT, INC., | **MOTION TO ADVANCE HEARING ON XXIII CAPITAL LIMITED'S MOTION FOR AN ORDER (I) CONVERTING THIS CHAPTER 11 CASE TO A CASE UNDER CHAPTER 7 OF THE BANKRUPTCY CODE, OR, IN THE ALTERNATIVE, (II) APPOINTING A CHAPTER 11 TRUSTEE; DECLARATION OF JEFFREY I. GOLDEN IN SUPPORT** |
| Debtors and Debtors-in-Possession; | |
| Affects:<br>☐ ALL DEBTORS<br>☐ HOPLITE, INC.<br>☒ HOPLITE ENTERTAINMENT, INC. | DATE:  June 30, 2021<br>TIME:  10:00 a.m.<br>CTRM:  1568<br>255 E. Temple Street<br>Los Angeles, CA  90012 |

The Official Committee of General Unsecured Creditors ("Committee") of the bankruptcy estate ("Estate") of Hoplite Entertainment, Inc. ("Debtor") hereby files its motion to advance the hearing on the motion of secured creditor, XXIII Capital Limited ("23 Capital") seeking entry of an order (i) converting the Chapter 11 case of Hoplite Entertainment, Inc. (the "Debtor") to a case under Chapter 7 of title 11 of the United States

13302280228.1                                                                                       MOTION TO ADVANCE HEARING

Code, 11 U.S.C. § 101 et seq., or, in the alternative, (ii) appointing a Chapter 11 trustee ("Motion"), and respectfully represents as follows:

## I. INTRODUCTION

On June 8, 2021, the Committee learned of federal criminal charges filed against Jonathan Lee Smith, the Debtor's insider and Chief Executive Officer ("Smith"). *See* attached declaration of Jeffrey I. Golden. It is the Committee's understanding that these federal criminal charges were filed by the U.S. Attorney's Office for the Central District of California against Smith on June 8, 2021. Based upon this new development, the Committee requests that the Court advance the hearing on the Motion in both the instant case and the related case and immediately appoint a chapter 11 trustee in both cases.

## II. COMMITTEE'S PROGRESS SINCE THE COURT'S INITIAL CONTINUANCE OF THE HEARING ON THE MOTION

Since its inception, the Committee has been working diligently to investigate the assets of the Estate, which consist of libraries of televisions shows, programs and series ("Assets"), and to analyze the highest and best recovery to creditors from these Assets. In addition to requiring the Debtor to employ professionals, the Committee requested that Debtor provide proof of the location and safeguarding of the Assets and immediately secure insurance on the Assets. The Committee requested financial records, information and documentation regarding the ownership of the Assets, non-debtor interests in the Assets and financial records of the Debtor regarding income received from the Assets as well as income projections for the Assets. The Committee has been vigilant in its investigation and analysis of the financial transactions of the Debtor and is in the process of reaching out to various alleged secured creditors as part of its investigation.

Prior to the discovery of the federal criminal charges against Smith, the Committee had been working with the professionals retained in this case in order to determine the best course of action to administer and monetize the Assets of Estate assets for the

benefit of creditors. The Committee also had telephonic meetings with 23 Capital and other alleged secured creditors in this case in order to determine the best option to maximize the value of the Assets. As a result of the federal criminal charges filed against Smith, however, the Committee believes that Smith cannot be left at the helm of Debtor's business operations and Assets. Therefore, the Committee requests that the Court advance the hearing on the Motion to a date as soon as convenient for the Court's calendar. Moreover, the Committee requests that the Court appoint a chapter 11 trustee for this Estate and the related case to ensure that the value of the Assets are maximized for all creditors.

### III. CONCLUSION

For the reasons set forth herein, the Committee respectfully requests that the Court advance the hearing on the Motion and appoint a trustee in both the instant case and the related case.

Respectfully submitted,

Dated: June 9, 2021    WEILAND GOLDEN GOODRICH LLP

By: /s/ JEFFREY I. GOLDEN
JEFFREY I. GOLDEN
Proposed Counsel for the Official
Committee of Creditors Holding
Unsecured Claims

## DECLARATION OF JEFFREY I. GOLDEN

I, Jeffrey I. Golden, declare as follows:

1.  I am an attorney at law duly licensed to practice before this Court. I am a member of the law firm of Weiland Golden Goodrich LLP, counsel of record for the Official Committee of General Unsecured Creditors ("Committee") of the bankruptcy estate ("Estate") of Hoplite Entertainment, Inc. ("Debtor") in this action. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.  On June 8, 2021, I became aware of federal criminal charges filed against Jonathan Lee Smith, the Debtor's insider and Chief Executive Officer ("Smith"). It is my understanding that these federal criminal charges were filed by the U.S. Attorney's Office for the Central District of California against Smith on June 8, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 9th day of June, 2021, at Costa Mesa, California.

/S/ JEFFREY I. GOLDEN
Jeffrey I. Golden

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

650 Town Center Drive, Suite 600, Costa Mesa, California 92626

A true and correct copy of the foregoing document entitled (*specify*): **MOTION TO ADVANCE HEARING ON XXIII CAPITAL LIMITED'S MOTION FOR AN ORDER (I) CONVERTING THIS CHAPTER 11 CASE TO A CASE UNDER CHAPTER 7 OF THE BANKRUPTCY CODE, OR, IN THE ALTERNATIVE, (II) APPOINTING A CHAPTER 11 TRUSTEE; DECLARATION OF JEFFREY I. GOLDEN IN SUPPORT**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 9, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

[X] Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **June 9, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **June 9, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

H

| June 9, 2021 | Kelly Adele | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                F 9013-3.1.PROOF.SERVICE
1330228.1

**Electronic Mail Notice List**
Richard T Baum    rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com
Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
Reem J Bello    rbello@wgllp.com,
kadele@ecf.courtdrive.com;vrosales@wgllp.com;cyoshonis@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com
Nathaniel DeLoatch    nathan.deloatch@troutman.com
Luke N Eaton    eatonl@pepperlaw.com, jacqueline.sims@troutman.com
Philip A Gasteier    pag@lnbrb.com
Jeffrey I Golden    jgolden@wgllp.com,
kadele@ecf.courtdrive.com;vrosales@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com
Eve H Karasik    ehk@lnbyb.com
Mark J Markus    bklawr@bklaw.com, markjmarkus@gmail.com
Kevin P Montee    kmontee@monteefirm.com
Kelly L Morrison    kelly.l.morrison@usdoj.gov
Giovanni Orantes    go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com
Aditi Paranjpye    aparanjpye@cairncross.com, gglosser@cairncross.com;AParanjpye@ecf.courtdrive.com
Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com
Faye C Rasch    frasch@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;lbracken@wgllp.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Hatty K Yip    hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov