FILED & ENTERED

JUN 10 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re: Hoplite, Inc., *et al.*,<br><br>    Debtors and Debtors in Possession.<br>☐ Affects All Debtors<br><br>☐ Affects Hoplite, Inc.<br>☒ Affects Hoplite Entertainment, Inc.<br><br>    Debtors and Debtors in Possession. | Lead Case No.:   2:21-bk-12663-ER<br>Chapter:   11<br><br>(Jointly Administered with Case No. 2:21-bk-12546-ER)<br><br>**ORDER GRANTING MOTION FILED BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO ADVANCE HEARING ON MOTION TO CONVERT**<br><br>**[RELATES TO DOC. NO. 93]**<br><br>**ADVANCED HEARING:**<br><br>Date:   June 22, 2021<br>Time:   10:00 a.m.<br>Location:   Ctrm. 1568<br>              Roybal Federal Building<br>              255 East Temple Street<br>              Los Angeles, CA 90012 |

    Having reviewed the *Motion for an Order (I) Converting this Chapter 11 Case to a Case Under Chapter 7 of the Bankruptcy Code, or, in the Alternative, (II) Appointing a Chapter 11 Trustee* [Doc. No. 39] (the "Motion to Convert") filed by XXIII Capital Limited ("23 Capital"), the motion filed by the Official Committee of Unsecured Creditors (the "Committee") to advance the hearing on the Motion to Convert [Doc. No. 93], the Debtors' withdrawal of their opposition to the Motion to Convert [Doc. No. 95], the criminal charges filed against the Debtors' principal by the United States Attorney on June 8, 2021 [Case No. 2:21-cr-00272-JFW,
//
//

Doc. No. 1], and the plea agreement by the Debtors' principal to the criminal charges [Case No. 2:21-cr-00272-JFW, Doc. No. 3], the Court **HEREBY ORDERS AS FOLLOWS:**

1) The hearing on the Motion to Convert is **ADVANCED** from June 30, 2021 at 10:00 a.m. to **June 22, 2021 at 10:00 a.m.**, to take place concurrently with the related hearing on the Debtors' *Motion for Approval of Entry into Contract for Post-Production Services with Buffalo 8 Productions, LLC* [Doc. No. 63].
2) The previously-ordered deadline for interested parties to file a Status Report setting forth each party's position on the Motion to Convert, *see* Doc. No. 80 at ¶ 2, is **ADVANCED** from June 23, 2021 to **June 15, 2021**. Other than the Status Report, no additional briefing on the Motion to Convert will be accepted absent further order of the Court.
3) Appearances at the June 22, 2021 hearings may be made either in-person or by telephone. Parties electing to appear in-person shall comply with all requirements regarding social distancing, use of face masks, etc. which may be in effect at the time of the hearing. Parties electing to appear by telephone should contact CourtCall at 888-882-6878 no later than one hour before the hearing.

IT IS SO ORDERED.

###

Date: June 10, 2021

Ernest M. Robles
United States Bankruptcy Judge