TROUTMAN PEPPER HAMILTON SANDERS LLP
Luke N. Eaton (SBN 280387)
Email: luke.eaton@troutman.com
Two California Plaza
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3427
Telephone: 213.928.9800
Facsimile: 213.928.9850

Harris B. Winsberg (admitted *pro hac vice*)
Email: harris.winsberg@troutman.com
Alexandra S. Peurach (admitted *pro hac vice*)
Email: Alexandra.Peurach@troutman.com
Nathan T. DeLoatch (admitted *pro hac vice*)
Email: nathan.deloatch@troutman.com
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
Telephone: 404.885.3000
Facsimile: 404.885.3900

Attorneys for Secured Creditor
BAY POINT CAPITAL PARTNERS II, LP

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – Los Angeles Division

| | |
|---|---|
| In re:<br><br>HOPLITE, INC., *et. al.*,<br><br>Debtors and Debtors-in-Possession. | Lead Case No. 2:21-bk-12663-ER<br><br>Chapter 11<br><br>(Jointly Administered with:<br>Case No. 2:21-bk-12546-ER) |
| In re:<br><br>HOPLITE ENTERTAINMENT, INC.,<br><br>Debtor and Debtor in Possession.<br><br>Affects:<br><br>☒ ALL DEBTORS<br><br>☐ HOPLITE, INC.<br><br>☐ HOPLITE ENTERTAINMENT, INC., | **STIPULATION TO EXTEND TIME TO OBJECT TO DEBTORS' APPLICATIONS TO (I) APPROVE EMPLOYMENT OF HOWARD GROBSTEIN AS JOINT FINANCIAL CONSULTANT FOR THE DEBTORS IN POSSESSION, AND (II) APPROVE EMPLOYMENT OF SIERRA CONSTELLATION PARTNERS AS INVESTMENT ADVISOR AND BROKER FOR THE DEBTORS' TELEVISION LIBRARIES** |

116829729v1

This Stipulation is entered into by and between Debtors and Bay Point Capital Partners II, LP ("**Bay Point**," and together with the Debtors, collectively, the "**Parties**").

### RECITALS

A.  On May 7, 2021, XXIII Capital Limited filed a motion to convert these Chapter 11 cases to cases under Chapter 7 or, in the alternative, for appointment of a Chapter 11 trustee (the "**Motion to Convert**"). On May 18, 2021, Bay Point filed its joinder to the Motion to Convert. A hearing on the Motion to Convert is scheduled for June 30, 2021.

B.  On May 27, 2021, the Debtors filed the *Application of Debtors-in-Possession Hoplite, Inc. and Hoplite Entertainment, Inc. to Approve Howard Grobstein as Joint Financial Consultant for the Debtors in Possession* [Dkt. No. 74] (the "**Grobstein Application**"), which seeks to retain Howard Grobstein as the joint "financial consultant" to the Debtors and the Committee.

C.  On June 2, 2021, the Debtors filed the *Amended Application of Debtors-in-Possession Hoplite, Inc. and Hoplite Entertainment, Inc. to Approve Sierra Constellation Partners as Investment Advisor and Broker for Debtors' Television Libraries* [Dkt. No. 86] (the "**SCP Application**," and together with the Grobstein Application, the "**Applications**"), which seeks to retain Sierra Constellation Partners LLC ("**SCP**") as the Debtors' investment advisor and broker.

D.  On June 9, 2021, the Committee filed a motion to advance the hearing on the Motion to Convert [Dkt. No. 93]. In the Committee's motion to advance the hearing, the Committee requested appointment of a Chapter 11 trustee.

E.  Bay Point has expressed concerns with the Applications and may file objections to the Applications absent resolution of its concerns. In light of recent development in these cases, including the criminal charges brought against Mr. Smith, and in order to facilitate discussions between the Parties in an effort to consensually resolve Bay Point's concerns regarding the Applications, the Debtors have agreed to extend the time for Bay Point to object to the Applications to June 25, 2021.

**STIPULATION**

NOW, THEREFORE, the Parties to this Stipulation hereby agree and stipulate as follows:

1. Bay Point's deadline to file and serve a response or otherwise object to the Applications, and to request a hearing on the Applications, shall be extended to and including June 25, 2021.

