FILED
MAY 28 2021
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:            Deputy Clerk

Kristofer Larson
Porta Pellex LLC
999 N. Northlake Way, Suite 213
Seattle, WA 98103
Telephone:  206.713.2084
Email:   klarson@larsonlawfirmllc.com

UNITED STATES BANKUPTCY COURT
CENTRAL DISCTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>HOPLITE, INC., *et al.*,<br><br>Debtors and Debtors-in-Possession,<br><br>In re:<br><br>HOPLITE ENTERTAINMENT INC.,<br><br>Debtors and Debtors-in-Possession,<br><br>Affects:<br><br>[ ] ALL DEBTORS<br><br>[ ] HOPLITE, INC.<br><br>[X] HOPLITE ENTERTAINMENT, INC. | 2:21-bk-12663-ER<br>Lead Case No.: ~~2:21-bk-12633-ER~~<br><br>Chapter 11<br><br>(Jointly Administered with Case No. 2:21-bk-12546-ER)<br><br>**NOTICE OF JOINDER AND JOINDER OF PORTA PELLEX LLC IN XXIII CAPITAL LIMITED'S MOTION FOR AN ORDER (I) CONVERTING THIS CHAPTER 11 CASE TO A CASE UNDER CHAPTER 7 OF THE BANKRUPTCY CODE, OR IN THE ALTERNATIVE, (II) APPOINTING A CHAPTER 11 TRUSTEE**<br><br>Hearing Date: June 2, 2021, 10:00 a.m.<br>Courtroom 1568, 255 East Temple St., Los Angeles, CA 90012 |

**JOINDER OF PORTA PELLEX IN MOTION TO CONVERT - 1**

**TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY COURT JUDGE, AND ALL INTERESTED PARTIES**:

PLEASE TAKE NOTICE that Porta Pellex LLC ("Porta Pellex"), hereby respectfully joins in *XXIII Capital Limited's Notice of Motion and Motion for an Order (I) Converting this Chapter 11 Case to a Case Under Chapter 7 of the Bankruptcy Code, or, in the Alternative, (II) Appointing a Chapter 11 Trustee* [Docket No. 39] (the "Motion to Convert").

## JOINDER

On May 5, 2021, XXIII Capital Limited filed the Motion to Convert. Porta Pellex agrees with and adopts the legal arguments set forth in the Motion to Convert and files this Joinder in support thereof. Porta Pellex reserves the right to supplement, modify, and amend this Joinder.

## CONCLUSION

WHEREFORE, Porta Pellex joins in the Motion to Convert and respectfully requests that this Court (i) grant the requested relief in the Motion to Convert, and (ii) grant such other and further relief as the Court deems just, proper, and equitable.

DATED:    May 28, 2021

PORTA PELLEX LLC


By */s/ Kristofer Larson*
Kristofer Larson

**JOINDER OF PORTA PELLEX IN MOTION TO CONVERT - 2**