# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Troutman Pepper Hamilton Sanders LLP, 600 Peachtree Street, NE, Suite 3000, Atlanta, GA 30308

A true and correct copy of the foregoing document entitled: **STATUS REPORT OF BAY POINT CAPITAL PARTNERS II, LP IN CONNECTION WITH MOTION FOR AN ORDER (I) CONVERTING THIS CHAPTER 11 CASE TO A CASE UNDER CHAPTER 7 OF THE BANKRUPTCY CODE, OR, IN THE ALTERNATIVE, (II) APPOINTING A CHAPTER 11 TRUSTEE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 15, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Richard T Baum**    rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com
- **Tanya Behnam**    tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- **Reem J Bello**    rbello@wgllp.com, kadele@ecf.courtdrive.com;cyoshonis@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com
- **Nathaniel DeLoatch**    nathan.deloatch@troutman.com
- **Luke N Eaton**    eatonl@pepperlaw.com, jacqueline.sims@troutman.com
- **Philip A Gasteier**    pag@lnbrb.com
- **Jeffrey I Golden**    jgolden@wgllp.com, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com
- **David M. Guess**    guessd@gtlaw.com
- **Eve H Karasik**    ehk@lnbyb.com
- **Mark J Markus**    bklawr@bklaw.com, markjmarkus@gmail.com
- **Kevin P Montee**    kmontee@monteefirm.com
- **Kelly L Morrison**    kelly.l.morrison@usdoj.gov
- **Giovanni Orantes**    go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com
- **Aditi Paranjpye**    aparanjpye@cairncross.com, gglosser@cairncross.com;AParanjpye@ecf.courtdrive.com
- **Hamid R Rafatjoo**    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Faye C Rasch**    frasch@wgllp.com, kadele@wgllp.com;lbracken@wgllp.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Hatty K Yip**    hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On June 15, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 15, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**
116928474v1

that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| **VIA EMAIL**<br>Jeffrey I Golden<br>jgolden@wgllp.com<br><br>*Attorney for Official Committee of General Unsecured Creditors* | **VIA EMAIL**<br>ADITI N. PARANJPYE<br>aparanjpye@cairncross.com<br>JOHN R. RIZZARDI<br>jrizzardi@cairncross.com<br><br>*Attorneys for<br>One Light Media Capital, LLC* | **VIA EMAIL**<br>Hatty K Yip<br>hatty.yip@usdoj.gov<br>Kelly L Morrison<br>kelly.l.morrison@usdoj.gov<br><br>*Attorneys for the U.S. Trustee* |
|---|---|---|
| **VIA EMAIL**<br>EVE H. KARASIK<br>EHK@LNBYB.COM<br><br>*Attorneys for Kyle Anderson* | **VIA EMAIL**<br>Kevin P. Montee, Esq.,<br>kmontee@monteefirm.com<br><br>*Attorneys for VBG 6725 Sunset LLC* | **VIA EMAIL**<br>Richard T Baum<br>rickbaum@hotmail.com<br><br>*Attorneys for the Debtors* |
| **VIA EMAIL**<br>Hamid Rafatjoo<br>hrafatjoo@raineslaw.com<br><br>*Attorneys for Great Point Media* | **VIA EMAIL**<br>Jeffrey Ian Golden<br>jgolden@wgllp.com | **VIA EMAIL**<br>Faye C Rasch<br>frasch@wgllp.com<br><br>Courtesy NEF |
| **VIA EMAIL**<br>Philip A. Gasteier<br><br>pag@lnbrb.com<br><br>Courtesy NEF | **VIA EMAIL**<br>Ari Newman<br>newmanar@gtlaw.com<br><br><u>*Attorneys for XXIII Capital Limited*</u> | **VIA EMAIL**<br>Tanya Behnam<br>tbehnam@polsinelli.com<br><br>*Attorney for Columbia State Bank* |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/15/21 | Nathaniel T. DeLoatch | */s/* Nathaniel T. DeLoatch |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
116928474v1

**F 9013-3.1.PROOF.SERVICE**