RICHARD T. BAUM
State Bar No. 80889
11500 West Olympic Boulevard
Suite 400
Los Angeles, California  90064-1525
Tel:   (310) 277-2040
Fax:   (310) 286-9525

Attorney for Debtor and
Debtor-in-Possession HOPLITE, INC.
and Attorney for Debtor and Debtor-in-
Possession HOPLITE ENTERTAINMENT, INC.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>HOPLITE, INC.,<br><br>　　　　Debtor.<br>_____<br>In re<br><br>HOPLITE ENTERTAINMENT, INC.<br><br>　　　　Debtor<br>_____<br><br>▪   Affects Both Debtors.<br>☐   Affects Hoplite, Inc.<br>☐   Affects Hoplite Entertainment, Inc.<br>_____ | No.   2:21-bk-12663 ER<br><br>Chapter 11<br><br>No. 2:21-bk-12546 ER<br><br>Chapter 11<br><br>**NOTICE OF EXTENSION OF DEADLINE TO OBJECT TO APPLICATIONS TO EMPLOY HOWARD GROBSTEIN AND TO EMPLOY SIERRA CONSTELLATION PARTNERS**<br><br>EXTENDED DEADLINE DATE:<br><br>July 2, 2021 |

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that, in light of the imminent appointment of a trustee in

the above-captioned cases, that the deadline for XXIII Capital Limited, Bay Point Capital

---

**NOTICE OF EXTENSION OF DEADLINE TO OBJECT TO APPLICATIONS**

Partners II, LP, and the trustee to object to the Application of Debtors-in-Possession Hoplite, Inc. and Hoplite Entertainment, Inc. to Approve Howard Grobstein as Joint Financial Consultant for the Debtors in Possession [Dkt. No. 74] and Amended Application of Debtors-in-Possession Hoplite, Inc. and Hoplite Entertainment, Inc. to Approve SierraConstellation Partners as Investment Advisor and Broker for Debtors' Television Libraries [Dkt. No. 86] is hereby extended to July 2, 2021.

DATED: June 21, 2021

/s/ Richard T. Baum
_____
RICHARD T. BAUM, Attorney for
Debtor-in-Possession HOPLITE, INC. and
Attorney for Debtor-in-Posssession HOPLITE
ENTERTAINMENT, INC.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11500 West Olympic Boulevard, Suite 400, Los Angeles, California 90064-1525.

A true and correct copy of the foregoing document described as DEBTORS' REPLY RE: MOTION TO APPROVE BUFFALO 8 CONTRACT will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 21, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Richard T Baum    rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com
Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
Reem J Bello    rbello@wgllp.com, kadele@ecf.courtdrive.com;vrosales@wgllp.com; cyoshonis@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com
Nathaniel DeLoatch    nathan.deloatch@troutman.com
Luke N Eaton    eatonl@pepperlaw.com, jacqueline.sims@troutman.com
Philip A Gasteier    pag@lnbrb.com
Jeffrey I Golden    jgolden@wgllp.com, kadele@ecf.courtdrive.com;vrosales@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com
David M. Guess    guessd@gtlaw.com
Eve H Karasik    ehk@lnbyb.com
Mark J Markus    bklawr@bklaw.com, markjmarkus@gmail.com
Kevin P Montee    kmontee@monteefirm.com
Kelly L Morrison    kelly.l.morrison@usdoj.gov
Giovanni Orantes    go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com, gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com
Aditi Paranjpye    aparanjpye@cairncross.com, gglosser@cairncross.com;AParanjpye@ecf.courtdrive.com
Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com
Faye C Rasch    frasch@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;lbracken@wgllp.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Hatty K Yip    hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov
    ☐  Service information continued on attached page

II.  SERVED BY U.S. MAIL)**:**
On June 21, 2021 , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Ernest Robles, 255 East Temple Street, Suite 1560, Los Angeles, California 90012
Ari Newman, Greenberg Traurig PA, 333 SE 2nd Ave, Ste 4400, 0Miami, FL 33131
Benjamin Budzak, 200 E Windsor Rd., Apt 1, Glendale, CA 91205

    ☐  Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 21, 2021 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Harris Winsberg  harris.winsberg@troutman.com;  Alexandra Peurach  alexandra.peurach@troutman.com;
Nathan DeLoatch  nathan.deloatch@troutman.com
Michael Miller, OZE Lending  mmiller@ozecapital.com;
Ted Berkowitz  tberkowitz@moritthock.com;  Kevin P Montee  kmontee@monteefirm.com
Richard Peterson  richard@rapcre.com
Daniel Bugbee  Dbugbee@lawdbs.com

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 21, 2021 | RICHARD T. BAUM | /s/ Richard T. Baum |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                               F 9013-3.1

**NOTICE OF EXTENSION OF DEADLINE TO OBJECT TO APPLICATIONS**

- 4 -