

**FILED & ENTERED**

**JUN 22 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re: Hoplite, Inc., *et al.*,<br><br>    Debtors and Debtors in Possession.<br>☒ Affects All Debtors<br><br>☐ Affects Hoplite, Inc.<br>☐ Affects Hoplite Entertainment, Inc.<br><br>    Debtors and Debtors in Possession. | Lead Case No.:   2:21-bk-12663-ER<br>Chapter:              11<br><br>(Jointly Administered with Case No. 2:21-bk-12546-ER)<br><br>**ORDER CONVERTING CASES FROM CHAPTER 11 TO CHAPTER 7**<br><br>**[RELATES TO DOC. NO. 39]**<br><br>Date:       June 22, 2021<br>Time:       10:00 a.m.<br>Location:  Ctrm. 1568<br>                  Roybal Federal Building<br>                  255 East Temple Street<br>                  Los Angeles, CA 90012 |

    At the above-captioned date and time, the Court conducted a hearing on the *Motion for an Order (I) Converting this Chapter 11 Case to a Case Under Chapter 7 of the Bankruptcy Code, or, in the Alternative, (II) Appointing a Chapter 11 Trustee* [Doc. No. 39] (the "Motion to Convert") filed by XXIII Capital Limited. For the reasons set forth in the tentative ruling [Doc. No. 117], which the Court adopts as its final ruling and which is incorporated herein by reference, **IT IS HEREBY ORDERED AS FOLLOWS:**

1) The Motion is **GRANTED.**
2) The cases of Hoplite, Inc. and Hoplite Entertainment, Inc. are **CONVERTED** from Chapter 11 to Chapter 7.
3) The United States Trustee is granted a judgment for any quarterly fees that remain unpaid.

IT IS SO ORDERED.

###

Date: June 22, 2021

*Ernest M. Robles*
Ernest M. Robles
United States Bankruptcy Judge