United States Bankruptcy Court

Central District of California

In re:  
Hoplite, Inc.  
    Debtor

Case No. 21-12663-ER  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 5  
Date Rcvd: Jun 24, 2021      Form ID: 309C      Total Noticed: 55

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Hoplite, Inc., 506 North Croft Avenue, Los Angeles, CA 90048-2511 |
| 40725860 | | 23 Capital, 19-20 Berners Street, London W1T 3NW, United Kingdom |
| 40774537 | + | Affirm/Cross River Bank, 885 Teaneck Rd, Teaneck, NJ 07666-4547 |
| 40800502 | | Alpine Productions, 445 N Rossmore Ave, Los Angeles, CA 90004-2428 |
| 40725850 | | Bay Point Advisors, 3050 Peachtree Rd NW Ste 740, Atlanta, GA 30305-2212 |
| 40816881 | + | Bay Point Capital Partners II, LP, 3050 Peachtree Rd, Suite 740, Atlanta, GA 30305-2212 |
| 40820569 | + | Bo Di Inc. a California Company, c/o Jim Young, Esq., 2135 112th Avenue NE, Bellevue, WA 98004-2923 |
| 40774539 | | BoDi - Hoplite, Jim Young Century Law Firm, 2155 112th Ave NE, Bellevue, WA 98004-2912 |
| 40725851 | | Bond IT, 1639 11th St # 160, Santa Monica, CA 90404-3727 |
| 40743506 | | Camille Lebray, 1456 Thompson Ave, Glendale, CA 91201-1228 |
| 40774542 | | Chad Oliver / Charlie's Talent, 565 Fairway View Dr Apt 1J, Wheeling, IL 60090-3830 |
| 40837789 | + | City of Los Angeles, Office of Finance, Los Angeles City Attorney's Office, 200 North Main Street Suite 920, Los Angeles, CA 90012-4128 |
| 40725852 | | Columbia Bank, 1301 A St, Tacoma, WA 98402-4200 |
| 40757177 | + | Columbia State Bank, P. O. Box 2156; MS 6115, Tacoma, WA 98401-2156 |
| 40820568 | + | Craig S Sternberg, 2033 Sixth Avenue, Ste. 251, Seattle, WA 98121-2526 |
| 40774544 | | Daniel Bugbee, DBS Law, 155 NE 100th St Ste 205, Seattle, WA 98125-8015 |
| 40774545 | | Daniel Bugbee, DBS Law Firm, 155 NE 100th St Ste 205, Seattle, WA 98125-8015 |
| 40740734 | | Employment Development Department, Bankruptcy Group MIC 92E, PO BOX 826880, Sacramento, CA 95814 |
| 40774546 | | Eve Karasik, Levene Neale Bender Yoo & Brill, 10250 Constellation Blvd Ste 1700, Los Angeles, CA 90067-6253 |
| 40725853 | | Extreme Reach, 75 2nd Ave Ste 720, Needham Heights, MA 02494-2826 |
| 40774548 | | Faye Rasch, 600 Stewart St Ste 1300, Seattle, WA 98101-1255 |
| 40774549 | | Gary Dankelfsen - One Light Media, Cairncross & Hempelmann, 524 2nd Ave, Seattle, WA 98104-2338 |
| 40774550 | | Great Point Media, c/o Hamid Rafatjoo, Raines Feldman, 1800 Avenue of the Stars, Los Angeles, CA 90067-4201 |
| 40743509 | | Greg Senner, 3584 Gretchen Dr, Ocoee, FL 34761-0046 |
| 40774552 | | Hamid Rafatjoo, Raines Feldman, 1800 Avenue of the Stars Fl 12, Los Angeles, CA 90067-4201 |
| 40817831 | + | Happy Little Trees, LLC, C/O Benjamin Budzak and Bill Mehner, 817 N. Valley St., Burbank, CA 91505-2737 |
| 40774553 | + | Harris Winsberg, Esq., Troutman Pepper, 600 Peachtree St NE Ste 3000, Atlanta, GA 30308-2216 |
| 40774554 | | Jamie Berland, Berland Cicerelli, 2700 Patriot Blvd Ste 250, Glenview, IL 60026-8021 |
| 40743510 | | Julie Daniels, 140 Cameron Dr, Fort Lauderdale, FL 33326-3508 |
| 40774556 | | Kyle Anderson, 6294 Lakewood St, San Diego, CA 92122-3944 |
| 40725854 | | MBO Northwest, 31620 23rd Ave S, Federal Way, WA 98003-5064 |
| 40743511 | | Martine Jean, 14921 Athel Ave, Irvine, CA 92606-2603 |
| 40800525 | | Missionary Media Consultancy, Ltd, The Cottage, 26 Bancroft Hitchin XG5 1JW, Los Angeles, CA 90001 |
| 40743513 | | Nigina Nayzamatova, 10945 Bluffside Dr Apt 239, Studio City, CA 91604-4488 |
| 40725855 | | OZE Lending, 258 Vreeland Rd Ste 201, Florham Park, NJ 07932 |
| 40819920 | + | OZE Lending 1, LLC, c/o/ Moritt Hock & Hamroff LLP, Att: Ted, 1407 Broadway, 39th Floor, New York, NY 10018-5100 |
| 40743515 | | Pedro Ferre, 9903 Santa Monica Blvd # 400, Beverly Hills, CA 90212-1671 |
| 40725856 | | Porta Pellex, c/o Larson Law Firm, 701 5th Ave Ste 4200, Seattle, WA 98104-7047 |
| 40800530 | | RC Productions LLC, 21 Andrew Ct, Bloomfield, NJ 07003-3829 |
| 40725857 | | Richard Peterson, 13420 NE 83rd St, Redmond, WA 98052-1948 |
| 40743518 | | Ruslan Magidov, 1080 S La Cienega Blvd Ste 205, Los Angeles, CA 90035-2680 |
| 40725859 | | SMF Fund 1, 13420 NE 83rd St, Redmond, WA 98052-1948 |
| 40743519 | | Sarah Snow, 210 SE Sells Dr, Shelton, WA 98584-7791 |
| 40750995 | + | Scratch/Cross River Bank, PO Box 411285, San Francisco, CA 94141-1285 |
| 40725858 | | Shain Wray, 1153 S 229th Pl, Seattle, WA 98198-6969 |

