Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Reem J. Bello, State Bar No. 198840
rbello@wgllp.com
Sonja M. Hourany, State Bar No. 323457
shourany@wgllp.com
**WEILAND GOLDEN GOODRICH LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone:    (714) 966-1000
Facsimile:    (714) 966-1002

Proposed Counsel for Edward M. Wolkowitz,
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>HOPLITE, INC.,<br><br>Debtor. | Case No. 2:21-bk-12663-ER<br>(Jointly Administered with Case No. 2:21-bk-12546-ER)<br><br>Chapter 7 |
| In re<br><br>HOPLITE ENTERTAINMENT, INC,<br><br>Debtor. | **NOTICE OF APPLICATION OF THE CHAPTER 7 TRUSTEE FOR ORDER AUTHORIZING EMPLOYMENT OF COUNSEL (WEILAND GOLDEN GOODRICH LLP) PURSUANT TO 11 U.S.C. §§ 327(c) AND 330**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 2014-1(b)(1)] |
| Affects:<br><br>☒  Both Debtors<br><br>☐  Hoplite, Inc.<br><br>☐  Hoplite Entertainment, Inc. | |

1333553.1                                     1          NOTICE OF EMPLOYMENT APPLICATION

**Weiland Golden Goodrich LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

**TO THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Edward M. Wolkowitz, the duly appointed, qualified and acting chapter 7 trustee ("Trustee") of the jointly administered bankruptcy estates ("Estates") of Hoplite, Inc. ("Hoplite Inc.") and Hoplite Entertainment, Inc. ("Hoplite Entertainment"), has filed the *Application of the Chapter 7 Trustee for Order Authorizing Employment of Counsel (Weiland Golden Goodrich LLP) Pursuant to 11 U.S.C. §§ 327(c) and 330* ("Application").

1.    On March 30, 2021, Hoplite Entertainment filed a voluntary petition under chapter 11 of title 11 of the United States Code ("Bankruptcy Code"), commencing case no. 2:21-bk-12546-ER.

2.    On April 1, 2021, Hoplite Inc. filed a voluntary petition under chapter 11 of the Bankruptcy Code, commencing case no. 2:21-bk-12663-ER.

3.    Hoplight Entertainment and Hoplight Inc. (together, "Debtors") produce and own libraries of televisions shows, programs and series.  The Debtors have common ownership elements and many of the same creditors.

4.    On April 29, 2021, the United States Trustee filed an appointment and notice of appointment of committee of creditors holding unsecured claims of Hoplite Inc. ("Committee").  No committee was appointed in the Hoplite Entertainment case.

5.    On April 30, 2021, the Debtors filed their Motion for Joint Administration Pursuant to 11 U.S.C. § 105(A), Federal Rule of Bankruptcy Procedure 1015, and Local Bankruptcy Rule 1015-1.  On May 4, 2021, the Court entered the order authorizing the joint administration of the Debtors' estates.

6.    The Committee selected Weiland Golden Goodrich LLP ("Firm") as its proposed attorneys.  The Committee filed its application to employ the Firm as its counsel on May 20, 2021, and the Firm's employment was approved by order entered by the Court on June 9, 2021.

7.    By order entered by the Court on June 22, 2021 ("Conversion Date"), the Debtors' cases were converted to ones under chapter 7.  Shortly thereafter, Edward M. Wolkowitz was appointed chapter 7 trustee of both Estates.

8.    The Trustee seeks authorization to employ the Firm as his counsel to: (a) analyze the assets and liabilities of the Estates, advise the Trustee on these matters, and take appropriate action; (b) analyze potential avoidance action claims of the Estates, advise the Trustee with respect to these matters, and take appropriate action; (c) if warranted, assist the Trustee in employing a broker; (d) assist the Trustee in liquidating assets for the benefit of the Estates' creditors, including preparing the necessary pleadings for the Court to approve the terms of any such sales, participating in any hearings before this Court regarding the sales, including any auction that may occur, and, should the Court approve the sales, taking actions necessary to close the sales; (e) analyze any problematic claims and, if warranted, prepare objections; and (f) provide general advice regarding the Bankruptcy Code and local bankruptcy rules.

9.    In addition, the Firm usually performs certain general tasks as counsel to trustees.  In this case, to the extent legal issues are involved, the Firm may perform some or all of the following general tasks:  (a) advise the Trustee concerning the rights and remedies of the Estate and of the Trustee in regard to the secured, priority and general

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

NOTICE OF EMPLOYMENT APPLICATION

unsecured claims of creditors; (b) represent the Trustee in any proceeding or hearing, including, without limitation, objections to claims, in the Bankruptcy Court and in any action where the rights of the Estate or the Trustee may be litigated or affected; (c) assist the Trustee in the settlement of any debts owed to the Debtors; (d) assist the Trustee in the disposition of any assets of the Estate; and (e) conduct examinations of witnesses, claimants, or adverse parties and prepare and assist in the preparation of reports, accounts, applications and orders.

10.     The Firm's attorneys specialize in insolvency, reorganization, and bankruptcy law and are well qualified to represent the Trustee in these cases.  All attorneys comprising or associated with the Firm who will render services for the Trustee are duly admitted to practice in the courts of the State of California and in the United States District Court for the Central District of California.

