United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 21-12663-ER |
| Hoplite, Inc. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 21, 2021 | Form ID: pdf042 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Hoplite, Inc., 506 North Croft Avenue, Los Angeles, CA 90048-2511 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2021                    Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aditi Paranjpye | on behalf of Creditor One Light Media Capital  LLC aparanjpye@cairncross.com, gglosser@cairncross.com;AParanjpye@ecf.courtdrive.com |
| David M. Guess | on behalf of Interested Party XXIII Capital Limited guessd@gtlaw.com |
| David M. Guess | on behalf of Creditor XXIII Capital Limited guessd@gtlaw.com |
| Edward M Wolkowitz (TR) | emwtrustee@lnbyb.com  ewolkowitz@iq7technology.com;ecf.alert+Wolkowitz@titlexi.com |
| Faye C Rasch | on behalf of Interested Party Courtesy NEF frasch@wgllp.com  kadele@wgllp.com;lbracken@wgllp.com;gestrada@wgllp.com |
| Giovanni Orantes | on behalf of Interested Party The Orantes Law Firm  P.C. go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com |
| Hamid R Rafatjoo | on behalf of Creditor Great Point Media hrafatjoo@raineslaw.com  bclark@raineslaw.com |

| District/off: 0973-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 21, 2021 | Form ID: pdf042 | Total Noticed: 1 |

Hatty K Yip
    on behalf of U.S. Trustee United States Trustee (LA) hatty.yip@usdoj.gov  hatty.k.yip@usdoj.gov

Jeffrey I Golden
    on behalf of Creditor Committee Official Committee of General Unsecured Creditors jgolden@wgllp.com
    kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com

Jeffrey I Golden
    on behalf of Trustee Edward M Wolkowitz (TR) jgolden@wgllp.com
    kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com

Kelly L Morrison
    on behalf of U.S. Trustee United States Trustee (LA) kelly.l.morrison@usdoj.gov

Kevin P Montee
    on behalf of Creditor VBG 6725 Sunset LLC kmontee@monteefirm.com

Luke N Eaton
    on behalf of Creditor Bay Point Capital Partners II  LP eatonl@pepperlaw.com, jacqueline.sims@troutman.com

Mark J Markus
    on behalf of Creditor Bo Di  Inc. bklawr@bklaw.com, markjmarkus@gmail.com

Nathaniel DeLoatch
    on behalf of Creditor Bay Point Capital Partners II  LP nathan.deloatch@troutman.com

Philip A Gasteier
    on behalf of Interested Party Courtesy NEF pag@lnbrb.com

Reem J Bello
    on behalf of Creditor Committee Official Committee of General Unsecured Creditors rbello@wgllp.com
    kadele@ecf.courtdrive.com;cyoshonis@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com

Reem J Bello
    on behalf of Trustee Edward M Wolkowitz (TR) rbello@wgllp.com
    kadele@ecf.courtdrive.com;cyoshonis@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com

Richard T Baum
    on behalf of Interested Party Hoplite Entertainment  Inc. rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com

Richard T Baum
    on behalf of Debtor Hoplite  Inc. rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com

Richard T Baum
    on behalf of Debtor Hoplite Entertainment  Inc. rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com

Tanya Behnam
    on behalf of Creditor Columbia State Bank tbehnam@polsinelli.com
    tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 23

| | |
|---|---|
| 1  Jeffrey I. Golden, State Bar No. 133040<br>jgolden@wgllp.com<br>2  Reem J. Bello, State Bar No. 198840<br>rbello@wgllp.com<br>3  Sonja M. Hourany, State Bar No. 323457<br>shourany@wgllp.com<br>4  **WEILAND GOLDEN GOODRICH LLP**<br>650 Town Center Drive, Suite 600<br>5  Costa Mesa, California 92626<br>Telephone:   (714) 966-1000<br>6  Facsimile:    (714) 966-1002<br>7  Proposed Counsel for Edward M. Wolkowitz,<br>Chapter 7 Trustee | **FILED & ENTERED**<br><br>**JUL 20 2021**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY gonzalez  DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>HOPLITE, INC.,<br><br>    Debtor and<br>    Debtor-in-Possession.<br><br>In re<br><br>HOPLITE ENTERTAINMENT, INC,<br><br>    Debtor and<br>    Debtor-in-Possession.<br><br>Affects:<br><br>☒ Both Debtors<br>☐ Hoplite, Inc.<br>☐ Hoplite Entertainment, Inc. | Case No. 2:21-bk-12663-ER<br>(Jointly Administered with Case No. 2:21-bk-12546-ER)<br><br>Chapter 11<br><br>**ORDER APPROVING APPLICATION OF THE CHAPTER 7 TRUSTEE FOR ORDER AUTHORIZING EMPLOYMENT OF COUNSEL (WEILAND GOLDEN GOODRICH LLP) PURSUANT TO 11 U.S.C. §§ 327(c) AND 330**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 2014-1(b)(1)] |

The Court having read and considered the *Application of the Chapter 7 Trustee for Order Authorizing Employment of Counsel (Weiland Golden Goodrich LLP) Pursuant to 11 U.S.C. §§ 327(c) and 330* filed on July 2, 2021 as Docket #130 ("Application"), and with good cause shown,

**IT IS ORDERED:**

1. The Application is approved.

2. Employment is authorized pursuant to 11 U.S.C. § 327 and compensation is subject to further application, determination and approval of this Court pursuant to §§ 330 or 331.

3. The Firm is authorized to seek compensation and reimbursement for services provided on or after June 24, 2021, the date the Firm began providing services to the Trustee.

**IT IS SO ORDERED.**

###

Date: July 20, 2021

Ernest M. Robles
United States Bankruptcy Judge

2