Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Reem J. Bello, State Bar No. 198840
rbello@wgllp.com
Sonja M. Hourany, State Bar No. 323457
shourany@wgllp.com
**WEILAND GOLDEN GOODRICH LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone:   (714) 966-1000
Facsimile:    (714) 966-1002

Counsel for Edward M. Wolkowitz,
Chapter 7 Trustee

FILED & ENTERED

OCT 25 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

CHANGES MADE BY COURT

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>HOPLITE, INC.,<br><br>    Debtor. | Case No. 2:21-bk-12663-ER<br>(Jointly Administered with Case No. 2:21-bk-12546-ER)<br><br>Chapter 7 |
| In re<br><br>HOPLITE ENTERTAINMENT, INC,<br><br>    Debtor. | **ORDER DIRECTING THE CUSTODIAN OF RECORDS FOR WELLS FARGO BANK, N.A. TO PRODUCE DOCUMENTS PURSUANT TO LOCAL BANKRUPTCY RULE 2004**<br><br>**DATE:** November 5, 2021<br>**TIME:** 10:00 a.m.<br>**PLACE:** WEILAND GOLDEN GOODRICH LLP<br>650 Town Center Drive, Ste 600, Costa Mesa, CA 92626 |
| Affects:<br>☒ Both Debtors<br>☐ Hoplite, Inc.<br>☐ Hoplite Entertainment, Inc. | |

The Court having read and considered the motion for an order authorizing the production of documents by Wells Fargo Bank, N.A. ("Wells Fargo") pursuant to Federal

1341999v1                                1                                ORDER

Rule of Bankruptcy Procedure 2004 ("Motion") ")[1] filed by Edward M. Wolkowitz, the duly appointed, qualified and acting chapter 7 trustee ("Trustee") of the jointly administered bankruptcy estates of Hoplite, Inc. and Hoplite Entertainment, Inc., on October 22, 2021 as Docket No. 150 on the Court's docket, and good cause appearing therefor,

IT IS ORDERED that:

1. The Motion is granted;

2. The Custodian of Records for Wells Fargo is directed to produce the documents identified on the subpoena attached hereto as Exhibit "1" at the offices of Weiland Golden Goodrich LLP, 650 Town Center Drive, Suite 600, Costa Mesa, California, no later than November 5, 2021, at 10:00 a.m.

**IT IS SO ORDERED.**

###

Date: October 25, 2021

Ernest M. Robles
United States Bankruptcy Judge

---

[1] Any and all capitalized terms not expressly defined herein shall have the meaning ascribed to them in the Motion.