Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@wgllp.com
Sonja M. Hourany, State Bar No. 323457
shourany@wgllp.com
**WEILAND GOLDEN GOODRICH LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone:   (714) 966-1000
Facsimile:    (714) 966-1002

Counsel for Edward M. Wolkowitz,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>HOPLITE, INC.,<br><br>                 Debtor. | Case No. 2:21-bk-12663-ER<br>(Jointly Administered with Case No. 2:21-bk-12546-ER)<br><br>Chapter 7 |
| In re<br><br>HOPLITE ENTERTAINMENT, INC,<br><br>                 Debtor. | **NOTICE OF TRUSTEE'S INTENT TO ABANDON PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. § 554(a), FEDERAL RULE OF BANKRUPTCY PROCEDURE 6007, AND LOCAL BANKRUPTCY RULE 6007-1** |
| Affects:<br><br>☒  Both Debtors<br><br>☐  Hoplite, Inc.<br><br>☐  Hoplite Entertainment, Inc. | |

**TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; ALL CREDITORS; AND ALL INTERESTED PARTIES:**

**YOU ARE HEREBY NOTIFIED THAT** immediately after fourteen (14) days from the date of mailing of this Notice, Edward M. Wolkowitz, the duly appointed, qualified and acting chapter 7 trustee ("Trustee") of the jointly administered bankruptcy estates ("Estates") of Hoplite, Inc. and Hoplite Entertainment, Inc., intends to and will abandon the Estates' interest in office furniture and related items stored in a 53' dry van trailer located at Mover Services, Inc., 721 E Compton Blvd., Rancho Dominguez, CA 90220 ("Property"). The Trustee intends to abandon the Estate's interest in the Property because the Property appears to be burdensome and of inconsequential value to the Estate. Specifically, there appears to be little to no equity in the Property as the value of the Property is estimated to marginally exceed the costs of sale, if at all.

Pursuant to Local Bankruptcy Rule 6007-1, any objection and request for hearing must be filed and served not more than fourteen (14) days after service of this Notice. Any objections not timely filed and properly served will be waived and may be deemed as consent to the relief requested by the Trustee herein.

Pursuant to 11 U.S.C. § 554(a), Federal Rule of Bankruptcy Procedure 6007(a), and Local Bankruptcy Rule 6007-1, if no written objection and request for hearing is served within fourteen (14) days of the mailing of this Notice, the Property will be deemed abandoned without further order of the Court.

Dated:  April 14, 2022                    WEILAND GOLDEN GOODRICH LLP

                                          By:  /s/ Beth E. Gaschen
                                               JEFFREY I. GOLDEN
                                               BETH E. GASCHEN
                                               SONJA M. HOURANY
                                               Attorneys for Chapter 7 Trustee,
                                               Edward M. Wolkowitz

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**650 Town Center Drive, Suite 600**
**Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*): Notice Of Trustee's Intent To Abandon Property Of The Estate Pursuant To 11 U.S.C. § 554(a), Federal Rule Of Bankruptcy Procedure 6007, And Local Bankruptcy Rule 6007-1 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 14, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) April 14, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Ernest M. Robles
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1560 / Courtroom 1568
Los Angeles, CA 90012

Richard T Baum
Law Offices of Richard T. Baum
11500 West Olympic Boulevard
Suite 400
Los Angeles, CA 90064-1525