Dated: June 10, 2021

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: /s/ Luke N. Eaton
Luke N. Eaton (SBN 280387)
Harris B. Winsberg (admitted *pro hac vice*)
Alexandra S. Peurach (admitted *pro hac vice*)
Nathan T. DeLoatch (admitted *pro hac vice*)

*Attorneys for Bay Point Capital Partners II, LP.*

Dated: June 10, 2021

LAW OFFICES OF RICHARD BAUM

By: 
RICHARD T. BAUM

*Attorneys for the Debtors*

116829729v1

- 3 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Troutman Pepper Hamilton Sanders LLP, 600 Peachtree Street, NE, Suite 3000, Atlanta, GA 30308

A true and correct copy of the foregoing document entitled: **STIPULATION TO EXTEND TIME TO OBJECT TO DEBTORS' APPLICATIONS TO (I) APPROVE EMPLOYMENT OF HOWARD GROBSTEIN AS JOINT FINANCIAL CONSULTANT FOR THE DEBTORS IN POSSESSION, AND (II) APPROVE EMPLOYMENT OF SIERRA CONSTELLATION PARTNERS AS INVESTMENT ADVISOR AND BROKER FOR THE DEBTORS' TELEVISION LIBRARIES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 10, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Richard T Baum    rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com
- Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- Reem J Bello    rbello@wgllp.com, kadele@ecf.courtdrive.com;vrosales@wgllp.com;cyoshonis@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com
- Nathaniel DeLoatch    nathan.deloatch@troutman.com
- Luke N Eaton    eatonl@pepperlaw.com, jacqueline.sims@troutman.com
- Philip A Gasteier    pag@lnbrb.com
- Jeffrey I Golden    jgolden@wgllp.com, kadele@ecf.courtdrive.com;vrosales@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com
- Eve H Karasik    ehk@lnbyb.com
- Mark J Markus    bklawr@bklaw.com, markjmarkus@gmail.com
- Kevin P Montee    kmontee@monteefirm.com
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Giovanni Orantes    go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com
- Aditi Paranjpye    aparanjpye@cairncross.com, gglosser@cairncross.com;AParanjpye@ecf.courtdrive.com
- Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- Faye C Rasch    frasch@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;lbracken@wgllp.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Hatty K Yip    hatty.yip@usdoj.gov, hatty.k.yip@usdoj.go

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On June 10, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 10, 2021, I served the

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**
116830158v1

following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| **VIA EMAIL**<br>Jeffrey I Golden<br>jgolden@wgllp.com<br>Reem J. Bello<br>rbello@wgllp.com<br>Sonja Hourany<br>shourany@wgllp.com<br><br>*Attorney for Official Committee of General Unsecured Creditors* | **VIA EMAIL**<br>ADITI N. PARANJPYE<br>aparanjpye@cairncross.com<br>JOHN R. RIZZARDI<br>jrizzardi@cairncross.com<br><br>*Attorneys for<br>One Light Media Capital, LLC* | **VIA EMAIL**<br>Hatty K Yip<br>hatty.yip@usdoj.gov<br>Kelly L Morrison<br>kelly.l.morrison@usdoj.gov<br><br>*Attorneys for the U.S. Trustee* |
| **VIA EMAIL**<br>EVE H. KARASIK<br>EHK@LNBYB.COM<br><br>*Attorneys for Kyle Anderson* | **VIA EMAIL**<br>Kevin P. Montee, Esq.,<br>kmontee@monteefirm.com<br><br>*Attorneys for VBG 6725 Sunset LLC* | **VIA EMAIL**<br>Richard T Baum<br>rickbaum@hotmail.com<br><br>*Attorneys for the Debtors* |
| **VIA EMAIL**<br>Hamid Rafatjoo<br>hrafatjoo@raineslaw.com<br><br>*Attorneys for Great Point Media* | **VIA EMAIL**<br>Tanya Behnam<br>tbehnam@polsinelli.com<br>Randye B. Soref<br>rsoref@polsinelli.com<br><br>*Attorney for Columbia State Bank* | **VIA EMAIL**<br>Faye C Rasch<br>frasch@wgllp.com<br><br>Courtesy NEF |
| **VIA EMAIL**<br>Philip A. Gasteier<br><br>pag@lnbyb.com<br><br>*Courtesy NEF* | **VIA EMAIL**<br>Ari Newman<br>newmanar@gtlaw.com<br><br><u>*Attorneys for XXIII Capital Limited*</u> | |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/10/21 | Nathaniel DeLoatch | */s/* Nathaniel T. DeLoatch |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*      **F 9013-3.1.PROOF.SERVICE**

116830158v1