| District/off: 0973-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jun 24, 2021 | Form ID: 309C | Total Noticed: 55 |

40800537    VBG 6725 Sunset LLC, Vanburton Group, 100 Montgomery St Ste 1420, San Francisco, CA 94104-4317

TOTAL: 46

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: rickbaum@hotmail.com | Jun 25 2021 00:26:00 | Richard T Baum, Law Offices of Richard T. Baum, 11500 W Olympic Blvd, Ste.400, Los Angeles, CA 90064 |
| aty | Email/Text: rickbaum@hotmail.com | Jun 25 2021 00:26:00 | Richard T Baum, Law Offices of Richard T. Baum, 11500 W Olympic Blvd, Ste.400, Los Angeles, CA 90064-1525 |
| tr | Email/Text: edward.wolkowitz@txitrustee.com | Jun 25 2021 00:27:00 | Edward M Wolkowitz (TR), Levene Neale Bender Yoo & Brill LLP, 800 South Figueroa Street, Suite 1260, Los Angeles, CA 90017 |
| smg | EDI: EDD.COM | Jun 25 2021 04:13:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | EDI: CALTAX.COM | Jun 25 2021 04:18:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | Email/Text: finance.bankruptcy@lacity.org | Jun 25 2021 00:27:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 40751158 | EDI: IRS.COM | Jun 25 2021 04:13:00 | IRS, ATTN INSOLVENCY, 24000 AVILA RD MS 5503, LAGUNA NIGUEL, CA 92677-3405 |
| 40774566 | Email/Text: loanops@scratch.fi | Jun 25 2021 00:27:00 | Scratch, PO Box 411285, San Francisco, CA 94141-1285 |
| 40734115 | EDI: AIS.COM | Jun 25 2021 04:13:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 40754708 |  | Andrew Ewing |
| 40754709 |  | Brenna Barry |
| 40754713 |  | Gary Dankelfsen-Entrust Group |
| 40754711 |  | Levine Negi |
| 40754712 |  | Victoria Cohen |
| 40774571 | * | 23 Capital, 19-20 Berners Street, London W1T 3NW, United Kingdom |
| 40800501 | *+ | Affirm/Cross River Bank, 885 Teaneck Rd, Teaneck, NJ 07666-4547 |
| 40743504 | * | Bay Point Advisors, 3050 Peachtree Rd NW Ste 740, Atlanta, GA 30305-2212 |
| 40774538 | * | Bay Point Advisors, 3050 Peachtree Rd NW Ste 740, Atlanta, GA 30305-2212 |
| 40774569 | * | Bay Point Advisors, 3050 Peachtree Rd NW Ste 740, Atlanta, GA 30305-2212 |
| 40800503 | * | Bay Point Advisors, 3050 Peachtree Rd NW Ste 740, Atlanta, GA 30305-2212 |
| 40800504 | * | BoDi - Hoplite, Jim Young Century Law Firm, 2155 112th Ave NE, Bellevue, WA 98004-2912 |
| 40743505 | * | Bond IT, 1639 11th St # 160, Santa Monica, CA 90404-3727 |
| 40774540 | * | Bond IT, 1639 11th St # 160, Santa Monica, CA 90404-3727 |
| 40800505 | * | Bond IT, 1639 11th St # 160, Santa Monica, CA 90404-3727 |
| 40774541 | * | Camille Lebray, 1456 Thompson Ave, Glendale, CA 91201-1228 |
| 40800506 | * | Camille Lebray, 1456 Thompson Ave, Glendale, CA 91201-1228 |
| 40800507 | * | Chad Oliver / Charlie's Talent, 565 Fairway View Dr Apt 1J, Wheeling, IL 60090-3830 |
| 40743507 | * | Columbia Bank, 1301 A St, Tacoma, WA 98402-4200 |
| 40774543 | * | Columbia Bank, 1301 A St, Tacoma, WA 98402-4200 |
| 40774570 | * | Columbia Bank, 1301 A St, Tacoma, WA 98402-4200 |