11.     The Firm intends to apply for compensation for professional services rendered in connection with these cases, subject to approval of the Bankruptcy Court and in compliance with sections 330 and 331 the Bankruptcy Code, the applicable provisions of the Federal Rules of Bankruptcy Procedure and the Local Rules, and any orders of the Court, on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by the Firm.

12.     The terms of employment of the Firm agreed to by the Trustee, subject to approval of the Court, are as follows:

a.     Hourly Fees and Expenses.  The Firm will represent the Trustee at its customary hourly rates which currently range from $250 to $750 per hour, depending on the experience and expertise of the attorney or paralegal performing the work.  The majority of the work will be performed by Jeffrey I. Golden ($750 per hour), Reem J. Bello ($600 per hour), and Sonja M. Hourany ($450 per hour). However, the Firm reserves the right to have other attorneys or paralegals of the Firm perform work in this case, as the Firm deems appropriate.  The Firm's hourly rates are subject to periodic adjustment.  If any adjustment is made while the Firm is performing work in this case, the new hourly rates will be effective for these cases.  In addition, the Firm will be reimbursed its out-of-pocket expenses.

b.     Requirement to File Fee Applications.  The Firm will apply to the Court for approval of compensation in accordance with the provisions of 11 U.S.C. §§ 330 and 331, and agrees to accept as compensation such sums as the Court may allow.

c.     Billing.  The Firm will provide estate-specific services in these cases and, because the Estates share assets and liabilities, the Frim will also perform work that has general application and benefit to both cases.  The estate-specific services will be charged to each individual estate.  The services that have general application and benefit to both cases will be divided evenly between the Estates.

13.     The Firm makes the following disclosures:

a.     Faye C. Rasch is an attorney of counsel to the Firm who has performed work for the Firm on matters unrelated to the Debtors' cases.  Ms. Rasch currently serves as local counsel to one of Hoplite Inc.'s creditors in this case.  She did not participate in the Firm's interviews with the Committee members, has not received any information from the Firm about the Debtors' cases, and will not perform any work for the Firm on this matter.

b.     The Firm served as counsel to the Committee through the Conversion Date.  Upon conversion, the Firm's representation of the Committee ceased.

c.     Jeffrey I. Golden and David M. Goodrich, partners in the Firm, and Mr. Wolkowitz, are members of the panel of trustees for the Central District of

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

California.  In his capacity as a bankruptcy trustee, Mr. Wolkowitz has employed the Firm as his counsel in other unrelated matters.

**PLEASE TAKE FURTHER NOTICE** that if you do not oppose the proposed employment of the Firm you need take no further action.  In accordance with Local Bankruptcy Rule 2014-1(b)(3)(E), any opposition to the Application and request for hearing on the Application must be made in the form set forth in Local Bankruptcy Rule 9013-1(f) and filed with the Court and served on the Office of the United States Trustee and proposed counsel for the Trustee no later than 14 days from the date of service of this notice, plus 3 additional days if you were served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).  Any objections not timely made may be deemed waived.

**PLEASE TAKE FURTHER NOTICE** that a complete copy of the Application may be obtained from Jeffrey I. Golden upon request at (714) 966-1000 or from the Clerk of the Bankruptcy Court.

Dated:  July 2, 2021

WEILAND GOLDEN GOODRICH LLP

By:  */s/ Jeffrey I. Golden*
     JEFFREY I. GOLDEN
     Proposed Attorneys for Chapter 7
     Trustee Edward M. Wolkowitz

**Weiland Golden Goodrich LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 600**
**Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*): <u>Notice of Application of the Chapter 7 Trustee for</u> <u>Order Authorizing Employment of Counsel (Weiland Golden Goodrich LLP) Pursuant to 11 U.S.C. §§ 327(c) and 330</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>July 2, 2021</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) <u>July 2, 2021</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Ernest M. Robles
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1560 / Courtroom 1568
Los Angeles, CA 90012

Hoplite Entertainment, Inc.
506 North Croft Avenue
Los Angeles, CA 90048-2511
**Debtor**

Hoplite, Inc.
506 North Croft Avenue
Los Angeles, CA 90048-2511
**Debtor**

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) <u>July 2, 2021</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/2/2021 | Gloria Estrada | *Gloria Estrada* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Richard T Baum     rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com
Tanya Behnam     tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
Reem J Bello     rbello@wgllp.com,
kadele@ecf.courtdrive.com;cyoshonis@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com
Nathaniel DeLoatch     nathan.deloatch@troutman.com
Luke N Eaton     eatonl@pepperlaw.com, jacqueline.sims@troutman.com
Philip A Gasteier     pag@lnbrb.com
Jeffrey I Golden     jgolden@wgllp.com,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com
David M. Guess     guessd@gtlaw.com
Eve H Karasik     ehk@lnbyb.com
Mark J Markus     bklawr@bklaw.com, markjmarkus@gmail.com
Kevin P Montee     kmontee@monteefirm.com
Kelly L Morrison     kelly.l.morrison@usdoj.gov
Giovanni Orantes     go@gobklaw.com, gorantes@orantes-
law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com
Aditi Paranjpye     aparanjpye@cairncross.com, gglosser@cairncross.com;AParanjpye@ecf.courtdrive.com
Hamid R Rafatjoo     hrafatjoo@raineslaw.com, bclark@raineslaw.com
Faye C Rasch     frasch@wgllp.com, kadele@wgllp.com;lbracken@wgllp.com;gestrada@wgllp.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
Edward M Wolkowitz (TR)     emwtrustee@lnbyb.com, ewolkowitz@iq7technology.com;ecf.alert+Wolkowitz@titlexi.com
Hatty K Yip     hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