Hoplite Entertainment, Inc.
506 North Croft Avenue
Los Angeles, CA 90048-2511

Hoplite, Inc.
506 North Croft Avenue
Los Angeles, CA 90048-2511

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) April 14, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/14/2022 | Gloria Estrada | *Gloria Estrada* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                       **F 9013-3.1.PROOF.SERVICE**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Richard T Baum    rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com
Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
Reem J Bello    rbello@goeforlaw.com, kmurphy@goeforlaw.com
Nathaniel DeLoatch    nathan.deloatch@troutman.com
Luke N Eaton    eatonl@pepperlaw.com, jacqueline.sims@troutman.com
Philip A Gasteier    pag@lnbrb.com
Jeffrey I Golden    jgolden@wgllp.com, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com
David M. Guess    guessd@gtlaw.com, david-guess-9268@ecf.pacerpro.com
Mark J Markus    bklawr@bklaw.com, markjmarkus@gmail.com;markus.markj.r112926@notify.bestcase.com
David W. Meadows    david@davidwmeadowslaw.com
Kevin P Montee    kmontee@monteefirm.com
Kelly L Morrison    kelly.l.morrison@usdoj.gov
Giovanni Orantes    go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com
Aditi Paranjpye    aparanjpye@cairncross.com, eroth@cairncross.com;AParanjpye@ecf.courtdrive.com
Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com
Faye C Rasch    frasch@wgllp.com, kadele@wgllp.com;lbracken@wgllp.com;gestrada@wgllp.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Harris Winsberg    hwinsberg@phrd.com
Edward M Wolkowitz (TR)    emwtrustee@lnbyg.com, ecf.alert+Wolkowitz@titlexi.com
Hatty K Yip    hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov;kelly.l.morrison@usdoj.gov;eryk.r.escobar@usdoj.gov

**SERVED BY UNITED STATES MAIL**:

**Hoplite Entertainment MML (21-12546)**

Hoplite Entertainment, Inc.
506 North Croft Avenue
Los Angeles, CA 90048-2511

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Richard T Baum
Law Offices of Richard T. Baum
11500 West Olympic Boulevard
Suite 400
Los Angeles, CA 90064-1525

(p)EDWARD M WOLKOWITZ
ATTN LEVENE NEALE BENDER
YOO & GOLUBCHIK LLP
2818 LA CIENEGA AVENUE
LOS ANGELES CA 90034-2645

23 Capital
19-20 Berners Street
London W1T 3NW
United Kingdom

Columbia Bank
1301 A St
Tacoma, WA 98402-4200

Howard M. Ehrenberg, Ch 7 Tr for the BK estate of Jonathan Lee Smith
USBC Case No. 2-21-bk-12542-BR
333 South Grand Ave, Ste 3400
Los Angeles, CA 90071-1538

Mover Services, Inc.
Lauri Annella
721 E Compton Blvd
Rancho Dominguez CA 90220-1103

Richard Peterson
13420 NE 83rd Street
Seattle, WA 98052-1948

VBG 6725 Sunset LLC
Vanbarton Group LLC
100 Montgomery St Ste 1420
San Francisco, CA 94104-4317

Bo Di, Inc.
Century Law Firm, PLLC
2155 112th Avenue NE
Bellevue, WA 98004-2912

Bay Point Advisors
3050 Peachtree Rd NW Ste 740
Atlanta, GA 30305-2212

VBG 6725 Sunset LLC
c/o Montee Law Firm, APC
1250-I Newell Ave.
Suite 149
Walnut Creek, CA 94596-5305

Columbia State Bank
P. O. Box 2156; MS 6115
Tacoma, WA 98401-2156

Internal Revenue Service
Attn. Insolvency
24000 Avila Road, Mail Stop 5503
Laguna Niguel, CA 92677-3407

OZE Lending 1, LLC
Moritt Hock & Hamroff LLP, Att: Ted Berk
1407 Broadway, 39th Floor
New York, NY 10018-5100

Titan Entertainment, LLC
c/o Johnson & Johnson, LLP
Attn: Neville Johnson, Esq.
439 N. Canon Drive, Suite 200
Beverly Hills, CA 90210-3908

Wells Fargo Bank, N.A.
Small Business Lending Division
P.O. Box 29482 MAC S4101-08C
Phoenix, AZ 85038-9482

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                              **F 9013-3.1.PROOF.SERVICE**

Columbia State Bank
c/o 2049 Century Park East
Suite 2900
Suite 2900
Los Angeles, CA 90067

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

Bay Point Capital Partners II, LP
3050 Peachtree Rd, Suite 740
Atlanta, GA 30305-2212

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Kyle Anderson
6294 Lakewood Street
San Diego, CA 92122-3944

One Light Media Capital, LLC
c/o Cairncross & Hempelmann, P.S.
524 Second Avenue, Suite 500
Seattle, WA 98104-2323

XXIII Capital Limited
c/o Greenberg Traurig (Attn: Ari Newman)
333 SE 2nd Avenue
Miami, FL 33131-2176