Case 2:21-bk-12663-ER    Doc 125    Filed 06/26/21    Entered 06/26/21 21:20:18    Desc
Imaged Certificate of Notice    Page 3 of 7

| District/off: 0973-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jun 24, 2021 | Form ID: 309C | Total Noticed: 55 |

| | | |
|---|---|---|
| 40800508 | * | Columbia Bank, 1301 A St, Tacoma, WA 98402-4200 |
| 40800510 | * | Daniel Bugbee, DBS Law Firm, 155 NE 100th St Ste 205, Seattle, WA 98125-8015 |
| 40800509 | * | Daniel Bugbee, DBS Law, 155 NE 100th St Ste 205, Seattle, WA 98125-8015 |
| 40800511 | * | Eve Karasik, Levene Neale Bender Yoo & Brill, 10250 Constellation Blvd Ste 1700, Los Angeles, CA 90067-6253 |
| 40743508 | * | Extreme Reach, 75 2nd Ave Ste 720, Needham Heights, MA 02494-2826 |
| 40774547 | * | Extreme Reach, 75 2nd Ave Ste 720, Needham Heights, MA 02494-2826 |
| 40800512 | * | Extreme Reach, 75 2nd Ave Ste 720, Needham Heights, MA 02494-2826 |
| 40800513 | * | Faye Rasch, 600 Stewart St Ste 1300, Seattle, WA 98101-1255 |
| 40800514 | * | Gary Dankelfsen - One Light Media, Cairncross & Hempelmann, 524 2nd Ave, Seattle, WA 98104-2338 |
| 40800515 | * | Great Point Media, c/o Hamid Rafatjoo, Raines Feldman, 1800 Avenue of the Stars, Los Angeles, CA 90067-4201 |
| 40774551 | * | Greg Senner, 3584 Gretchen Dr, Ocoee, FL 34761-0046 |
| 40800516 | * | Greg Senner, 3584 Gretchen Dr, Ocoee, FL 34761-0046 |
| 40800517 | * | Hamid Rafatjoo, Raines Feldman, 1800 Avenue of the Stars Fl 12, Los Angeles, CA 90067-4201 |
| 40800518 | *+ | Harris Winsberg, Esq., Troutman Pepper, 600 Peachtree St NE Ste 3000, Atlanta, GA 30308-2216 |
| 40800519 | *+ | Internal Revenue Service, IRS Insolvency Group, 24000 Avila Rd, Laguna Niguel, CA 92677-3407 |
| 40800520 | * | Jamie Berland, Berland Cicerelli, 2700 Patriot Blvd Ste 250, Glenview, IL 60026-8021 |
| 40774555 | * | Julie Daniels, 140 Cameron Dr, Fort Lauderdale, FL 33326-3508 |
| 40800521 | * | Julie Daniels, 140 Cameron Dr, Fort Lauderdale, FL 33326-3508 |
| 40800522 | * | Kyle Anderson, 6294 Lakewood St, San Diego, CA 92122-3944 |
| 40743512 | * | MBO Northwest, 31620 23rd Ave S, Federal Way, WA 98003-5064 |
| 40774558 | * | MBO Northwest, 31620 23rd Ave S, Federal Way, WA 98003-5064 |
| 40800524 | * | MBO Northwest, 31620 23rd Ave S, Federal Way, WA 98003-5064 |
| 40774557 | * | Martine Jean, 14921 Athel Ave, Irvine, CA 92606-2603 |
| 40800523 | * | Martine Jean, 14921 Athel Ave, Irvine, CA 92606-2603 |
| 40774559 | * | Nigina Nayzamatova, 10945 Bluffside Dr Apt 239, Studio City, CA 91604-4488 |
| 40800526 | * | Nigina Nayzamatova, 10945 Bluffside Dr Apt 239, Studio City, CA 91604-4488 |