**SERVED BY UNITED STATES MAIL**:

**20 Largest Creditors for Hoplite, Inc. (2:21-bk-12663-ER)**

Bay Point Advisors
3050 Peachtree Rd NW Ste 740
Atlanta, GA 30305-2212

Columbia Bank
1301 A St
Tacoma, WA 98402-4200

Porta Pellex
c/o Larson Law Firm
701 5th Ave Ste 4200
Seattle, WA 98104-7047

SMF Fund 1
13420 NE 83rd St
Redmond, WA 98052-1948

Richard Peterson
13420 NE 83rd St
Redmond, WA 98052-1948

OZE Lending
258 Vreeland Rd Ste 201

Florham Park, NJ 07932

MBO Northwest
31620 23rd Ave S
Federal Way, WA 98003-5064

Bond IT
1639 11th St # 160
Santa Monica, CA 90404-3727

Extreme Reach
75 2nd Ave Ste 720
Needham Heights, MA 02494-2826

Ruslan Magidov
1080 S La Cienega Blvd Ste 205
Los Angeles, CA 90035-2680

Shain Wray
1153 S 229th Pl
Seattle, WA 98198-6969

Pedro Ferre
9903 Santa Monica Blvd # 400
Beverly Hills, CA 90212-1671

Greg Senner
3584 Gretchen Dr
Ocoee, FL 34761-0046

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**

Martine Jean
14921 Athel Ave
Irvine, CA 92606-2603

Sarah Snow
210 SE Sells Dr
Shelton, WA 98584-7791

Camille Lebray
1456 Thompson Ave
Glendale, CA 91201-1228

Julie Daniels
140 Cameron Dr
Fort Lauderdale, FL 33326-3508

Nigina Nayzamatova
10945 Bluffside Dr Apt 239
Studio City, CA 91604-4488

Levine Negi
(NO ADDRESS)

Gary Dankelfsen-Entrust Group
(NO ADDRESS)

**20 Largest Creditors for Hoplite Entertainment, Inc. (2:21-bk-12663-ER)**

23 Capital
19-20 Berners Street
London W1T 3NW
United Kingdom

Columbia Bank
1301 A St
Tacoma, WA 98402-4200

Kyle Anderson
6294 Lakewood Street
San Diego, CA 92122-3944

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

XXIII Capital Limited
c/o Greenberg Traurig (Attn: Ari Newman)
333 SE 2nd Avenue
Miami, FL 33131-2176

Richard T Baum
Law Offices of Richard T. Baum
11500 West Olympic Boulevard
Suite 400
Los Angeles
Los Angeles, CA 90064-1525

Bo Di, Inc.
Century Law Firm, PLLC
2155 112th Avenue NE
Bellevue, WA 98004-2912

VBG 6725 Sunset LLC
c/o Montee Law Firm, APC
1250-I Newell Ave.
Suite 149
Walnut Creek, CA 94596-5305

Bay Point Advisors
3050 Peachtree Rd NW Ste 740
Atlanta, GA 30305-2212

Columbia State Bank
P. O. Box 2156; MS 6115
Tacoma, WA 98401-2156

OZE Lending 1, LLC
Moritt Hock & Hamroff LLP, Att: Ted Berk
1407 Broadway, 39th Floor
New York, NY 10018-5100

VBG 6725 Sunset LLC
Vanbarton Group LLC
100 Montgomery St Ste 1420
San Francisco, CA 94104-4317

(p)EDWARD M WOLKOWITZ
LEVENE NEALE BENDER YOO & BRILL LLP
800 SOUTH FIGUERO STREET SUITE 1260
LOS ANGELES CA 90017-2581

Columbia State Bank
c/o 2049 Century Park East
Suite 2900
Los Angeles, CA 90067

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                          **F 9013-3.1.PROOF.SERVICE**

Bay Point Capital Partners II, LP
3050 Peachtree Rd, Suite 740
Atlanta, GA 30305-2212

Internal Revenue Service
Attn. Insolvency
24000 Avila Road, Mail Stop 5503
Laguna Niguel, CA 92677-3407

Richard Peterson
13420 NE 83rd Street
Seattle, WA 98052-1948

Wells Fargo Bank, N.A.
Small Business Lending Division
P.O. Box 29482 MAC S4101-08C
Phoenix, AZ 85038-9482

Richard T Baum
Law Offices of Richard T. Baum
11500 W Olympic Blvd, Ste.400
Los Angeles, CA 90064-1525

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**