**Hoplite, Inc. MML (21-12663)**

Hoplite, Inc.
506 North Croft Avenue
Los Angeles, CA 90048-2511

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Richard T Baum
Law Offices of Richard T. Baum
11500 W Olympic Blvd, Ste.400
Los Angeles, CA 90064-1525

(p)EDWARD M WOLKOWITZ
ATTN LEVENE NEALE BENDER YOO & GOLUBCHIK LLP
2818 LA CIENEGA AVENUE
LOS ANGELES CA 90034-2645

Great Point Media
c/o Hamid R. Rafatjoo
Raines Feldman LLP
1800 Avenue of the Stars
12th Floor
Los Angeles, CA 90067-4201

Hoplite Entertainment, Inc.
506 North Croft Avenue
Los Angeles, CA 90048-2511

The Orantes Law Firm, P.C.
3435 Wilshire Blvd Ste 2920
Los Angeles, CA 90010-2015

(p)CROSS RIVER BANK
2115 LINWOOD AVENUE
FORT LEE NJ 07024-5020

Bay Point Advisors
3050 Peachtree Rd NW Ste 740
Atlanta, GA 30305-2212

BoDi - Hoplite
Jim Young Century Law Firm
2155 112th Ave NE
Bellevue, WA 98004-2912

Chad Oliver / Charlie's Talent
565 Fairway View Dr Apt 1J
Wheeling, IL 60090-3830

Columbia State Bank
P. O. Box 2156; MS 6115
Tacoma, WA 98401-2156

Daniel Bugbee
DBS Law Firm
155 NE 100th St Ste 205

Bo Di, Inc.
Century Law Firm, PLLC
2155 112th Avenue NE
Bellevue, WA 98004-2912

Grobstein Teeple CPA
6300 Canoga Avenue, Ste 1500W
Woodland Hills, CA 91367-2555

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

Alpine Productions
445 N Rossmore Ave
Los Angeles, CA 90004-2428

Bay Point Capital Partners II, LP
3050 Peachtree Rd, Suite 740
Atlanta, GA 30305-2212

Bond IT
1639 11th St # 160
Santa Monica, CA 90404-3727

City of Los Angeles, Office of Finance
Los Angeles City Attorney's Office
200 North Main Street Suite 920
Los Angeles, CA 90012-4128

Craig S Sternberg
2033 Sixth Avenue, Ste. 251
Seattle, WA 98121-2526

Employment Development Department
Bankruptcy Group MIC 92E, PO BOX 826880
Sacramento, CA 95814

Columbia State Bank
c/o 2049 Century Park East
Suite 2900
Suite 2900
Los Angeles, CA 90067

Grobstein Teeple LLP
Grobstein Teeple LLP
6300 Canoga Avenue Suite 1500W
Woodland Hills, CA 91367-2555

Porta Pellex LLC
Attn Kristofer Larson
999 N Northlake Way Ste 213
Seattle, WA 98103-3444

23 Capital
19-20 Berners Street
London W1T 3NW
United Kingdom

Angelonia Media Limited
3rd Floor, 14 Floral Street
London, WCWE 9DH UK

Bo Di Inc. a California Company
c/o Jim Young, Esq.
2135 112th Avenue NE
Bellevue, WA 98004-2923

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

Camille Lebray
1456 Thompson Ave
Glendale, CA 91201-1228

Columbia Bank
1301 A St
Tacoma, WA 98402-4200

Daniel Bugbee
DBS Law
155 NE 100th St Ste 205
Seattle, WA 98125-8015

Eve Karasik
Levene Neale Bender Yoo & Brill
10250 Constellation Blvd Ste 1700
Los Angeles, CA 90067-6253

Extreme Reach
75 2nd Ave Ste 720
Needham Heights, MA 02494-2826

Gary Danklefsen
c/o Cairncross & Hempelmann, P.S.
524 Second Avenue, Suite 500
Seattle, WA 98104-2323

Greg Senner
3584 Gretchen Dr
Ocoee, FL 34761-0046

Happy Little Trees, LLC
C/O Benjamin Budzak and Bill Mehner
817 N. Valley St.
Burbank, CA 91505-2737