| 40774560 | * | OZE Lending, 258 Vreeland Rd Ste 201, Florham Park, NJ 07932 |
| 40800527 | * | OZE Lending, 258 Vreeland Rd Ste 201, Florham Park, NJ 07932 |
| 40743514 | * | OZE Lending, 258 Vreeland Rd Ste 201, Florham Park, NJ 07932 |
| 40774561 | * | Pedro Ferre, 9903 Santa Monica Blvd # 400, Beverly Hills, CA 90212-1671 |
| 40800528 | * | Pedro Ferre, 9903 Santa Monica Blvd # 400, Beverly Hills, CA 90212-1671 |
| 40743516 | * | Porta Pellex, c/o Larson Law Firm, 701 5th Ave Ste 4200, Seattle, WA 98104-7047 |
| 40774562 | * | Porta Pellex, c/o Larson Law Firm, 701 5th Ave Ste 4200, Seattle, WA 98104-7047 |
| 40800529 | * | Porta Pellex, c/o Larson Law Firm, 701 5th Ave Ste 4200, Seattle, WA 98104-7047 |
| 40774563 | * | Richard Peterson, 13420 NE 83rd St, Redmond, WA 98052-1948 |
| 40800531 | * | Richard Peterson, 13420 NE 83rd St, Redmond, WA 98052-1948 |
| 40743517 | * | Richard Peterson, 13420 NE 83rd St, Redmond, WA 98052-1948 |
| 40774564 | * | Ruslan Magidov, 1080 S La Cienega Blvd Ste 205, Los Angeles, CA 90035-2680 |
| 40800532 | * | Ruslan Magidov, 1080 S La Cienega Blvd Ste 205, Los Angeles, CA 90035-2680 |
| 40800534 | *P++ | SCRATCH SERVICES LLC, PO BOX 411285, SAN FRANCISCO CA 94141-1285, address filed with court:, Scratch, PO Box 411285, San Francisco, CA 94141-1285 |
| 40743521 | * | SMF Fund 1, 13420 NE 83rd St, Redmond, WA 98052-1948 |
| 40774568 | * | SMF Fund 1, 13420 NE 83rd St, Redmond, WA 98052-1948 |
| 40800536 | * | SMF Fund 1, 13420 NE 83rd St, Redmond, WA 98052-1948 |
| 40774565 | * | Sarah Snow, 210 SE Sells Dr, Shelton, WA 98584-7791 |
| 40800533 | * | Sarah Snow, 210 SE Sells Dr, Shelton, WA 98584-7791 |
| 40743520 | * | Shain Wray, 1153 S 229th Pl, Seattle, WA 98198-6969 |
| 40774567 | * | Shain Wray, 1153 S 229th Pl, Seattle, WA 98198-6969 |
| 40800535 | * | Shain Wray, 1153 S 229th Pl, Seattle, WA 98198-6969 |

TOTAL: 5 Undeliverable, 64 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 4 of 5 |
| Date Rcvd: Jun 24, 2021 | Form ID: 309C | Total Noticed: 55 |
| Date: Jun 26, 2021 | Signature: /s/Joseph Speetjens | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2021 at the address(es) listed below:**

**Name** **Email Address**

Aditi Paranjpye
on behalf of Creditor One Light Media Capital LLC aparanjpye@cairncross.com, gglosser@cairncross.com;AParanjpye@ecf.courtdrive.com

David M. Guess
on behalf of Creditor XXIII Capital Limited guessd@gtlaw.com

David M. Guess
on behalf of Interested Party XXIII Capital Limited guessd@gtlaw.com

Edward M Wolkowitz (TR)
emwtrustee@lnbyb.com ewolkowitz@iq7technology.com;ecf.alert+Wolkowitz@titlexi.com