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Julie Daniels
140 Cameron Dr
Fort Lauderdale, FL 33326-3508

Martine Jean
14921 Athel Ave
Irvine, CA 92606-2603

OZE Lending
258 Vreeland Rd Ste 201
Florham Park, NJ 07932

Pedro Ferre
9903 Santa Monica Blvd # 400
Beverly Hills, CA 90212-1671

Richard Peterson
13420 NE 83rd St
Redmond, WA 98052-1948

Faye Rasch
600 Stewart St Ste 1300
Seattle, WA 98101-1255

Great Point Media
c/o Hamid Rafatjoo, Raines Feldman
1800 Avenue of the Stars
Los Angeles, CA 90067-4201

Hallward Pictures Limited
3rd Floor, 14 Floral Street
London, WC2E 9DH Uk

Harris Winsberg, Esq.
Troutman Pepper
600 Peachtree St NE Ste 3000
Atlanta, GA 30308-2216

Internal Revenue Service
IRS Insolvency Group
24000 Avila Rd
Laguna Niguel, CA 92677-3407

Kyle Anderson
6294 Lakewood St
San Diego, CA 92122-3944

Missionary Media Consultancy, Ltd
The Cottage
26 Bancroft Hitchin XG5 1JW
Los Angeles, CA 90001

OZE Lending 1, LLC
c/o/ Moritt Hock & Hamroff LLP,
Att: Ted
1407 Broadway, 39th Floor
New York, NY 10018-5100

Porta Pellex
c/o Larson Law Firm
701 5th Ave Ste 4200
Seattle, WA 98104-7047

Roxbourne Media Limited
3rd Floor, 14 Floral Street
London, WC2E 9DH UK

Gary Dankelfsen - One Light Media
Cairncross & Hempelmann
524 2nd Ave
Seattle, WA 98104-2338

Green Ash Pictures Limited
3rd Floor, 14 Floral Street
London, WC2E 9DH UK

Hamid Rafatjoo
Raines Feldman
1800 Avenue of the Stars Fl 12
Los Angeles, CA 90067-4201

Howard M. Ehrenberg, Ch 7 Tr for the BK estate of Jonathan Lee Smith
USBC Case No. 2-21-bk-12542-BR
333 South Grand Ave, Ste 3400
Los Angeles, CA 90071-1538

Jamie Berland
Berland Cicerelli
2700 Patriot Blvd Ste 250
Glenview, IL 60026-8021

MBO Northwest
31620 23rd Ave S
Federal Way, WA 98003-5064

Nigina Nayzamatova
10945 Bluffside Dr Apt 239
Studio City, CA 91604-4488

One Light Media Capital, LLC
c/o Cairncross & Hempelmann, P.S.
524 Second Avenue, Suite 500
Seattle, WA 98104-2323

RC Productions LLC
21 Andrew Ct
Bloomfield, NJ 07003-3829

Ruslan Magidov
1080 S La Cienega Blvd Ste 205
Los Angeles, CA 90035-2680

SMF Fund 1
13420 NE 83rd St
Redmond, WA 98052-1948

Scratch/Cross River Bank
PO Box 411285
San Francisco, CA 94141-1285

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                           **F 9013-3.1.PROOF.SERVICE**

T Mobile/T-Mobile USA Inc
by American InfoSource as agent
PO Box 248848
Oklahoma City, OK 73124-8848

VBG 6725 Sunset LLC
Vanburton Group
100 Montgomery St Ste 1420
San Francisco, CA 94104-4317

Sarah Snow
210 SE Sells Dr
Shelton, WA 98584-7791

Shain Wray
1153 S 229th Pl
Seattle, WA 98198-6969

Takuu Media Limited
3rd Floor, 14 Floral Street
London, WC2E 9DH UK

Scratch
PO Box 411285
San Francisco, CA 94141-1285

Split Prism Media Limited
3rd Floor, 14 Floral Street
London, WC2E 9DH UK

Benjamin Budzak
200 E Windsor Rd., Apt 1
Glendale, CA 91205-3931

Victoria Cohen
No Address

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                     **F 9013-3.1.PROOF.SERVICE**