Eve H Karasik
on behalf of Creditor Kyle Anderson ehk@lnbyb.com

Eve H Karasik
on behalf of Interested Party Kyle Anderson ehk@lnbyb.com

Faye C Rasch
on behalf of Interested Party Courtesy NEF frasch@wgllp.com kadele@wgllp.com;lbracken@wgllp.com;gestrada@wgllp.com

Giovanni Orantes
on behalf of Interested Party The Orantes Law Firm P.C. go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com

Hamid R Rafatjoo
on behalf of Creditor Great Point Media hrafatjoo@raineslaw.com bclark@raineslaw.com

Hatty K Yip
on behalf of U.S. Trustee United States Trustee (LA) hatty.yip@usdoj.gov hatty.k.yip@usdoj.gov,kelly.l.morrison@usdoj.gov

Jeffrey I Golden
on behalf of Creditor Committee Official Committee of General Unsecured Creditors jgolden@wgllp.com kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com

Kelly L Morrison
on behalf of U.S. Trustee United States Trustee (LA) kelly.l.morrison@usdoj.gov

Kevin P Montee
on behalf of Creditor VBG 6725 Sunset LLC kmontee@monteefirm.com

Luke N Eaton
on behalf of Creditor Bay Point Capital Partners II LP eatonl@pepperlaw.com, jacqueline.sims@troutman.com

Mark J Markus
on behalf of Creditor Bo Di Inc. bklawr@bklaw.com, markjmarkus@gmail.com

Nathaniel DeLoatch
on behalf of Creditor Bay Point Capital Partners II LP nathan.deloatch@troutman.com

Philip A Gasteier
on behalf of Interested Party Courtesy NEF pag@lnbrb.com

Reem J Bello
on behalf of Creditor Committee Official Committee of General Unsecured Creditors rbello@wgllp.com kadele@ecf.courtdrive.com;cyoshonis@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com

Richard T Baum
on behalf of Debtor Hoplite Entertainment Inc. rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com

Richard T Baum
on behalf of Interested Party Hoplite Entertainment Inc. rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com

Richard T Baum
on behalf of Debtor Hoplite Inc. rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com

Tanya Behnam
on behalf of Creditor Columbia State Bank tbehnam@polsinelli.com tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

| District/off: 0973-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Jun 24, 2021 | Form ID: 309C | Total Noticed: 55 |

United States Trustee (LA)
          ustpregion16.la.ecf@usdoj.gov

TOTAL: 23

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor | **Hoplite, Inc.**<br>Name | EIN | **38–4025659** |
| United States Bankruptcy Court | **Central District of California** | Date case filed in chapter **11** | **4/1/21** |
| Case number: | **2:21–bk–12663–ER** | Date case converted to chapter **7** | **6/22/21** |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline            10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Hoplite, Inc. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 506 North Croft Avenue<br>Los Angeles, CA 90048–2511 | |
| 4. | **Debtor's attorney**<br>Name and address | Richard T Baum<br>Law Offices of Richard T. Baum<br>11500 W Olympic Blvd, Ste.400<br>Los Angeles, CA 90064–1525 | Contact phone 310–277–2040<br>Email _____ |
| 5. | **Bankruptcy trustee**<br>Name and address | Edward M Wolkowitz (TR)<br>Levene Neale Bender Yoo & Brill LLP<br>800 South Figueroa Street, Suite 1260<br>Los Angeles, CA 90017 | Contact phone (310) 229–3367<br>Email _____ |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 255 East Temple Street,<br>Los Angeles, CA 90012 | Hours open:<br>9:00AM to 4:00 PM<br><br>Contact phone 855–460–9641<br><br>Dated: 6/24/21 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath by the trustee and by creditors. Creditors may attend, but are not required to do so. | **August 10, 2021 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>The trustee is designated to preside at the meeting of creditors. The case is covered by the chapter 7 blanket bond on file with the court. | Location:<br><br>**TELEPHONIC MEETING, FOR INSTRUCTIONS, CONTACT THE TRUSTEE** |
| 8. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |

**121/LRL**

**For more information, see page 2 >**

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**            page 1

Debtor  **Hoplite, Inc.**                                                                                                 Case number **2:21–bk–12663-ER**

| | |
|---|---|
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **10. Failure to File a Statement and/or Schedule(s)** | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial section 341(a) meeting of creditors and any continuance, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section. |
| **11. Bankruptcy Fraud and Abuse** | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017. |

**For more information, see page 1 >**

Official Form 309C (For Corporations or Partnerships)   **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**            page **2**